Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, | No. 2:22-cv-01524-RGK-E<br><br>**MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: R. Gary Klausner<br>Hearing Date: June 6, 2022<br>Time: 9:00 a.m.<br>CTRM:  850 |

1

| | |
|---|---|
| NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES, INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ALBERT NICHOLAS HORVATH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC.; ROBERT J. SCARINGE; CLAIRE MCDONOUGH; JEFFREY R. BAKER; JITEN BEHL; KAREN BOONE; SANFORD SCHWARTZ; ROSE MARCARIO; PETER KRAWIEC; JAY FLATLEY; PAMELA THOMAS-GRAHAM; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; BARCLAYS CAPITAL INC.; DEUTSCHE BANK SECURITIES INC.; ALLEN & COMPANY LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 8:22-cv-00444-RGK-E <br><br> CLASS ACTION <br><br> JUDGE: R. Gary Klausner |

2

MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:22-cv-01524-RGK-E

| | |
|---|---|
| BofA SECURITIES, INC.; MIZUHO SECURITIES USA LLC; WELLS FARGO SECURITIES, LLC; NOMURA SECURITIES INTERNATIONAL, INC.; PIPER SANDLER & CO.; RBC CAPITAL MARKETS, LLC; ROBERT W. BAIRD &CO. INCORPORATED; WEDBUSH SECURITIES INC.; ACADEMY SECURITIES, INC.; BLAYLOCK VAN, LLC; CABRERA CAPITAL MARKETS LLC; C.L. KING & ASSOCIATES, INC.; LOOP CAPITAL MARKETS LLC; SAMUEL A. RAMIREZ & COMPANY, INC.; SIEBERT WILLIAMS SHANK & CO., LLC; and TIGRESS FINANCIAL PARTNERS, LLC,<br><br>   Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| GRAYSON SMITH, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, JITEN BEHL, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, and PAMELA THOMAS-GRAHAM,<br><br>   Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 8:22-cv-00829-RGK-E<br><br>CLASS ACTION<br><br>JUDGE: R. Gary Klausner |

3

MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:22-cv-01524-RGK-E

PLEASE TAKE NOTICE that on Monday June 6, 2022 at 9:00 a.m. before the Honorable R. Gary Klausner in Courtroom 850 of the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Prabhjot Singh ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions, (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be appointed as Lead Plaintiff for the class of all persons and entities who purchased or acquired common stock of Rivian Automotive, Inc. between November 10, 2021, and March 10, 2022, inclusive (the "Class Period"), and all persons and entities who purchased Rivian common stock pursuant and/or traceable to the Registration Statement issued in connection with Rivian's November 2021 initial public offering, as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, a Certification and Notice of Interested Parties, and a Proposed Order.

MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:22-cv-01524-RGK-E

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: May 6, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>/s/Laurence Rosen, Esq.</u>
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:22-cv-01524-RGK-E

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 6, 2022, I electronically filed the following **MOTION OF PRABHJOT SINGH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 6, 2022.

/s/Laurence M. Rosen
Laurence M. Rosen

6