Name and address:
DARRELL S. CAFASSO
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR.<br><br>Plaintiff(s)<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ET AL.<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-01524-RGK-E<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [100] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cafasso, Darrell S. of ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 West 52nd Street, New York, NY 10019
*Applicant's Name (Last Name First Name & Middle Initial)*   *Firm/Agency Name & Address*

(212) 506-5000   (212) 506-5151
*Telephone Number*   *Fax Number*

dcafasso@orrick.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Underwriter Defendants
*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Kramer, James N. of ORRICK, HERRINGTON & SUTCLIFFE LLP, 405 Howard Street, San Francisco, California 94105
*Designee's Name (Last Name First Name & Middle Initial)*   *Firm/Agency Name & Address*

154709   415-773-5700   415-773-5759
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jkramer@orrick.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☒ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☒ not be refunded.
Application fee to be used for corrected application at [105]

Dated 5/27/2022

*[signature: Gay Klausner]*
U.S. District Judge/~~U.S. Magistrate Judge~~

G 64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1