JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD A. JACOBSEN (*Admitted Pro Hac Vice*)
rjacobsen@orrick.com
DARRELL S. CAFASSO (*Admitted Pro Hac Vice*)
dcafasso@orrick.com
JENNIFER KEIGHLEY (*Admitted Pro Hac Vice*)
jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

Attorneys for Underwriter Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-RGK-E<br><br>**[PROPOSED] ORDER GRANTING UNDERWRITER DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT**<br><br><u>Hearing</u><br>Date:   May 5, 2023<br>Time:   10:30 a.m.<br>Judge:  Hon. Josephine L. Staton<br>Ctrm:   8A, 8th Floor |

Before the Court is Defendants' Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities, Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co. Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC (collectively, the "Underwriter Defendants") Motion to Dismiss the Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") filed by Plaintiffs Sjunde AP-Fonden and James Stephen Muhl ("Plaintiffs"). Upon review of the Motion, and for good cause shown, the Court GRANTS the Underwriter Defendants' Motion, and hereby DISMISSES all of the claims asserted by Plaintiffs against Underwriter Defendants in their entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2023

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

- 1 -