**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional Plaintiff James Stephen Muhl and Lead Counsel for the Proposed Class*

[Additional Counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:  November 8, 2024<br>Time:  10:30 a.m.<br>Ctrm.:  8A, 8th Floor<br>Judge:  Hon. Josephine L. Staton |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 8, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Josephine L. Staton, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 8th Floor, Courtroom 18A, Los Angeles, California 90012, Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiff James Stephen Muhl (collectively, "Plaintiffs") will and hereby do move the Court for an order granting Plaintiffs' Motion for Class Certification.

This Motion is made under Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g) for an Order:

1.  Certifying this action as a class action on behalf of the following class (the "Class"):

> All other persons and entities who purchased or otherwise acquired Rivian Class A common stock between November 10, 2021 and March 10, 2022, inclusive, and were damaged thereby.[1]

2.  Appointing Sjunde AP-Fonden and James Stephen Muhl as Class Representatives; and

3.  Appointing Kessler Topaz Meltzer & Check, LLP as Class Counsel and Larson LLP as Liaison Counsel to the Class.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of Sharan Nirmul and exhibits attached thereto, as well as the papers and pleadings filed in this action, the arguments of counsel, and any other matters properly before the Court.

---

[1] The Class includes those who purchased Rivian Common Stock pursuant and/or traceable to the Offering Documents, and excludes Defendants and their families, the officers, directors and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

This Motion is made following conferences of counsel under Local Rule 7-3, which took place on November 22, 2023.

Dated: December 1, 2023

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/Sharan Nirmul*
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
DARREN J. CHECK (*pro hac vice*)
dcheck@ktmc.com
RICHARD A. RUSSO, JR. (*pro hac vice*)
rrusso@ktmc.com
ALEX B. HELLER (*pro hac vice*)
aheller@ktmc.com
AUSTIN W. MANNING (*pro hac vice*)
amanning@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional Plaintiff James Stephen Muhl and Lead Counsel for the Proposed Class*

**LARSON LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonllp.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonllp.com
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888

Facsimile: (213) 623-2000

*Liaison Counsel for Lead Plaintiff Sjunde AP-Fonden and additional Plaintiff James Stephen Muhl and Liaison Counsel for the Proposed Class*