**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
SHARAN NIRMUL (pro hac vice)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Lead Plaintiff Sjunde AP-Fonden and additional Plaintiff James Stephen Muhl and Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHARAN NIRMUL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     November 8, 2024<br>Time:     10:30 a.m.<br>Ctrm.:     8A, 8th Floor<br>Judge:    Hon. Josephine L. Staton |

I, Sharan Nirmul, hereby declare as follows:

1. I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP in Radnor, Pennsylvania, counsel of record for Plaintiffs in the above-captioned action, and I am admitted to practice *pro hac vice* before this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as **Exhibit 1** is the Expert Report of Zachary Nye, Ph.D., dated December 1, 2023.

3. Attached hereto as **Exhibit 2** is the Expert Report of Joshua Mitts, Ph.D., dated December 1, 2023.

4. Attached hereto as **Exhibit 3** is the Deposition Transcript of FE-1, dated November 13, 2023.

5. Attached hereto as **Exhibit 4** is the Deposition Transcript of FE-3, dated November 7, 2023.

6. Attached hereto as **Exhibit 5** is the Deposition Transcript of FE-4, dated October 31, 2023.

7. Attached hereto as **Exhibit 6** is the Firm Resume of Kessler Topaz Meltzer & Check, LLP.

8. Attached hereto as **Exhibit 7** is the Firm Resume of Larson LLP.

9. Attached hereto as **Exhibit 8** is the Declaration of Pål Bergström on Behalf of Sjunde AP-Fonden in Support of Plaintiffs' Motion for Class Certification, dated November 30, 2023.

10. Attached hereto as **Exhibit 9** is the Declaration of James Stephen Muhl in Support of Plaintiffs' Motion for Class Certification, dated November 30, 2023.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on December 1, 2023, in Radnor, Pennsylvania.

/s/ *Sharan Nirmul*
Sharan Nirmul