NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>                    Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING IN PART STIPULATION TO AMEND THE SCHEDULING ORDER (DOC. 393)** |

On July 25, 2024, Lead Plaintiff Sjunde AP-Fonden and additional Plaintiff James Stephen Muhl, and Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, Pamela Thomas-Graham, and Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities, Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co. Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC, filed a Stipulation to Amend to the Scheduling Order (the "Stipulation") (Doc. 393). After reviewing and considering the Stipulation and the Declaration of Sharan Nirmul, the Court finds that good cause exists to amend the Scheduling Order (ECF No. 180).

But there are four exceptions. First, any requests for extensions to deadlines set by Judge Eick should be submitted to him directly. Second, there are several discrepancies between the extensions requested by the parties in their Stipulation and the deadlines identified in the proposed amended scheduling order. The parties first represent that they would like to extend fact discovery to November 1, 2024—a five-week extension from the current deadline of September 27, 2024. (Stip. at 3.) Then, they request a nine-week extension to the fact discovery and six-week extensions to the remainder of the schedule. (*Id.* at 4.) But the proposed deadlines indicate a *sixteen-week* extension. (*Id.* at 8.) At this time, the Court will grant a twelve-week extension to all deadlines, and the parties shall be more diligent in ensuring the consistency of their requests in any future stipulations. Third, the parties request an altered motions deadline, so that dispositive motions are due at the same time as *Daubert* motions and are granted an extended briefing schedule. This request is not supported by the Stipulation, which describes only the delays in discovery and the need for additional time prior to the fact discovery cutoff. The request for an amended

deadline for dispositive motions is DENIED without prejudice and the Court will simply extend the motions deadline by the same twelve weeks as all other deadlines. Fourth, the parties request an extension of almost thirty weeks to the deadline for conducting settlement proceedings but, again, do not explain the basis for the request. That extension is also DENIED.

The Court hereby orders that the Scheduling Order is amended as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact Discovery Cutoff | September 27, 2024 | December 20, 2025 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | October 11, 2024 | January 3, 2025 |
| Last Day to Serve Initial Expert Reports | October 11, 2024 | January 3, 2025 |
| Last Day to Serve Rebuttal Expert Reports | November 8, 2024 | January 31, 2025 |
| Expert Discovery Cutoff | November 29, 2024 | February 21, 2025 |
| Last Date to Conduct Settlement Proceedings | December 6, 2024 | February 28, 2025 |
| Last Day to File *Daubert* Motions | December 6, 2024 | February 28, 2025 |
| Last Day to File Motions *in Limine* | May 2, 2025 | June 27, 2025 |
| Final Pretrial Conference | May 30, 2025 | July 25. 2025 |

**IT IS SO ORDERED.**

DATED: July 25, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE