**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

[Additional Counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE**<br><br>Date:    October 11, 2024<br>Time:   10:30 a.m.<br>Ctrm.:   8A, 8th Floor<br>Judge:  Hon. Josephine L. Staton |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 11, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Josephine L. Staton, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 8th Floor, Courtroom 18A, Los Angeles, California 90012, Court-appointed Class Representatives Sjunde AP-Fonden and James Stephen Muhl (collectively, "Class Representatives") will and hereby do move the Court for an order granting Class Representatives' Unopposed Motion to Approve the Form and Manner of Class Notice ("Class Notice Order"). The Class Notice Order will: (i) approve the form and content of the proposed Postcard Notice, the proposed Notice of Pendency of Class Action ("Notice"), and the proposed Summary Notice of Pendency of Class Action ("Summary Notice"); and (ii) approve the proposed method for disseminating the Postcard Notice, Notice, and Summary Notice to the Court-certified Classes ("Notice Plan").

In support of this motion, Class Representatives file herewith: (i) the Memorandum of Points and Authorities in Support of Class Representatives' Unopposed Motion to Approve the Form and Manner of Class Notice; (ii) the Declaration of Sharan Nirmul, attaching the Postcard Notice, Notice, Summary Notice, and Notice Plan thereto as Exhibits 1, 2, 3, and 4, respectively; and (iii) the proposed Class Notice Order. The proposed forms of Postcard Notice, Notice, Summary Notice, and Notice Plan have been agreed to by Class Representatives and Defendants, and Defendants do not oppose the relief requested in this Motion.

Dated: August 23, 2024            Respectfully submitted,

**KESSLER TOPAZ
    MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
DARREN J. CHECK (*pro hac vice*)
dcheck@ktmc.com

RICHARD A. RUSSO, JR. (*pro hac vice*)
rrusso@ktmc.com
AUSTIN W. MANNING (*pro hac vice*)
amanning@ktmc.com
EVAN R. HOEY (*pro hac vice*)
ehoey@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

**LARSON LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonllp.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*