NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

*See* footnote 1.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS- GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC,<br><br>Defendants. | Case No.: 2:22-cv-01524-JLS-E<br><br>**ORDER GRANTING STIPULATION TO ADJUST PRETRIAL SCHEDULE (ECF No. 402)** |

On October 2, 2024, Plaintiffs and Defendants filed a Stipulation Adjusting Pretrial Schedule. ECF No. 402. After reviewing the Stipulation and the Declarations of Eunice Leong and Sharan Nirmul, the Court finds that good cause exists to amend the Scheduling Order (ECF No. 394). The Court hereby ORDERS that the Scheduling Order be amended as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact Discovery Cutoff | December 20, 2024 | February 7, 2025 |
| Last Day to File Motions (Excluding *Daubert* Motions, Motions in Limine, and Dispositive Motions)[1] | January 3, 2025 | February 21, 2025 |
| Last Day to Serve Initial Expert Reports | January 3, 2025 | February 21, 2025 |
| Last Day to Serve Rebuttal Expert Reports | January 31, 2025 | March 21, 2025 |
| Expert Discovery Cutoff | February 21, 2025 | April 11, 2025 |
| Last Day to Conduct Settlement Proceedings | February 28, 2025 | April 18, 2025 |
| Last Day to File Dispositive Motions | January 3, 2025 | May 23, 2025 |
| Last Day to File *Daubert* Motions | February 28, 2025 | May 23, 2025 |
| Last Day to File Oppositions to Dispositive Motions | - | June 20, 2025 |
| Last Day to File Replies to Dispositive Motions | - | July 18, 2025 |

---

[1] The filing parties shall notice their motions for an opening hearing date not earlier than two weeks after the filing deadline for the reply briefs.

2

| Last Day to File Motions in Limine | June 27, 2025 | September 19, 2025 |
|---|---|---|
| Final Pretrial Conference | July 25, 2025 | October 17, 2025 10:30 am |

For good cause shown, **IT IS SO ORDERED.**

Date: October 3, 2024

<u>JOSEPHINE L. STATON</u>
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE