**KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHARAN NIRMUL IN RESPONSE TO COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE**<br><br>Ctrm.:      8A, 8th Floor<br>Judge:      Hon. Josephine L. Staton |

I, Sharan Nirmul, hereby declare as follows:

1.      I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP in Radnor, Pennsylvania, counsel of record for Court-appointed Class Representatives in the above-captioned action, and I am admitted to practice *pro hac vice* before this Court. I submit this declaration in response to the Court's Order Granting Plaintiffs' Motion to Approve the Form and Manner of Class Notice dated October 23, 2024 (Doc. 406) ("Class Notice Order") and its requests for revised notice documents and a cost estimate for the administration.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the revised Postcard Notice.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the revised Notice of Pendency of Class Action.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the revised Summary Notice of Pendency of Class Action.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Notice Plan which has been modified to conform with the Court's Class Notice Order.

6.      A declaration from Lance Cavallo of Verita Global, LLC reporting on the estimated cost of the administration is filed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on November 4, 2024, in Radnor, Pennsylvania.


*/s/ Sharan Nirmul*
Sharan Nirmul

DECLARATION OF SHARAN NIRMUL IN RESPONSE TO COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE