**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER (Doc. 438)** |

On January 7, 2025, Plaintiffs and Defendants filed a Stipulation to Amend the Scheduling Order (Doc. 438). After reviewing the Stipulation and the Declaration of Jennifer L. Joost, the Court finds that good cause exists to amend the Scheduling Order (Doc. 403). The Court hereby ORDERS that the Scheduling Order be amended as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact Discovery Cutoff | February 7, 2025 | March 21, 2025 |
| Last Day to File Motions (Excluding *Daubert* Motions, Motions *in Limine*, and Dispositive Motions)[1] | February 21, 2025 | April 4, 2025 |
| Last Day to Serve Initial Expert Reports | February 21, 2025 | April 4, 2025 |
| Last Day to Serve Rebuttal Expert Reports | March 21, 2025 | May 2, 2025 |
| Expert Discovery Cutoff | April 11, 2025 | May 23, 2025 |
| Last Day to Conduct Settlement Proceedings | April 18, 2025 | May 30, 2025 |
| Last Day to File Dispositive Motions | May 23, 2025 | July 3, 2025 |
| Last Day to File *Daubert* Motions | May 23, 2025 | July 3, 2025 |
| Last Day to File Oppositions to Dispositive Motions | June 20, 2025 | August 1, 2025 |
| Last Day to File Replies to Dispositive Motions | July 18, 2025 | August 29, 2025 |

---

[1] The filing parties shall notice their motions for an opening hearing date not earlier than two weeks after the filing deadline for the reply briefs.

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Last Day to File Motions *in Limine* | September 19, 2025 | October 31, 2025 |
| Final Pretrial Conference | October 17, 2025 | December 5, 2025 |

For good cause shown, **IT IS SO ORDERED**.

Dated: January 10, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE