UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**DECLARATION OF LANCE CAVALLO REGARDING (A) DISSEMINATION OF POSTCARD NOTICE AND NOTICE; (B) PUBLICATION OF SUMMARY NOTICE; (C) ESTABLISHMENT OF TELEPHONE HOTLINE AND CASE WEBSITE; AND (D) REPORT ON REQUESTS FOR EXCLUSION RECEIVED** |

I, Lance Cavallo, declare and state as follows:

1. I am a Vice President of Class Actions at Verita Global, LLC ("Verita"). Pursuant to the Court's November 5, 2024 Order (1) Approving Revisions to Notice Plan and Class Notice and (2) Approving Notice Administrator (Doc. 408), the Court (i) approved Verita as the notice administrator in connection with the above-captioned Action and (ii) ordered the Parties to carry out the notice procedures approved by the Court's Order Granting Plaintiffs' Motion to Approve the Form and Manner of Notice dated October 23, 2024 (Doc. 406) ("Class Notice Order").[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## DISSEMINATION OF POSTCARD NOTICE AND NOTICE

2. Pursuant to the Court's Class Notice Order, Verita was responsible for, among other things, providing notice of the Action to the Class. Specifically, Verita was responsible for disseminating (i) the Postcard Notice to potential Class Members and (ii) the Notice of Pendency of Class Action ("Notice") to nominees and potential Class Members upon request. Copies of the Postcard Notice and Notice are attached hereto as Exhibits A and B, respectively.

3. On October 31, 2024, Verita received a list from Defendants' counsel containing the names and addresses for nine holders of record who purchased or otherwise acquired Rivian Automotive, Inc. ("Rivian") Class A common stock between November 10, 2021, and March 10, 2022, inclusive ("Shareholder List"). On November 12, 2024, Verita mailed the Postcard Notice by first-class mail, postage prepaid, to the nine shareholders provided in the Shareholder List.

4. Additionally, as in most class actions of this nature, a large majority of potential Class Members are beneficial purchasers whose securities were held in "street name"—i.e., the securities were purchased by brokerage firms, banks, institutions, and

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Class Notice Order and the Updated Notice Plan filed with the Court on November 4, 2024 (Doc. 407-4) ("Notice Plan").

other third-party nominees ("Nominees") in the name of the Nominee, on behalf of the beneficial purchasers. Verita maintains a proprietary database with the names and addresses of the largest and most common Nominees, including national and regional offices of certain Nominees ("Nominee Database"). Verita's Nominee Database is updated from time to time as new Nominees are identified, and others merge or cease to exist. At the time of the initial mailing, the Nominee Database contained 282 mailing records. On November 12, 2024, Verita caused the Notice to be mailed to the 282 mailing records contained in Verita's Nominee Database.

5. The Notice directed those who purchased or acquired Rivian Class A common stock during the Class Period, for the beneficial interest of any person or entity other than themselves, to, within ten (10) calendar days of receiving the Notice, provide Verita with the names and mailing addresses (and email addresses, if available) of all such beneficial owners, so that Verita could mail the Postcard Notice to the beneficial owners. Alternatively, Nominees could, within ten (10) calendar days of receiving the Notice, request copies of the Postcard Notice, in bulk, to forward to the beneficial owners directly.

6. Verita also provided a copy of the Notice to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The DTC's LENS may be accessed by any Nominee that participates in DTC's security settlement system. The Notice was posted on DTC's LENS on November 12, 2024.

7. To ensure that Nominees responded in a timely manner, Verita followed up with Nominees who had not responded to the initial mailing with reminder emails on November 25, 2024 and December 3, 2024. These reminders advised the Nominees of their obligation to provide notice to their clients who may be Class Members.

8. Following the initial mailing, Verita received an additional 35,470 unique names and mailing addresses and 353 email addresses for potential Class Members from individuals or Nominees requesting that a Postcard Notice be mailed (or emailed) to such potential Class Members. Verita also received requests from Nominees for an

1  additional 212,525 Postcard Notices, in bulk, for forwarding to their clients directly. Verita also was advised that a Nominee caused the Postcard Notice to be emailed directly to 676,980 potential Class Members. All such requests for notice have been responded to in a timely manner.

9. In total, 421 Postcard Notices were returned by the United States Postal Service ("USPS") to Verita as undeliverable. Verita has caused 71 of these undeliverable Postcard Notices to be remailed to potential Class Members for which an updated address was located through a National Change of Address search.[2]

10. As a result of the efforts described above, a total of 925,408 Postcard Notices and 292 Notices have been disseminated to potential Class Members and Nominees via first-class mail or email. In accordance with the Class Notice Order, the dissemination of notice was completed by January 3, 2025, i.e., sixty (60) days following the date of the initial mailing.

## PUBLICATION OF THE SUMMARY NOTICE

11. Pursuant to the Class Notice Order, Verita caused the Summary Notice to be published in *The Wall Street Journal* and transmitted over *PR Newswire* on December 9, 2024. Attached hereto as Exhibit B are confirmations of such publication and transmittal.

## ESTABLISHMENT OF TELEPHONE HOTLINE

12. Verita established and continues to maintain a toll-free telephone number (1-888-298-2026) for potential Class Members to call and obtain information about the Action, request a Notice, and/or seek assistance from an operator during regular business hours. The toll-free telephone number was set forth in the Postcard Notice,

---

[2] In accordance with the Notice Plan, Postcard Notices returned as undeliverable were promptly reviewed (i.e., within three (3) business days of receipt of the returned Postcard Notice) to determine if an alternative or updated address was available following additional search efforts by Verita.

Notice, Summary Notice, and on the Case Website described below. The telephone hotline became operational on November 12, 2024.

13. Verita will continue operating, maintaining, and, as appropriate, updating the telephone hotline as required.

## ESTBALISHMENT OF CASE WEBSITE

14. To further assist potential Class Members, Verita, in coordination with Class Counsel, designed, implemented, and currently maintains a website dedicated to the Action, www.RivianSecuritiesLitigation.com ("Case Website"). The address for the Case Website was set forth in the Postcard Notice, Notice, and Summary Notice. The Case Website became operational on November 12, 2024 and is accessible 24 hours a day, 7 days a week.

15. The Case Website lists the exclusion deadline, as well as contains links to downloadable copies of the Notice, the Court's Order Granting Plaintiffs' Motion for Class Certification, the Class Notice Order, and the operative complaint. Verita will continue operating, maintaining, and, as appropriate, updating the Class Website as required.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

16. The Notice, Summary Notice, and Case Website informed potential Class Members that requests for exclusion from the Class must either be mailed to *Crews v. Rivian Automotive Securities Litigation*, c/o Verita Global, LLC, Exclusions, P.O. Box 5100, Larkspur, CA 94977-5100, and postmarked no later than March 4, 2025, or sent via email to info@RivianSecuritiesLitigation.com and received no later than March 4, 2025. The Notice also set forth the information to be included in each request for exclusion. As of March 21, 2025, Verita has received a total of 131 requests for exclusion from the Class. Of these requests, 126 were timely (i.e., postmarked/received on or before March 4, 2025) and 5 were late (i.e., postmarked/received after Match 4, 2025). Lists of the timely and late requests for exclusion are attached hereto as Exhibit C-1 and C-2, respectively.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Wantagh, New York on March 24, 2025.

*Lance Cavallo*
Lance Cavallo