BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC | Case No.: 2:22-cv-01524-JLS-E<br><br>**DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXCEED WORD LIMITS FOR SUMMARY JUDGMENT MOTION**<br><br>Judge: Hon. Josephine L. Staton<br><br>Magistrate Judge: Hon. Charles F. Eick |

| | |
|---|---|
| 1 | CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC, |
| 7 | Defendants. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to L.R. 7-19 and this Court's Procedure 7, Defendants hereby respectfully apply *ex parte* for an order from this Court expanding the word limits for (1) their summary judgment motions from 7,000 words to 10,000 words and (2) their replies in support thereof from 4,200 words to 5,000 words.

Good cause exists for Defendants' *ex parte* application because a regularly noticed motion could not be heard before July 3, 2025, the deadline to move for summary judgment. ECF No. 447 at 2. The Rivian Defendants raised this issue with Class Counsel on June 13, 2025, but Class Counsel did not make its position clear until June 16, 2025. Leong Decl. ¶¶ 3–4.

This application is based upon this *Ex Parte* Application, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Eunice Leong, all other papers and pleadings on file in this action, and any further argument the Court may consider at or before any hearing.

Pursuant to L.R. 7-19.1, the Rivian Defendants advised Class Counsel on June 13, 2025 that they would move *ex parte* to expand the word limits if the parties could not reach agreement. Leong Decl. ¶ 3. On June 16, 2025, Class Counsel stated they would oppose the request. *Id.* ¶ 4.

Pursuant to L.R. 7-19, the contact information for Class Counsel in this case is as follows:

Sharan Nirmul

snirmul@ktmc.com

Richard A. Russo

rrusso@ktmc.com

David A. Bocian

dbocian@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP

280 King of Prussia Road

Radnor, PA

Tel: (610) 667-7706

Jennifer L. Joost

jjoost@ktmc.com

KESSLER TOPAZ MELTZER & CHECK, LLP

One Sansome Street, Suite 1850

San Francisco, CA 94104

Tel: (415) 400-3000

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

Stephen G. Larson

Paul A. Rigali

LARSON LLP

555 South Flower Street, 30th Floor

Los Angeles, CA 90071

Tel: (213) 436-4888

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*

Dated: June 18, 2025                    FRESHFIELDS US LLP

By: /s/ Eunice Leong
     Eunice Leong[1]

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

---

[1] Pursuant to L.R. 5-4.3.4(2)(i), the electronic filer hereby attests that all signatories concur in the filing's content and have authorized this filing.

ORRICK HERRINGTON & SUTCLIFFE LLP

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ORRICK, HERRINGTON
& SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

DARRELL S. CAFASSO
(Admitted *Pro Hac Vice*)
dcafasso@orrick.com
JENNIFER KEIGHLEY
(Admitted *Pro Hac Vice*)
jkeighley@orrick.com
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

By: /s/ Jennifer Keighley
  Jennifer Keighley

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co., Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC*

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

In advance of their motions for summary judgment in this securities class action, Defendants respectfully request that the Court grant leave to exceed the default word limits set forth in L.R. 11.6-1, limiting opening briefs to 7,000 words, and § 8(c) of this Court's Standing Order, limiting reply briefs to 4,200 words. The Rivian Defendants[2], the Director Defendants[3], and the Underwriter Defendants[4] intend to file two separate motions for summary judgment to dispose of all claims asserted against them: an omnibus brief on behalf of all Defendants and a shorter brief on behalf of the Director Defendants only (due to their unique defenses). Because of the number of claims and defendants at issue in this action, Defendants believe that expansion of the word limits for the omnibus opening and reply briefs to 10,000 words and 5,000 words, respectively, is warranted. The Director Defendants' brief does not require any extension of word limits.

## GOOD CAUSE EXISTS FOR THE REQUESTED RELIEF

*Ex parte* relief is appropriate where, among other things, "[a] party seeks a routine procedural order that cannot be obtained through a regularly noticed motion (i.e., to file an overlong brief or shorten the time within which a motion may be brought." *Horne v.*

---

[2] The Rivian Defendants are Rivian Automotive, Inc., RJ Scaringe, Claire McDonough, Jeffrey Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham.

[3] The Director Defendants are Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham.

[4] The Underwriter Defendants are Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co., Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC.

*Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013); *Mahonak v. Blinken*, 2024 WL 5424148, at *2 (C.D. Cal. Oct. 23, 2024) (granting *ex parte* application to increase page limit).

  Here, good cause exists to expand the word limits for Defendants' omnibus summary judgment briefing to 10,000 words for their opening brief and 5,000 words for their reply brief. After nearly two years of discovery, the 10 Rivian Defendants will seek summary judgment on all claims asserted against them in Plaintiffs' 100-page, 350-paragraph Amended Consolidated Complaint. In addition, Plaintiffs asserted a claim under Section 12(a)(2) of the Securities Act against the 22 Underwriter Defendants, who will join the Rivian Defendants' omnibus motion as to all claims asserted against the Underwriter Defendants instead of filing a separate motion.

  In moving for summary judgment in their omnibus brief, Defendants will address each of the elements of Plaintiffs' claims under Section 10(b), Rule 10b-5, and Section 20(a) of the Exchange Act, under Sections 11 and 12 of the Securities Act, and Items 105 and 303 of Regulation S-K. This involves addressing not only lengthy claims but also allegations applicable to different Defendants, including each of the 10 Rivian Defendants. (The Director Defendants will separately move for summary judgment on their due diligence affirmative defense and Plaintiffs' claim under Section 15 of the Securities Act, which requires them to address facts specific to each director that have been developed over the last two years. No expansion of the word limits is sought for that brief.) Given the need to "synthesize [] two years of discovery," an expansion of the word limits for the omnibus opening and reply briefs is necessary. *Rindfleisch v. Gentiva Health Servs., Inc.*, 962 F. Supp. 2d 1310, 1315 n.5 (N.D. Ga. 2013) (accepting defendant's two summary judgment briefs which exceeded page limits by 14 and 40 pages).

  The issues in this case have morphed considerably over the life of the case. An extension of the usual limits is necessary for Defendants to address why summary judgment is appropriate on all claims. Counsel for the Director Defendants will make

every effort to reduce the length of that separate brief under the existing page limits, to offset to some extent the additional burden imposed on the Court by an extension of the page limits of the Defendants' omnibus brief.

The parties have also previously recognized that the number of parties and legal issues in this case require an expansion of the word limits. Namely, this Court has also granted leave to exceed the word limits set forth in the Local Rules and this Court's Standing Order on two prior occasions. *See* ECF No. 156 (allowing Plaintiffs to file omnibus opposition of up to 14,000 words to motions to dismiss); ECF No. 275 (allowing Plaintiffs to file reply in support of motion for class certification of up to 7,000 words).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant their application to exceed the word limits set forth in L.R. 11-6.1 and Section 8(c) of this Court's Standing Order.

Dated: June 18, 2025

FRESHFIELDS US LLP

By: */s/ Eunice Leong*
Eunice Leong

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Jennifer Keighley*
Jennifer Keighley

*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co., LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities Inc., Mizuho Securities USA LLC, Wells Fargo Securities,*

*LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co., Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC*