BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., | Case No.: 2:22-cv-01524-JLS-E<br><br>**DECLARATION OF EUNICE LEONG IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO EXCEED WORD LIMITS FOR SUMMARY JUDGMENT MOTION**<br><br>Judge: Hon. Josephine L. Staton<br><br>Magistrate Judge: Hon. Charles F. Eick |

1  PIPER SANDLER & CO., RBC CAPITAL
   MARKETS, LLC, ROBERT W. BAIRD &
2  CO. INC., WEDBUSH SECURITIES
   INC., ACADEMY SECURITIES INC.,
3  BLAYLOCK VAN, LLC, CABRERA
   CAPITAL MARKETS LLC, C.L. KING &
4  ASSOCIATES, INC., LOOP CAPITAL
   MARKETS LLC, SAMUEL A.
5  RAMIREZ & CO., INC., SIEBERT
   WILLIAMS SHANK & CO., LLC, and
6  TIGRESS FINANCIAL PARTNERS LLC,

7           Defendants.

LEONG DECLARATION ISO DEFS'
*EX PARTE* APPLICATION TO EXCEED WORD LIMITS
CASE NO. 2:22-cv-01524-JLS-E

# DECLARATION OF EUNICE LEONG

I, Eunice Leong, declare as follows:

1. I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham (collectively with Rivian, the "Rivian Defendants") in the above-captioned matter. If called as a witness, I could and would competently testify to the matters stated herein.

2. On June 9, 2025, I emailed Class Counsel, requesting that they stipulate to an expansion of the word limits for summary judgment briefs to 10,000 words for opening and opposing briefs and 5,000 words for reply briefs.

3. On June 13, 2025, the Rivian Defendants telephonically met and conferred with Class Counsel to discuss summary judgment briefing. During this call, the Rivian Defendants stated that they would move *ex parte* to expand the word limits for their briefs if the parties could not come to an agreement.

4. On June 16, 2025, the Rivian Defendants and Class Counsel again met and conferred telephonically. Class Counsel stated that they would oppose the request to expand word limits.

5. On June 18, 2025, my office again advised Class Counsel via email that we would move *ex parte* to increase the limits.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, on June 18, 2025.

By: __/s/ Eunice Leong__
Eunice Leong

1

LEONG DECLARATION ISO DEFS'
*EX PARTE* APPLICATION TO EXCEED WORD LIMITS
CASE NO. 2:22-cv-01524-JLS-E