BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Rivian Defendants*

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700

DARRELL S. CAFASSO (*Admitted Pro Hac Vice*)
dcafasso@orrick.com
JENNIFER KEIGHLEY (*Admitted Pro Hac Vice*)
jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000

*Attorneys for Underwriter Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY | Case No.: 2:22-cv-01524-JLS-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO EXCEED WORD LIMITS FOR SUMMARY JUDGMENT MOTION**<br><br>Judge: Hon. Josephine L. Staton<br><br>Magistrate Judge: Hon. Charles F. Eick |

|    |    |
|----|----|
| 1  | FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC, |

　　　　　　　　　Defendants.

[PROPOSED] ORDER GRANTING DEFS'
*EX PARTE* APPLICATION TO EXCEED WORD LIMITS
CASE NO. 2:22-cv-01524-JLS-E

      Having reviewed Defendants' *Ex Parte* Application to Exceed Word Limits for Summary Judgment Motion, and good cause appearing, it is hereby ORDERED as follows:

1. The word limit for Defendants' omnibus summary judgment motion will be enlarged to 10,000 words, and their reply in support thereof will be enlarged to 5,000 words.

**IT IS SO ORDERED.**

Date: _____        _____
                                   HON. JOSEPHINE L. STATON
                                   UNITED STATES DISTRICT JUDGE