UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., | Case No.: 2:22-cv-01524-JLS-E<br><br>**ORDER (1) GRANTING IN PART DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXCEED WORD LIMITS FOR SUMMARY JUDGMENT MOTION (Doc. 588); AND (2) GRANTING PLAINTIFFS' REQUEST TO MODIFY THE SCHEDULING ORDER** |

| | |
|---|---|
| LLC, and TIGRESS FINANCIAL PARTNERS LLC, | |
| Defendants. | |

///

///

The Court has reviewed Defendants' *Ex Parte* Application to Exceed Word Limits for Summary Judgment Motion, and Plaintiffs' Opposition to the *Ex Parte* Application. (App., Doc. 588; Opp., Doc. 589). Good cause appearing, it is hereby ORDERED as follows:

1. The word limit for Defendants' omnibus summary judgment motion will be enlarged to 10,000 words, and their reply in support thereof will be enlarged to 5,000 words; and
2. The word limit for Plaintiffs' opposition to Defendants' omnibus summary judgment motion will be enlarged to 10,000 words.

Defendants' implicit request to file two summary judgment motions on behalf of the Director Defendants is DENIED for failure to establish good cause. (*See* Procedures Page § 5 (as incorporated by the Standing Order, Doc. 146 at 2) ("A party may file only one summary judgment motion.")). Director Defendants should address any affirmative defense in the enlarged omnibus motion.

In addition, per Plaintiffs' request to modify the Scheduling Order (Opp. at 6–7), the Court ORDERS the Scheduling Order modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Last Day to File *Daubert* Motions | July 3, 2025 | August 29, 2025 |
| Last Day to File Opposition to *Daubert* Motions | August 1, 2025 | September 19, 2025 |
| Last Day to File Replies to *Daubert* Motions | August 29, 2025 | October 7, 2025 |

All other dates to remain unchanged.

**IT IS SO ORDERED.**

Date: June 23, 2025

**JOSEPHINE L. STATON**
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE