1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@freshfields.com
2  DORU GAVRIL, State Bar No. 282309
   doru.gavril@freshfields.com
3  EUNICE LEONG, State Bar No. 320499
   eunice.leong@freshfields.com
4  REBECCA E. LOCKERT, State Bar No. 348810
   rebecca.lockert@freshfields.com
5  FRESHFIELDS US LLP
   855 Main Street
6  Redwood City, CA 94063
   Telephone: (650) 618-9250
7

8  *Attorneys for Defendants Rivian Automotive, Inc.,*
   *Robert J. Scaringe, Claire McDonough, Jeffrey R.*
9  *Baker, Karen Boone, Sanford Schwartz, Rose*
   *Marcario, Peter Krawiec, Jay Flatley, and*
10 *Pamela Thomas-Graham*

11 *Additional Counsel Listed on Signature Block*

12

13                UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                      WESTERN DIVISION

16 CHARLES LARRY CREWS, JR.,          Case No.: 2:22-cv-01524-JLS-E
   Individually and on Behalf of All Others
17 Similarly Situated,                **DEFENDANTS' NOTICE OF**
                                      **MOTION AND MOTION FOR**
18                Plaintiff,          **SUMMARY JUDGMENT**

19      v.

20                                    Date:    September 12, 2025
                                      Time:    10:30 a.m.
21 RIVIAN AUTOMOTIVE, INC., et al.,   Judge:   Hon. Josephine L. Staton
                                      Ctrm:    8A, 8th Floor
22                Defendants.

23

24

25

26

27

28

DEFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:22-cv-01524-JLS-E

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** on September 12, 2025 at 10:30 a.m. at the U.S. District Court for the Central District of California, located at the First Street United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Courtroom 8A, 8th Floor, Defendants Rivian Automotive, Inc. ("Rivian" or the "Company"), Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham (collectively, the "Rivian Defendants"), and Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities, Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, Nomura Securities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co. Inc., Wedbush Securities Inc., Academy Securities, Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., LLC, and Tigress Financial Partners LLC (the "Underwriter Defendants," and together with the Rivian Defendants, the "Defendants") will, and hereby do, move this Court for summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56 on the ground that there is no genuine issue as to any material fact and that, therefore, Defendants are entitled to judgment as a matter of law.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Separate Statement of Uncontroverted Facts, the Declaration of Eunice Leong and all attached exhibits, all papers and records filed herein, and any oral and/or documentary evidence which may be presented up to and including the time of the hearing on this Motion. This Motion is made following conference of counsel pursuant to L.R. 7-3 on June 26, 2025. Leong Decl. ¶ 2.

1

2  Dated: July 3, 2025                          FRESHFIELDS US LLP

3

4                                               By: */s/ Doru Gavril*

5                                                  Doru Gavril

6                                               *Attorneys for Defendants Rivian*
                                                *Automotive, Inc., Robert J. Scaringe,*
7                                               *Claire McDonough, Jeffrey R. Baker,*
                                                *Karen Boone, Sanford Schwartz, Rose*
8                                               *Marcario, Peter Krawiec, Jay Flatley, and*
                                                *Pamela Thomas-Graham*
9

10  Dated: July 3, 2025                         ORRICK HERRINGTON & SUTCLIFFE
11                                                  LLP

12                                              By: */s/ Darrell S. Cafasso*

13                                                  JAMES N. KRAMER (SBN
                                                   154709)
14                                                 jkramer@orrick.com
                                                   ORRICK, HERRINGTON
15                                                 & SUTCLIFFE LLP
                                                   405 Howard Street
16                                                 San Francisco, California 94105
                                                   Telephone: (415) 773-5700
17                                                 Facsimile: (415) 773-5759

18                                                 DARRELL S. CAFASSO
                                                   (*Admitted Pro Hac Vice*)
19                                                 dcafasso@orrick.com
                                                   JENNIFER KEIGHLEY
20                                                 (*Admitted Pro Hac Vice*)
                                                   jkeighley@orrick.com
21                                                 ORRICK, HERRINGTON
                                                   & SUTCLIFFE LLP
22                                                 51 West 52nd Street
                                                   New York, New York 10019
23                                                 Telephone: (212) 506-5000
                                                   Facsimile: (212) 506-5151
24

25                                              *Attorneys for Defendants Morgan Stanley*
                                                *& Co., LLC, Goldman Sachs & Co. LLC,*
26                                              *J.P. Morgan Securities LLC, Barclays*
                                                *Capital Inc., Deutsche Bank Securities*
27                                              *Inc., Allen & Company LLC, BofA*
                                                *Securities Inc., Mizuho Securities USA*
28                                              *LLC, Wells Fargo Securities, LLC,*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*NomuraSecurities International, Inc.,
Piper Sandler & Co., RBC Capital
Markets, LLC, Robert W. Baird & Co.
Inc., Wedbush Securities Inc., Academy
Securities Inc., Blaylock Van, LLC,
Cabrera Capital Markets LLC, C.L. King
& Associates, Inc., Loop Capital Markets
LLC, Samuel A. Ramirez & Co., Inc.,
Siebert Williams Shank & Co., and Tigress
Financial Partners LLC*

\*\*Pursuant to Local Rule 5-4.3.4(2)(i), the
electronic filer hereby attests that all
signatories concur in the filing's content
and have authorized this filing