BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Rivian Automotive, Inc.,
Robert J. Scaringe, Claire McDonough, Jeffrey R.
Baker, Karen Boone, Sanford Schwartz, Rose
Marcario, Peter Krawiec, Jay Flatley, and
Pamela Thomas-Graham*

Additional Counsel Listed on Signature Block

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC | Case No.: 2:22-cv-01524-JLS-E<br><br>**DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 12, 2025<br>Time:  10:30 a.m.<br>Judge:  Hon. Josephine L. Staton<br>Ctrm:  8A, 8th Floor<br><br>**REDACTED VERSION OF DOCUMENT FILED PROVSIONALLY UNDER SEAL** |

1  CAPITAL MARKETS, LLC, ROBERT
   W. BAIRD & CO. INC., WEDBUSH
2  SECURITIES INC., ACADEMY
   SECURITIES INC., BLAYLOCK VAN,
3  LLC, CABRERA CAPITAL MARKETS
   LLC, C.L. KING & ASSOCIATES, INC.,
4  LOOP CAPITAL MARKETS LLC,
   SAMUEL A. RAMIREZ & CO., INC.,
5  SIEBERT WILLIAMS SHANK & CO.,
   LLC, and TIGRESS FINANCIAL
6  PARTNERS LLC,

7              Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF ABBREVIATIONS

| Abbreviation | Definition |
|---|---|
| ¶ | Plaintiffs' Amended Consolidated Complaint for Violations of the Federal Securities Laws (March 2, 2023), ECF No. 150 |
| Baker | Defendant Jeffrey Baker |
| BOM | Bill of materials |
| Boone | Defendant Karen Boone |
| Defendants | Rivian Defendants, Morgan Stanley & Co., LLC, , Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, NomuraSecurities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co. Inc. , Wedbush Securities Inc., Academy Securities Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., and Tigress Financial Partners LLC |
| DSP | Directed Share Program |
| Director Defendants | Scaringe, Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham |
| Flatley | Defendant Jay Flatley |
| Goldman Sachs | Defendant Goldman Sachs & Co. LLC |
| Independent Directors | Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham |
| Individual Defendants | Scaringe, McDonough, Baker, Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham |
| J.P. Morgan | Defendant J.P. Morgan Securities LLC |

| Krawiec | Defendant Peter Krawiec |
|---|---|
| Latham | Latham & Watkins LLP |
| LCNRV | Lower of cost or net realizable value |
| Marcario | Defendant Rose Marcario |
| McDonough | Defendant Claire McDonough |
| Morgan Stanley | Defendant Morgan Stanley Securities LLC |
| OEM | Original equipment manufacturer |
| Prospectus | Rivian's Prospectus Rule 424(b)(4), filed with the SEC on November 12, 2021 |
| R1 | R1S and R1T |
| Rivian or the Company | Defendant Rivian Automotive, Inc. |
| Rivian Defendants | Scaringe, McDonough, Baker, Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham |
| Scaringe | Defendant Robert J. Scaringe |
| Schwartz | Defendant Sanford Schwartz |
| SOP | Start of R1 production in September 2021 |

Pursuant to Local Rule 56-1, Defendants respectfully submit the following Separate Statement of Uncontroverted Facts in support of their Motion for Summary Judgment.

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1.    Rivian is a Delaware corporation. | DEx. 14 (Prosp.) at 12, 67. |
| 2.    Rivian has headquarters in Palo Alto and Irvine, California. | DEx. 14 (Prosp.) at 98 (listing Irvine and Palo Alto as "center of gravity locations"). |
| 3.    Rivian designs, develops, and manufactures electric vehicles, including the R1. | DEx. 14 (Prosp.) at 1. |
| 4.    Rivian went public through an IPO on November 10, 2021 at a predetermined price of $78/share. | DEx. 14 (Prosp.) at 1; DEx. 186 (RIVN-001359615) at -1359615 (congratulating Rivian on first day of trading). |
| 5.    Rivian's internal codename for its IPO was Project Apollo. | DEx. 3 (Scaringe Tr.) at 60:6-8. |
| 6.    On November 12, 2021, Rivian filed a Form 424(b)(4) Prospectus dated November 9, 2021. | DEx. 14 (Prosp.) at 1. |
| 7.    The SEC declared Rivian's Registration Statement effective on November 9, 2021. | DEx. 96 (Nov. 9, 2021 Notice of Effectiveness). |
| 8.    The Individual Defendants signed the amended Registration Statement filed November 5, 2021. | DEx. 95 (Nov. 5, 2021 Am. Prosp.) at II-7. |
| 9.    On December 16, 2021, Rivian filed its Q3'21 Form 10-Q. | DEx. 97 (10-Q Q3'21). |
| 10.    On December 17, 2021, Rivian held an earnings call. | DEx. 79 (Dec. 17, 2021 Earnings Call Transcript) at 1. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 11. Scaringe has been Rivian's CEO and Chairman of the Board since before Rivian's IPO through the present. | DEx. 14 (Prosp.) at 153 ("Dr. Scaringe founded Rivian in June 2009 and has since served as our Chief Executive Officer and member of our board of directors. Dr. Scaringe was designated as the Chairman of our board of directors in March 2018."); DEx. 3 (Scaringe Tr.) at 17:1-5. |
| 12. McDonough was Rivian's CFO at the time of Rivian's IPO. | DEx. 14 (Prosp.) at 153 ("Ms. McDonough has served as our Chief Financial Officer since January 2021"). |
| 13. Baker was Rivian's Chief Accounting Officer at the time of Rivian's IPO. | DEx. 60 (Baker Tr.) at 16:22-25. |
| 14. At the time of Rivian's IPO, its Board consisted of the following members: Scaringe, Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham. | DEx. 14 (Prosp.) at 153. |
| 15. The underwriters for Rivian's IPO were: Morgan Stanley Goldman Sachs & Co. LLC J.P. Morgan Barclays Deutsche Bank Securities Allen & Company LLC BofA Securities Mizuho Securities Wells Fargo Securities Nomura Piper Sandler RBC Capital Markets Baird Wedbush Securities Academy Securities | DEx. 14 (Prosp.) at 209. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| Blaylock Van, LLC<br>Cabrera Capital Markets LLC<br>C.L. King & Associates<br>Loop Capital Markets<br>Ramirez & Co., Inc.<br>Siebert Williams Shank<br>Tigress Financial Partners | |
| 16.   The Lead Underwriters for Rivian's IPO were Morgan Stanley, Goldman Sachs, and J.P. Morgan. | DEx. 56 (Lawrence Rep.) ¶ 9. |
| 17.   The three Lead Underwriters chosen by Rivian—Morgan Stanley, Goldman Sachs, and J.P. Morgan—had participated in Rivian's asset-based lending facility earlier in 2021. | DEx. 56 (Lawrence Rep.) ¶ 24(i). |
| 18.   For Rivian's IPO, Morgan Stanley, Goldman Sachs, and J.P. Morgan fielded deal teams with experience with the automotive and EV industries. | DEx. 56 (Lawrence Rep.) ¶¶ 24(ii), 78, 85-88 (describing Lead Underwriters' deal teams). |
| 19.   Morgan Stanley's team included Regina Savage, the bank's Global Head of Automotive and Mobility Technology, who oversees "probably 100" automotive clients and has "extensive experience with working with automotive companies." | DEx. 13 (Savage Tr.) at 16:21-23, 17:21-18:22, 20:24-21:4, 21:12-16; DEx. 56 (Lawrence Rep.) ¶ 86. |
| 20.   Morgan Stanley, Goldman Sachs, J.P. Morgan, and Deutsche Bank served as lead underwriters for the June 29, 2010 IPO of Tesla Motors, Inc. | DEx. 56 (Lawrence Rep.) ¶ 76 n.115. |
| 21.   Goldman Sachs's team included Benjamin Duell, a managing director who has worked with "at least more | DEx. 54 (Duell Tr.) at 29:24-30:16; DEx. 56 (Lawrence Rep.) ¶ 87. |

| __Undisputed Fact__ | __Supporting Evidence__ |
|---|---|
| than 50" automotive companies at Goldman Sachs, including automotive manufacturers such as General Motors, Nissan, Lucid, Fisker, Nikola, Stellantis, and Ford. | |
| 22. J.P. Morgan's team included its global head of automotives, and the bank drew on its "overall experience with a variety of players across the automotive industry," including its work with "most, if not all, the major OEMs." | DEx. 55 (Dalal Tr.) at 74:23-75:4, 92:14-21; DEx. 56 (Lawrence Rep.) ¶ 88. |
| 23. Plaintiffs concede that "[t]he Underwriter Defendants staffed their teams with experienced bankers[.]" | DEx. 57 (Miller Rep.) ¶ 61. |
| 24. In September 2020, Rivian hired Ernst & Young to conduct an IPO readiness assessment, a process that "continue[d] through Q1 2022." | DEx. 49 (RIVN-002528948) (IPO readiness assessment for Rivian); DEx. 59 (RIVN-001239332) at -1239342 ("Rivian engaged EY to assist with our internal control implementation journey. We . . . will continue through Q1 2022."). |
| 25. Rivian began discussions with PwC in December 2020 regarding IPO preparations, a partnership that continued through the closing of the IPO and included frequent consultations about Rivian's disclosures. | *See, e.g.*, DEx. 50 (RIVN-001308030); DEx. 51 (RIVN-001306951); DEx. 68 (RIVN-001819086); DEx. 78 (RIVN-001816839). |
| 26. In January 2021, Rivian's Audit Committee also began working on risk management issues in anticipation of being a public company. | DEx. 59 (RIVN-001239332) at -1239340 ("Rivian has started our enterprise risk journey to ultimately support our S-1 filing."). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 27. Rivian retained Latham to advise on legal matters regarding the IPO. | DEx. 14 (Prosp.) at 221 ("The validity of the shares of Class A common stock offered hereby will be passed upon for us by Latham & Watkins LLP."); DEx. 52 (Sitron Tr.) at 18:12-16. |
| 28. Both Latham lawyers and in-house counsel provided "input along the way on the S-1." | DEx. 10 (McDonough Tr.) at 52:21-53:4. |
| 29. Internally, Rivian management worked to prepare for the IPO, at one point holding biweekly and sometimes weekly working group sessions. | DEx. 132 (RIVN-INDIV-000000798) at -0798 (noting that meeting invitations will be updated "to reflect weekly (rather than bi-weekly) working group sessions."). |
| 30. Rivian's post-IPO quiet period ended on December 5, 2021. | *See* DEx. 100 (RIVN-001576299) at -1576299 (Rivian had a blackout period of "25 days"). |
| 31. Boone has served on Rivian's Board since August 2020. | DEx. 101 (Boone profile) ("Ms. Boone has served on our board of directors since August 2020."); DEx. 14 (Prosp.) at 154 (same); DEx. 102 (Boone Decl.) ¶ 1 ("I have served as an independent director of the Board of Directors of Rivian Automotive, Inc. [] since August 2020."). |
| 32. Boone has been the Chair of Rivian's Audit Committee since May 2021. | DEx. 102 (Boone Decl.) ¶ 1 ("I have served . . . as Chair of Rivian's Audit Committee since May 2021."); *see* DEx. 14 (Prosp.) at 158 ("[O]ur audit committee will consist of Karen Boone, Jay Flatley, and Pamela Thomas-Graham, with Karen Boone serving as chair."). |
| 33. Boone was designated Lead | DEx. 103 (RIVN-000414314) at - |

| Undisputed Fact | Supporting Evidence |
|---|---|
| Independent Director by fellow Rivian Board members in September 2021. | 414316 ("The directors discussed the designation of Ms. Boone as the Lead Independent Director. . . . The Board informally acknowledged assent to such designation."). |
| 34.  Boone served on Rivian's Compensation Committee at the time of the IPO. | DEx. 14 (Prosp.) at 158-59 ("[O]ur compensation committee will consist of Sanford Schwartz and Karen Boone."); DEx. 102 (Boone Decl.) ¶ 1 ("I also served on the Compensation Committee, attending all ten meetings in 2021."). |
| 35.  Boone has served on the board of Sonos since June 2017 through the present, including through Sonos's IPO in August 2018. | DEx. 14 (Prosp.) at 154 ("Ms. Boone currently serves on the board of directors of Sonos, Inc."); DEx. 102 (Boone Decl.) ¶ 4 ("I have served as a director on Sonos's Board since June 2017, including when it conducted its IPO in 2018."). |
| 36.  Boone has served on the board of Peloton since January 2019 through the present, including through Peloton's IPO in September 2019. | DEx. 102 (Boone Decl.) ¶ 4 ("I have served as a director on Peloton's board since January 2019, including when it conducted its IPO in September 2019."); DEx. 14 (Prosp.) at 154 ("Ms. Boone currently serves on the board of directors of . . . Peloton Interactive, Inc."). |
| 37.  Boone also served as CFO of Restoration Hardware through its initial public offering in 2012. | DEx. 14 (Prosp.) at 154 ("Ms. Boone most recently served as the President, Chief Financial and Administrative Officer of Restoration Hardware, Inc."); DEx. 102 (Boone Decl.) ¶ 4 ("I served as the Chief Financial and Administrative Officer of |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | Restoration Hardware from May 2014 to August 2018 and as CFO from June 2012 to May 2014. I led Restoration Hardware through its November 2012 IPO."). |
| 38. Flatley joined the Rivian Board in May 2021 as the Company geared up for the IPO. | DEx. 14 (Prosp.) at 155 ("Mr. Flatley has served as a member of our board of directors since May 2021."); DEx. 107 (Flatley Profile) ("Mr. Flatley has served as a member of our board of directors since May 2021."); DEx. 108 (Flatley Decl.) ¶ 1 ("I have served as an independent director of the Board of Directors of Rivian Automotive, Inc. ("Rivian") . . . since May 2021."). |
| 39. Flatley has served as a member of Rivian's Audit Committee since May 2021. | DEx. 14 (Prosp.) at 158 ("[O]ur audit committee will consist of Karen Boone, Jay Flatley, and Pamela Thomas-Graham."); DEx. 108 (Flatley Decl.) ¶ 1 ("I have served as . . . a member of the Audit Committee since May 2021."). |
| 40. Flatley saw Illumina, a biotech company, through its IPO in 2000 as its CEO. | DEx. 108 (Flatley Decl.) ¶ 3 ("From 1999 through 2016, I was the CEO of Illumina, Inc. . . . In 2000, I steered Illumina through its IPO."). |
| 41. Flatley also served as acting CEO of Zymergen through its IPO. | DEx. 14 (Prosp.) at 155 ("Mr. Flatley is serving as Acting Chief Executive Officer of Zymergen."); DEx. 108 (Flatley Decl.) ¶ 3 ("I joined the board of Zymergen in January 2020 as Lead Independent Director and assumed the role of Chairman just before Zymergen's |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | IPO. In August 2021, I assumed the role of Interim CEO and acted in that role until Zymergen's sale to Ginkgo Bioworks in October 2022."). |
| 42. Krawiec is the longest-standing member of Rivian's Board, appointed in February 2019 when Amazon invested in the Company. | DEx. 109 (Krawiec Profile) ("Mr. Krawiec has served on our board of directors since February 2019."); DEx. 14 (Prosp.) at 154 (same); DEx. 24 (Krawiec Tr.) at 19:5-8. |
| 43. Krawiec has held a number of executive positions at Amazon over the past 20 years, having served as Senior Vice President of Worldwide Corporate and Business Development since March 2021. | DEx. 109 (Krawiec Profile) ("[Mr. Krawiec] has served as Senior Vice President of Worldwide Corporate and Business Development at Amazon.com, Inc. . . . since March 2021."); DEx. 14 (Prosp.) at 154-55 (same). |
| 44. Krawiec has acquired extensive experience at Amazon reviewing various operating budgets. | DEx. 24 (Krawiec Tr.) at 29:21-24 (in his various roles at Amazon, Krawiec has "reviewed . . . every single operating budget of [Amazon] across every division"). |
| 45. Krawiec had experience in venture capital and investment banking. | DEx. 24 (Krawiec Tr.) at 11:17-12:6 (describing experience at venture capital firm); *id.* at 13:9-19 (describing work at J.P. Morgan); *id.* at 36:2-4 ("I probably knew more about the venture[] capital fundraising process."). |
| 46. Marcario joined the Rivian Board in January 2021. | DEx. 110 (Marcario profile) ("Marcario has served on our board of directors since January 2021."); DEx. 14 (Prosp.) at 154 (same); DEx. 111 (Marcario Decl.) ¶ 1 ("I have served as an independent |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | director of the Board of Directors of Rivian Automotive, Inc. [] since January 2021."). |
| 47. Prior to joining Rivian's Board, Marcario served in a number of leadership roles at Patagonia from 2008 to 2020, including as CEO from May 2013 to June 2020 and CFO and COO from 2008 to 2013. | DEx. 110 (Marcario profile) ("Marcario . . . served as the President and Chief Executive Officer and as a member of the board of directors of Patagonia, Inc. . . . from May 2013 to June 2020. Prior to that, she served as the Chief Financial Officer and Chief Operating Officer of Patagonia, Inc. from 2008 to 2013."); DEx. 14 (Prosp.) at 154 (same); DEx. 111 (Marcario Decl.) ¶ 3 ("From 2013 to 2020, I served on the board and as the President and CEO of Patagonia. . . . I previously had served as Patagonia's CFO and COO."). |
| 48. Marcario's background serving in multiple C-suite roles at Patagonia positioned her to be a leader on the Board for sustainability. | DEx. 111 (Marcario Decl.) ¶¶ 9, 12-13; *see also* DEx. 112 (RIVN-INDIV-000006815) at -6815 (Boone asks Marcario to "check out" the "Climate Cost of Governance" language in draft Prospectus and "see if [she] can improve it at all[.]"). |
| 49. Marcario brought to the Board a dedication to environmental sustainability, chairing Rivian's Planet and Policy Board committee and advocating for disclosures in the Prospectus reflecting Rivian's commitment to sustainability. | DEx. 14 (Prosp.) at 141-42, 153, 159; DEx. 111 (Marcario Decl.) ¶¶ 12-13; DEx. 110 (Marcario profile). |
| 50. Schwartz is the second longest-serving Board member, joining the | DEx. 14 (Prosp.) at 154; DEx. 114 (Schwartz Profile). |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| Board in September 2019. | |
| 51. Schwartz is the Chair of the Compensation Committee and also serves on the Planet and Policy Committee. | DEx. 14 (Prosp.) at 153, 159; DEx. 114 (Schwartz Profile). |
| 52. Schwartz has held a number of roles at Cox Enterprises since 1985, including a decade as President and CEO of Cox Automotive Inc. from 2011 through 2021. | DEx. 14 (Prosp.) at 154; DEx. 114 (Schwartz profile). |
| 53. Thomas-Graham joined the Rivian Board a few months before the IPO in August 2021. | DEx. 14 (Prosp.) at 155. |
| 54. Thomas-Graham served on Rivian's Board until June 2024. | DEx. 115 (Apr. 29, 2025 Schedule 14A) at 2 ("Ms. Thomas-Graham did not stand for reelection to our Board of Directors in June 2024."). |
| 55. During her time on the Rivian Board, Thomas-Graham was a member of the Audit and Nominating and Governance Committees. | DEx. 14 (Prosp.) at 153. |
| 56. Thomas-Graham has served on the board of Bumble since August 2020, including during its IPO in February 2021. | DEx. 116 (Bumble Apr. 17, 2025 Proxy) at 2, 25. |
| 57. Thomas-Graham also served on the board of Peloton during its 2019 IPO. | *See* DEx. 106 (Peloton Oct. 22, 2024 Proxy) at 31 (joined board March 2018). |
| 58. Since August 2016, Thomas-Graham has served as the CEO of Dandelion Chandelier LLC. | DEx. 14 (Prosp.) at 155. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 59. From 2010 to August 2016, Thomas-Graham served as a member of the Executive Board at Credit Suisse Group AG. | DEx. 14 (Prosp.) at 155. |
| 60. While at Credit Suisse Group AG, Thomas-Graham held several titles, including Chair, New Markets for the Global Private Bank, and Global Chief Marketing and Talent Officer. | DEx. 14 (Prosp.) at 155. |
| 61. From 2008 to 2010, Thomas-Graham served as a Managing Director at Angelo, Gordon & Co. | DEx. 14 (Prosp.) at 155. |
| 62. From 2005 through 2007, Thomas-Graham was a Group President of Liz Claiborne Inc. (now Tapestry). | DEx. 14 (Prosp.) at 155. |
| 63. Thomas-Graham previously served as President and Chief Executive Officer of NBC Universal's CNBC television, and President and Chief Executive Officer of CNBC.com, beginning in 1999. | DEx. 14 (Prosp.) at 155. |
| 64. Prior to the IPO, Boone, Krawiec, Schwartz, Thomas-Graham, Marcario, and Flatley collectively purchased 335,420 Rivian shares at prices between $7.68/share to $32.09/share. | DEx. 14 (Prosp.) at 180. |
| 65. Each Individual Defendant purchased Rivian common stock in the IPO at $78/share, collectively spending $17,747,808 of their own money to purchase 227,536 shares. | DEx. 33 (Scaringe Form 3 and 4 Compilation) at 5; DEx. 41 (McDonough Form 3 and 4 Compilation) at 4; DEx. 34 (Baker Form 3 and 4 Compilation) at 4; DEx. 35 (Boone Form 3 and 4 Compilation) at 5; DEx. 40 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | (Krawiec Form 3 and 4 Compilation) at 4; DEx. 39 (Schwartz Form 3 and 4 Compilation) at 4; DEx. 37 (Thomas-Graham Form 3 and 4 Compilation) at 4; DEx. 38 (Marcario Form 3 and 4 Compilation) at 4; DEx. 36 (Flatley Form 3 and 4 Compilation) at 4. |
| 66.  Scaringe purchased 128,175 shares of Rivian common stock in the IPO through the DSP. | DEx. 33 (Scaringe Form 3 and 4 Compilation) at 5. *See* DEx. 14 (Prosp.) at 14, 186. |
| 67.  McDonough purchased 2,450 shares of Rivian common stock in the IPO through the DSP. | DEx. 41 (McDonough Forms 3 and 4 Compilation) at 4. *See* DEx. 14 (Prosp.) at 14, 186. |
| 68.  Baker purchased 20,000 shares of Rivian common stock in the IPO through the DSP. | DEx. 34 (Baker Forms 3 and 4 Compilation) at 4. *See* DEx. 14 (Prosp.) at 14, 186. |
| 69.  Boone purchased 20,000 shares of Rivian common stock in the IPO through the DSP. | DEx. 35 (Boone Forms 3 and 4 Compilation) at 5. *See* DEx. 14 (Prosp.) at 14, 186. |
| 70.  Krawiec purchased 3,590 shares of Rivian common stock in the IPO through the DSP. | DEx. 40 (Krawiec Forms 3 and 4 Compilation) at 4; *see* DEx. 14 (Prosp.) at 14, 186. |
| 71.  Schwartz purchased 8,500 shares of Rivian common stock in the IPO through the DSP. | DEx. 39 (Schwartz Forms 3 and 4 Compilation) at 4; *see* DEx. 14 (Prosp.) at 14, 186. |
| 72.  Thomas-Graham purchased 12,821 shares of Rivian common stock in the IPO through the DSP. | DEx. 37 (Thomas-Graham Forms 3 and 4 Compilation) at 4. *See* DEx. 14 (Prosp.) at 14, 186. |
| 73.  Marcario purchased 12,000 shares of Rivian common stock in the IPO through the DSP. | DEx. 38 (Marcarios Forms 3 and 4 Compilation) at 4. *See* DEx. 14 (Prosp.) at 14, 186. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 74. Flatley purchased 20,000 shares of Rivian common stock in the IPO through the DSP. | DEx. 36 (Flatley Forms 3 and 4 Compilation) at 4. *See* DEx. 14 (Prosp.) at 14, 186. |
| 75. Amazon, for which Krawiec led the initial investment into Rivian, spent $199,999,956 to acquire 2,564,102 shares in the IPO. | DEx. 24 (Krawiec Tr.) at 14:17-15:9; DEx. 42 (Nov. 12, 2021 Amazon.com, Inc. Form 4) at 1. |
| 76. In May 2022, Baker purchased an additional 641 shares of Rivian common stock. | DEx. 34 (Baker Forms 3 and 4 Compilation) at 7. |
| 77. In May 2022, Flatley purchased an additional 40,000 shares of Rivian common stock. | DEx. 36 (Flatley Forms 3 and 4 Compilation) at 5. |
| 78. In May 2022, Scaringe purchased an additional 41,000 shares of Rivian common stock. | DEx. 33 (Scaringe Forms 3 and 4 Compilation) at 7. |
| 79. In May 2022, McDonough purchased an additional 563 shares of Rivian common stock. | DEx. 41 (McDonough Forms 3 and 4 Compilation) at 5. |
| 80. No Individual Defendant sold any Rivian common stock during the Class Period. | DEx. 33-41 (Forms 3 and 4 Compilations). |
| 81. Except for sales to cover tax obligations, the first post-IPO sale by an Individual Defendant occurred over a year after the IPO. | DEx. 33-41 (Forms 3 and 4 Compilations). |
| 82. McDonough sold 12,500 shares at $35/share on November 15, 2022 and sold 3,257 shares at $34.28/share on November 16, 2022, all at a considerable loss compared to the price at which she purchased shares in the IPO. | DEx. 41 (McDonough Forms 3 and 4 Compilations) at 9. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 83. Except for sales to cover tax on vesting stock, Baker did not sell until nearly 19 months after the IPO, when he sold 30,798 shares for $14.70/share on June 1, 2023. | DEx. 34 (Baker Forms 3 and 4 Compilation) at 18. |
| 84. Except for sales to cover tax on vesting stock, Scaringe did not sell until June 10, 2024—31 months after the IPO—when he exercised stock options at a price of $2.83/share and sold 71,429 shares at a price of $11.49/share under a Rule 10b5-1 plan. | DEx. 33 (Scaringe Forms 3 and 4 Compilation) at 11 (charitable gift), 13 (taxes), 16 (taxes), 20 (taxes), 21 (10b5-1 plan). |
| 85. To this day, none of the Independent Directors has sold any shares. | DEx. 35-40 (Forms 3 and 4 Compilations). |
| 86. When restricted stock units vested on January 20, 2022 for five of the Director Defendants, the majority—Boone, Marcario, and Schwartz—elected to defer issuance of the underlying shares until such time as they left the Board. | DEx. 35 (Boone Forms 3 and 4 Compilations) at 7; DEx. 38 (Marcario Forms 3 and 4 Compilations) at 5; DEx. 39 (Schwartz Forms 3 and 4 Compilations) at 5; DEx. 37 (Thomas-Graham Forms 3 and 4 Compilations) at 6; DEx. 40 (Krawiec Forms 3 and 4 Compilations) at 6; *see also* DEx. 35 (Boone Forms 3 and 4 Compilations) at 9 (same); DEx. 38 (Marcario Forms 3 and 4 Compilations) at 6 (same); DEx. 39 (Schwartz Forms 3 and 4 Compilations) at 6. |
| 87. If the per-share price inflation of $9.18 calculated by Plaintiffs' economic expert, Zachary Nye, is used, the Individual Defendants collectively suffered $178,825,505 in | DEx. 84 (Nye Rep.) ¶ 87; Leong Decl. ¶ 10. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| economic harm as a result of Rivian's stock drop throughout the Class Period. | |
| 88. At the time of the IPO, no Director Defendant owned a controlling stake in Rivian. | DEx. 14 (Prosp.) at 187-89. |
| 89. At Rivian, BOM was "a wide ranging term" with different meanings depending on the employee or group speaking and the point in vehicle development. | DEx. 9 (Phillips Tr.) at 24:12-25:3 (also explaining use of "cost control model BOM" by project finance team); *see, e.g., id.* at 21:12-17 (explaining "all parts BOM" used by finance team); *id.* at 25:4-26:6 (explaining "VP BOM" used for "early preproduction build"); *id.* at 22:20-23:11 (explaining "EBOM [which] is the view of the engineering team" and "MBOM [which] is a manufacturing bill of materials"); DEx. 118 (RIVN-001813861) (asking, "What is the differen[ce] between the BOM you need and the BOM we would use for Manual MRP?"). |
| 90. Rivian's Finance and Strategy teams used BOM across a variety of internal and external projection forecasting financials up to ▮▮▮▮. | *E.g.,* DEx. 11 (RIVN-000572524) at Slide 23 (projecting "Vehicle Final BOM" from ▮▮▮▮); DEx. 76 (RIVN-000168096) at Slide 16 (projecting "BOM" as part of "Consumer automotive unit economics" from 2023-2025); DEx. 92 (forecasting BOM for variety of variants from ▮▮▮▮); DEx. 93 (forecasting BOM from ▮▮▮▮). |
| 91. Prior to SOP, Rivian's internally reported R1 BOM costs consisted only of forecasts. | DEx. 21 (Solomon Tr.) at 280:4-14 (prior to SOP, "[t]he bill of materials didn't exist yet in the real world"); |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | DEx. 9 (Phillips Tr.) at 54:24-55:19 ("[W]e forecast the BOMs before you actually have a build event"); *id.* at 163:2-20 ("volatil[e]" BOM estimates with "⬛⬛⬛⬛ "ups and downs"); DEx. 8 (Mulvey Tr.) at 136:23-137:5 (prior to SOP, "all BOM measurements were projections and expectations of the finance team . . . [t]here was no ability for us to know what our actual BOM cost was or would be because as you start production, a lot of things change and happen pretty concurrently."); DEx. 4 (Dwyer Tr.) at 137:8-17 ("We didn't have a BOM because we never actually built a vehicle. . . . [T]here are literally dozens of variables that could apply here both on the revenue side and the COG side, not just to BOM[.]"); DEx. 24 (Krawiec Tr.) at 50:21-24 ("There was no BOM. We hadn't made any vehicles."); DEx. 15 (Hasenkamp Rep.) ¶¶ 13-18 (any new "overall vehicle BOM cost defined early in the product development and prior to SOP is best considered a 'target' or a very broad 'estimate' or 'projection' because of the lack of product maturity and the limited data available at the time."). |
| 92.   References in internal documents to BOM "cost status" referred to "the status of the forecast based on the information that [Rivian] [had]." | DEx. 66 (Gawronski Tr.) at 47:6-24 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 93. Engineering changes were implemented across the R1 vehicle even after SOP. | DEx. 3 (Scaringe Tr.) at 39:2-15 ("tremendous amount of iteration around the specific details of what would go into the vehicle"); *id.* at 128:19 ("engineering changes through the end of 2021"); DEx. 66 (Gawronski Tr.) at 126:1-6 (discussing engineering changes in months before SOP). |
| 94. Only after the R1 was in production did Rivian begin "taking accounting actuals and using that for reporting" actual BOM, "as opposed to taking forecasts of what the BOM" may be once production started. | DEx. 9 (Phillips Tr.) at 243:6-9. |
| 95. Even after SOP, the material costs Rivian incurred did not reflect what the costs would be at scaled production. | DEx. 3 (Scaringe Tr.) at 85:8-86:1 (stating that, at SOP, Rivian "lacked economies of scale"); DEx. 4 (Dwyer Tr.) at 80:20-24 ("That first vehicle obviously had a specific cost, but it related to one vehicle and didn't necessarily reflect [] what the costs would be for future volumes"); DEx. 9 (Phillips Tr.) at 97:11-21 (even after SOP, "not everything was running at [full production], you gradually turn the rate of the line up," which is why you look at forecasted BOM even at SOP); DEx. 15 (Hasenkamp Rep.) ¶ 76 (cost "at and in the near-term after SOP is not indicative of what the cost structure would be when the automaker is producing at scale."). |
| 96. Even after SOP, "the reconciliation of [COGS] actuals," which include | DEx. 94 (RIVN-000878224) at Slide 13 (noting difficulty); *id.* at Slide 14 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| BOM, "with forecasts create[d] some unique challenges" for Rivian "due to operational, systemic, and reporting challenges." | (showing BOM as part of "COGS Actuals Consolidation & Allocation Process"); DEx. 99 (RIVN-000878218) at Slide 2 (as of June 2022, "[o]ver the last two quarters, accurately, timely and actionable reporting for Inventory and COGS has been limited based on operational, systemic, and reporting challenges," but noting "[h]igher level of confidence in BOM integrity & part cost accuracy" compared to "Q1"); *id.* at Slide 7 (Rivian used "[e]stimated BOM costs" in the place of "actuals" from Q3'21-Q1'22). |
| 97. Plaintiffs' industry expert, Charles Baker, admitted that "should costs," i.e., estimated costs for parts, "are not set in stone. They have to be adjusted." | DEx. 67 (C. Baker Tr.) at 62:19-21. |
| 98. Rivian's SOP for the R1T was in September 2021. | DEx. 14 (Prosp.) at 87 ("We began commercial production of the R1T in September 2021[.]"). |
| 99. Typically, suppliers for an OEM at SOP do not all have "hard tools ready" and are not "producing at rate, using production source materials . . . line and labor force[.]" | DEx. 9 (Phillips Tr.) at 25:21-24 (OEMs typically "are [not] in full scale production" at SOP). |
| 100. At SOP, Rivian "had no idea how customers were going to react to [its] vehicle[s]," because Rivian "had not sold one vehicle in the market" at that time and therefore could not be sure of demand. | DEx. 4 (Dwyer Tr.) at 111:1-10. |

DEFENDANTS' STATEMENT OF
UNCONTROVERTED FACTS
CASE NO. 2:22-cv-01524-JLS-E

| Undisputed Fact | Supporting Evidence |
|---|---|
| 101. Rivian viewed itself as being on "a huge learning curve." | DEx. 4 (Dwyer Tr.) at 52:5-23 ("Again, you might remember, we were a very young company. We had not built a car. We had not done any of this before. So it's a huge learning curve for everyone."). |
| 102. "As of September 30, 2021, [Rivian] produced 12 R1Ts and delivered 11 R1Ts." | DEx. 14 (Prosp.) at 1. |
| 103. "Nearly all [R1] vehicles" delivered as of October 31, 2021 "were delivered to Rivian employees[.]" | DEx. 14 (Prosp.) at 1. |
| 104. "[A]s of October 31, 2021, [Rivian] produced 180 R1Ts and delivered 156 R1Ts." | DEx. 14 (Prosp.) at 1. |
| 105. At the time of the IPO, Rivian had not yet begun serial or scaled production of its vehicles. | DEx. 14 (Prosp.) at 10 (Rivian "just started to ramp vehicle production" and its "facility produced limited quantities of vehicles" prior to the IPO). |
| 106. As of December 15, 2021, when Rivian filed its 10-Q for Q3'21, Rivian had "produced 652 and delivered 386 R1 vehicles," including two R1Ss. | DEx. 97 (10-Q Q3'21) at 20. |
| 107. Rivian did not begin production of the EDV until Q4'21. | DEx. 119 (Q4'21 Shareholder Letter) at 11 ("At the end of 2021, we sold the first production EDV to Amazon"); *id.* at 12 ("In December, we launched the RCV platform with the EDV-700, which is our first vehicle delivered to Amazon."); DEx. 70 (Smith Rep.) ¶¶ 13, 36 & n.40. |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 108. Rivian Defendants anticipated that Rivian's R1 BOM costs would decrease as it scaled production. | DEx. 125 (RIVN-000163104) at Slide 11 (reflecting "BOM savings" over time); DEx. 140 (RIVN-000163744) at Slide 20 (showing decreasing BOM costs); DEx. 6 (RIVN-000878181) at Slide 22 (showing decreasing BOM costs); DEx. 127 (RIVN-000070202) at "BofA" Tab (" ████████████████ █████████████████ ██████████ "); DEx. 5 (RIVN-000478592) at Slide 19 ("BOM cost reductions from ████████████████ ██████████ ); DEx. 6 (RIVN-000878181) at Slide 22 (forecasting positive margin, ██████ ████████████████ ██████ DEx. 7 (RIVN-000009875) at -9898 ████████████████ ████████████████ ████████████████ ████████████████ ██████ ); DEx. 66 (Gawronski Tr.) at 188:6-23 ("as we achieved success in launching and ramping production over time and introducing more products to the portfolio, those costs naturally would have reduced"); DEx. 12 (Aijazuddin Tr.) at 193:8-13 ("So we always knew that we would be |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | unprofitable at the point of production, right, but I thought -- and that we would in the subsequent years [as] the bill of materials and the cost of goods sold both decrease, have a pathway to profitability."); DEx. 75 (RIVN-000164925) at Slide 19 (showing BOM projected to significantly decrease from 2022-2026); DEx. 24 (Krawiec Tr.) at 67:5-17 (the Board "understood [BOM reduction be one of] the levers that were available to us."); *id.* at 101:15-16 ("[t]here was a belief that the BOM costs would go down"); DEx. 102 (Boone Decl.) ¶ 29 ("I . . . expected that the R1 BOM would decrease over time as Rivian ramped production . . . it is common knowledge that costs are expected to decrease as production ramps"); DEx. 108 (Flatley Decl.) ¶ 18 ("I was confident that the R1 BOM would decrease over time as Rivian ramped production"); DEx. 111 (Marcario Decl.) ¶ 21 ("I . . expected that the R1 BOM would decrease over time as Rivian ramped production . . . across the automotive industry . . . it is common knowledge that costs are expected to decrease as production ramps"); DEx. 3 (Scaringe Tr.) at 85:8-86:1 (explaining impact of ramp on unit economics); DEx. 8 (Mulvey Tr.) at 277:14-23 ("We did believe, and was represented in the models we provided, that the bill of materials would decline over time."). |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 109.  Scale allows companies to spread fixed costs and drives efficiencies in variable costs, such as BOM. | DEx. 15 (Hasenkamp Rep.) ¶¶ 22-28; DEx. 3 (Scaringe Tr.) at 85:8-86:1 ("as you achieve volume, of course the [] the equipment and cost [] gets spread across more volume, and the unit economics then flip to becoming positive"); DEx. 12 (Aijazuddin Tr.) at 42:23-43:8 (because "suppliers are making fixed investments of their own . . . the prices that they quote us for any parts typically will come down as our volume grows"); DEx. 21 (Solomon Tr.) at 25:2-6 (noting that suppliers can "amortiz[e] [their] investment over more units versus less"); DEx. 54 (Duell Tr.) at 156:12-21 (noting that, with scale, ██████████████████ .  |
| 110.  Scale provides automotive manufacturers increased leverage in negotiations with suppliers. | DEx. 15 (Hasenkamp Rep.) ¶¶ 25-27 ("Once the automaker starts production . . . , the negotiating leverage shifts in favor of the automaker"); *id.* ¶ 33 (greater ability to change suppliers); DEx. 67 (C. Baker Tr.) at 248:7-8 (admitting "volumes make it easier to achieve your cost targets"); DEx. 7 (RIVN-000009875) at -9898 ("BOM reduction includes . . . higher negotiating power from increased scale"); DEx. 21 (Solomon Tr.) at 24:20-25:14 ("With scale, absolutely, the bill of materials can |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | change, because it provides leverage to go back to the supply base."); *id.* at 149:16-150:1 ("self-evident" that there was a path to renegotiating supplier contracts when "you show there's demand for your product, when you're building your business, and building scale."); DEx. 61 (Schwartz Tr.) at 78:1-3 ("[S]uppliers [] said, When you've made 100,000 cars, we'll give you a better price compared to 50,000 cars."). |
| 111.  It is a basic expectation in the automotive industry that as production volumes increase, costs typically decrease. | DEx. 13 (Savage Tr.) at 72:5-73:1 ("the fundamental truth about auto, the whole basis of it is that you need scale . . . as you get production volumes up, costs go down"); *id.* at 59:20-22 ("It is the basis of the supplier/OEM relationship that suppliers get scale and get more efficient over time and so regularly do price downs"); DEx. 15 (Hasenkamp Rep.) ¶ 37 ("cornerstone of automotive vehicles and parts cost reduction practices"); *id.* ¶ 41 ("The connection between BOM cost reduction and scale is undeniable."); DEx. 54 (Duell Tr.) at 156:12-157:3 ("it's fundamental to how the [] industry works"); DEx. 55 (Dalal Tr.) at 73:24-75:4 (acknowledging that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); DEx. 3 (Scaringe Tr.) at 85:8-86:1 ("is not actually unique to Rivian" that "you start with negative unit |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | economics" at SOP and "unit economics then flip to becoming positive" as production scales); DEx. 65 (RIVN-000428085) at -428112 ("vehicle volumes ramp allow[] for both variable margin improvement and sufficient coverage of the fixed portion of Cost of Goods Sold"). |
| 112.    As Rivian has scaled its R1 production, it has renegotiated supplier agreements to make them more favorable for Rivian. | DEx. 10 (McDonough Tr.) at 88:19-89:9 (noting that, among other factors, "the movement of [] many supplier negotiations [] enabled us to reduce our costs of goods sold at a [] quite significant level"); DEx. 54 (Duell Tr.) at 113:5-12 ███████████ ████████████████████ ████████████████████ ████████████████████ ███████; DEx. 8 (Mulvey Tr.) at 227:24-228:24 ("over the past few years, we've had a good track record of taking [cost] out" of the vehicle through "commercial negotiations and supplier discussions"). |
| 113.    Industry benchmarks, data from consultants, and subject matter experts were consistent with Rivian's belief in a reduction in BOM costs over time. | DEx. 21 (Solomon Tr.) at 27:17-28:15 (Rivian "stud[ied] industry benchmarks" and "data sets from consulting firms that would show kind of cost down year over year," and used "subject matter experts" internally to "estimate" BOM cost forecasts). |
| 114.    Many Rivian employees understood from prior experience the relationship | DEx. 21 (Solomon Tr.) at 28:1-7 ("We had subject matter experts . . . |

| Undisputed Fact | Supporting Evidence |
|---|---|
| between scale and decreasing BOM costs. | [W]e have plenty of people who have worked on auto programs."); *id.* at 28:8-15 ("[W]e had a VP of procurement at the time who had previously worked at Tesla" which "had reduced their bill of materials on the Model S by 25 percent over their first two years in production."); DEx. 30 (Hasenkamp Reb.) ¶ 25 (noting that "Tesla was a benchmark used by all EV startups, [] and it is reasonable to believe that Rivian's post-SOP cost reduction plan was based on what had been achieved at Tesla."); DEx. 9 (Phillips Tr.) at 108:8-109:22 (noting that the "cost reduction glide path" "was consistent with my previous life at Ford"); *id.* at 136:22-137:12 ("Q. In your experience, how easy is it to implement a design cost reduction post SOP? A. Oh, at Ford, OEMs do it all the time."); *id.* at 201:18-22 (team with "decades of experience . . . came up with [] these are percentages that we believe we can achieve."); DEx. 4 (Dwyer Tr.) at 78:22-25 ("We had strong confidence based on all industry experience that there would be multiple ways for us to bring not only our BOM costs, but our costs, down over time."); DEx. 15 (Hasenkamp Rep.) ¶ 99 ("Rivian followed reasonable industry practices and identified and successfully implemented several cost reduction strategies that helped to decrease the BOM cost over |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | time"). |
| 115. Rivian Defendants and Underwriter Defendants all expected that Rivian would achieve profitability at scale. | DEx. 3 (Scaringe Tr.) at 85:8-86:1 ("as you achieve volume, of course the [] the equipment and cost [] gets spread across more volume, and the unit economics then flip to becoming positive."); DEx. 102 (Boone Decl.) ¶ 27 ("I fully expected that, in line with the many Rivian forecasts that I scrupulously reviewed as Audit Committee Chair, that Rivian eventually would achieve profitability as it introduced different product mixes and scaled production."); DEx. 108 (Flatley Decl.) ¶ 16 (noting that he expected Rivian to become profitable with scale); DEx. 111 (Marcario Decl.) ¶ 18 (same); DEx. 6 (RIVN-000878181) at 22 (forecasting positive margin, "driven by vertical integration, manufacturing economies of scale, and improving supplier terms"); DEx. 7 (RIVN-000009875) at -9896-97, -9913 (reflecting scale and cost leverage); (DEx. 12 (Aijazuddin Tr.)  at 190:21-25 ("[O]ur view was always that the R1 vehicles would be profitable at the GAAP gross profit level by the time we had scaled production, which would put you at late 2022, early 2023"); DEx. 20 (Behl Tr.) at 279:25-280:06, 190:21-25 ("We will have the demand. The volume will come. And as we start producing more and more, we will |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | get the cost down, and at some point we are going to get to positive gross margins.”); DEx. 55 (Dalal Tr.) at 74:4-17. |
| 116.  Steve Gawronski, Rivian’s head of supply chain at the time of the IPO, had worked at Tesla, which “reduced [its] bill of materials on the Model S by 25 percent over their first two years in production.” | DEx. 21 (Solomon Tr.) at 28:8-18 (“[W]e had a VP of procurement at the time who had previously worked at Tesla” which “had reduced their bill of materials on the Model S by 25 percent over their first two years in production.”); *see also* DEx. 30 (Hasenkamp Reb.) ¶ 25 (noting that “Tesla was a benchmark used by all EV startups, [] and it is reasonable to believe that Rivian’s post-SOP cost reduction plan was based on what had been achieved at Tesla.”). |
| 117.  Rivian’s Directors and management believed that there was a path to renegotiating supplier contracts as Rivian scaled production. | *See, e.g.*, DEx. 3 (Scaringe Tr.) at 85:24-86:1 (“We had a startup premium that was placed that we anticipated negotiating down, or having drop off over time.”); DEx. 24 (Krawiec Tr.) at 60:6-7 (“I’m assuming some of it you will get better prices as you grow.”); DEx. 61 (Schwartz Tr.) at 78:1-3 (“[S]uppliers [] said, When you’ve made 100,000 cars, we’ll give you a better price compared to 50,000 cars.”); DEx. 102 (Boone Decl.) ¶ 29 (“I . . . reasonably expected that the R1 BOM would decrease over time as Rivian . . . renegotiated supplier contracts”); DEx. 111 (Marcario Decl.) ¶ 21 (“expected that the R1 BOM would decrease over time as Rivian . . . renegotiated supplier |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | contracts"); DEx. 108 (Flatley Decl.) ¶ 18 ("I was confident that the R1 BOM would decrease over time as Rivian . . . renegotiated supplier contracts"). |
| 118.  BOM cost information is competitively sensitive in the automotive industry. | DEx. 15 (Hasenkamp Rep.) ¶¶ 62-63; DEx. 67 (C. Baker Tr.) at 122:22-123:1 (Baker has "not looked at any public disclosures of BOM cost."); *id.* at 123:21-24 ("details of BOM costs" are "highly proprietary" and will be "closely guard[ed]"). |
| 119.  Neither Defendants' nor Plaintiffs' industry experts could identify any examples of automotive companies publicly disclosing their BOM costs. | DEx. 15 (Hasenkamp Rep.) ¶¶ 62-63; DEx. 67 (C. Baker Tr.) at 122:22-123:1 (Baker has "not looked at any public disclosures of BOM cost."); *id.* at 123:21-24 ("details of BOM costs" are "highly proprietary" and will be "closely guard[ed]"). |
| 120.  At SOP, Rivian was charged a startup premium for components by suppliers, and it anticipated reducing or eliminating it with time and scale. | DEx. 3 (Scaringe Tr.) at 85:24-86:1 ("We had a startup premium that was placed that we anticipated negotiating down, or having drop off over time."); *see also* DEx. 15 (Hasenkamp Rep.) ¶ 19 ("Suppliers tend to set their pricing higher" for startups than "established" OEMs); Ex. 85 (Hasenkamp Tr.) at 225:10-14 (noting that startup premiums are "quite frequent[]"). |
| 121.  Rivian's head of supply chain at the time of the IPO sought ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and anticipated a 1% yearly reduction | DEx. 66 (Gawronski Tr.) at 196:9-12. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| in BOM costs thereafter. | |
| 122. Greater costdowns were anticipated by the Underwriter Defendants for Rivian compared to ordinary OEMs because it had a "much steeper" production ramp. | DEx. 13 (Savage Tr.) at 117:22-118:6 (noting ██████████ ██████████ ██████████ ). |
| 123. BOM cost targets were part of the Company's 2021 bonus matrix as approved by the Compensation Committee. | DEx. 104 (RIVN-000155288) at -155292. |
| 124. Before SOP, Rivian's first objective was to get to SOP, rather than being cost-efficient. | DEx. 4 (Dwyer Tr.) at 95:22-96:1 ("[B]eing fully cost efficient and cost minded wasn't top of mind, as the number one objective for Rivian was to get to start of production"). |
| 125. The September 2021 Analyst Day presentation projected that "█████ █████" would be the single largest driver in achieving a positive gross margin by ████. | DEx. 7 (RIVN-000009875) at -9898. |
| 126. Rivian has reduced its R1 BOM costs since SOP. | DEx. 105 (Feb. 20, 2025 Rivian 8-K) at Ex. 99.1 at 4 (announcing Rivian achieved gross margin profitability and reduced COGS per vehicle delivered by $31,000 year-over-year); DEx. 67 (C. Baker Tr.) at 245:3-6, 9-11 (Plaintiffs' proferred expert conceding that Rivian likely must have reduced BOM by at least $15,000 between 2023 and 2024 alone); DEx. 4 (Dwyer Tr.) at 55:3-4 ("[W]e had belief that our [BOM] would reduce over time, and [] that's exactly what happened"); DEx. 120 (Iulian |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | Dnistran, "Rivian Slashed R1S, R1T Production Costs By A Massive Amount," Inside EVs, Mar. 5, 2025) ("The impressive reduction in costs is due to all the technological enhancements brought by the model refresh, as well as many negotiations with parts suppliers."); DEx. 10 (McDonough Tr.) at 88:19-24 (Rivian reduced BOM by more than ▮▮▮▮▮▮▮). |
| 127. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | DEx. 30 (Hasenkamp Reb.) ¶ 12; DEx. 117 (RIVN-000423195) at "R1Street" Tab. |
| 128. In FY2024, Rivian produced 49,476 vehicles. | DEx. 123 (Rivian 10-K 2024) at 61. |
| 129. In the fourth quarter of 2024, Rivian reported its first gross margin positive quarter, and "part of that was a steady reduction in [its] bill of material cost over time." | DEx. 105 (Rivian 8-K Feb. 20, 2025) at Ex. 99.1 at 1. |
| 130. Rivian's R1 BOM costs were not locked in at the time of the IPO. | *E.g.,* DEx. 85 (Hasenkamp Tr.) at 62:8-25 (BOM costs "were projections of what parts would cost once the production had started"); DEx. 3 (Scaringe Tr.) at 83:7-14 (discussing ongoing commercial negotiations towards "cost reduction effort following the launch of the vehicle"); *id.* at 103:1-3 (noting that the implication that "the BOM would be fixed" is incorrect); DEx. 1 (RIVN-001885748) at -1885748 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | ████ DEx. 2 (RIVN-000890475) at -890477 ████████████ ██████████████ ████████████ ); DEx. 102 (Boone Decl.) ¶ 29 ("Prior to Rivian achieving a steady state of production, there is no question that the R1 BOM was an estimate and was never static or locked in."); DEx. 108 (Flatley Decl.) ¶ 18 ("Any assertion . . . that Rivian's BOM was static or locked in at the time of the IPO [] is wrong."); DEx. 111 (Marcario Decl.) ¶ 21 ("I, along with management, expected that the R1 BOM would decrease over time"). |
| 131. ████████████████ ████████████████ ████████████████ ████████████████ ████████████ █ | *E.g.*, DEx. 63 (RIVN-001318025) at -1318038 ████████████████ ████████████████ ████ ); DEx. 130 (RIVN-000095787) at -95790 ████████ ██████████████████ ); *id.* at -95791 ████████ DEx. 131 (RIVN-000878030) at -878031 ████ ██████████ ); *id.* at -878032 ████ (" ████ DEx. 134 (RIVN-000097178) at -97180-81 (████ ██████████ ); DEx. 2 (RIVN-000890475) at -890477 ████████████████ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | ); DEx. 66 (Gawronski Tr.) at 186:19-187:1 ; DEx. 62 at (RIVN-000095504) at -95555-56; DEx. 21 (Solomon Tr.) at 111:22-23 ”). |
| 132. | *E.g.*, DEx. 1 (RIVN-001885748) at -1885749 ( ; DEx. 135 (RIVN-000099987) at -99995 ; DEx. 63 (RIVN-001318025) at -1318033-34 ( Ex. 15 ¶¶ 101-102; DEx. 133 (RIVN-000094595) at -94600 |
| 133. Rivian simultaneously worked on other cost reduction strategies, such as vertical integration. | DEx. 136 (RIVN-000877968) ); DEx. 4 (Dwyer Tr.) at 160:5-25 ); DEx. 21 (Solomon Tr.) at 111:21-25 (Rivian "is focused on |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | reducing BOM costs through vertical integration."). |
| 134. Following SOP, Rivian increased its focus on reducing the R1 cost of goods sold, particularly the R1 BOM, through commercial negotiations, redesigns, and vertical integration. | DEx. 64 (RIVN-000879552) at -879553. (First Company Priority After Launching R1T/R1S" was reducing BOM); DEx. 137 (RIVN-001695459) at -1695459 (providing a late-September 2021 "Cost Attack Project: Status Review"); DEx. 4 (Dwyer Tr.) at 158:9-16 ("Cost attack was the startings of an exercise to coordinate the various work streams that would be needed to drive down Rivian's [BOM] over time. Started with [BOM], extended then to other cost of good sold items[.]"). |
| 135. Automotive manufacturers implement post-SOP design cost reductions "all the time." | DEx. 9 (Phillips Tr.) at 136:22-137:12 ("Q. In your experience, how easy is it to implement a design cost reduction post SOP? A. Oh, at Ford, OEMs do it all the time.") |
| 136. ██████████████████████ | *E.g.*, DEx. 18 (RIVN-001221941) at -1221942 (██████████ ████████████ DEx. 17 (RIVN-000642796) at -642797 ████ ██████████ ); DEx. 15 (Hasenkamp Rep.) ¶ 103; DEx. 139 (RIVN-001885685) ██████████ ██████████ DEx. 69 (RIVN-001082524) at - |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | 1082524 ( ████████ ) |
| 137.  The Individual Defendants did not believe a price increase was necessary for profitability, although it was one of "multiple levers" that Rivian considered in its drive to profitability, along with BOM reductions, conversion cost reductions, and logistics reductions, among others. | DEx. 10 (McDonough Tr.) at 101:6-22 ("there's multiple levers that we looked at as we evaluated and looked at different opportunities to improve Rivian's margin profile"); *see also* DEx. 4 (Dwyer Tr.) at 162:8-166:5 (pricing only one of "multiple ways of getting to profitability on the R1 platform" including driving down BOM, conversion costs, logistics costs); DEx. 140 (RIVN-000163744) at Slide 5 ██████████ ; DEx. 4 (Dwyer Tr.) at 55:19-56:03 ("There's multiple ways to get to profitability."); DEx. 10 (McDonough Tr.) at 105:1-12 (Rivian "looked at a variety of different metrics that could [] impact [] the company's overall profitability. Not just price increases, but also [] some of the cost opportunities available"); DEx. 24 (Krawiec Tr.) at 66:24-67:17 ("We understood the levers that were available to us"); DEx. 102 (Boone Decl.) ¶¶ 27-28 ("I never believed that raising R1 prices was necessary for Rivian to ever become profitable"); DEx. 108 (Flatley Decl.) ¶¶ 16-17 ("I fully expected that . . . Rivian eventually would achieve profitability as it introduced |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | different product mixes and scaled production."); DEx. 111 (Marcario Decl.) ¶¶ 18-19 ("The main consideration was *when*, not *if*, Rivian would become profitable.). |
| 138. Leading up to the IPO, Rivian consistently forecasted achieving positive gross profit in ▮ | *See, e.g.*, DEx. 140 (RIVN-000163744) at Slide 28 (▮▮ ; *id.* at Slide 11 (Board deck reflecting increase in gross profit margin); DEx. 6 (RIVN-000878181) at Slide 22-23 (▮▮); DEx. 12 (Aijazuddin Tr.) at 190:21-25 ("[O]ur view was always that the R1 vehicles would be profitable at the GAAP gross profit level by the time we had scaled production, which would put you at ▮, ▮"); DEx. 21 (Solomon Tr.) at 197:11-12 ("So we were gross margin positive in ▮ under the existing plan of record."); DEx. 141 (RIVN-001892574) at Slides 25, 27 (projecting positive gross profit in ▮ DEx. 10 (McDonough Tr.) at 184:5-13 (acknowledging "our street case expectations were to achieve our very first quarter of gross profitability in the ▮."). |
| 139. Leading up to the IPO, Rivian forecasted achieving positive gross profit in ▮ without a price increase. | DEx. 140 (RIVN-000163744) at Slide 4 (forecasting ▮ gross margin in ▮ without price increase); DEx. 12 (Aijazuddin Tr.) at 190:21-25 ("[O]ur view was always that the R1 vehicles would be profitable at |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | the GAAP gross profit level by the time we had scaled production, which would put you at ███████ █████████ "). |
| 140. Employees working on Rivian's financial forecasts believed that, "at the prices [they] launched, . . . [they] could be and would be profitable." | DEx. 21 (Solomon Tr.) at 62:8-10; *see also* DEx. 20 (Behl Tr.) at 279:25-280:6 ("We will have the demand. The volume will come. And as we start producing more and more, we will get the cost down, and at some point we are going to get to positive gross margins."). |
| 141. Rivian's 2021 6+6 SL3, shown to Scaringe and McDonough, forecasted that ████████████████████ ██████████████████████ ██████████████████████ ███████████████). | DEx. 11 (RIVN-000572524) at Slide 23; DEx. 74 (RIVN-000764270) at -764271. |
| 142. In August 2021, a Management Plan Targets presentation shared with Scaringe and McDonough projected that ████████████████████ ██████████████████████ ███████████████ | DEx. 140 (RIVN-000163744) at -163744, Slide 4. |
| 143. In August 2021, a Management Plan Targets Presentation forecasted that ████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ | DEx. 140 (RIVN-000163744) at Slide 7. |
| 144. In August 2021, a Management Plan Targets Presentation forecasted that ████████████████████ ███████████████ | DEx. 140 (RIVN-000163744) at Slide 7. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| ███████████████████ | |
| 145. In September 2021, Rivian's street case financial model projected that ███████████ | DEx. 75 (RIVN-000164925) at Slide 25. |
| 146. Both market analysts and the Director Defendants received Rivian's September 2021 street case financial model. | DEx. 125 (RIVN-00016310) at -163104, Slide 2; DEx. 22 (RIVN-000750267) at -750267 (Management circulating the September 29, 2021 Rivian Financial Overview presentation to analysts); DEx. 8 (Mulvey Tr.) at 72:1-73:13. |
| 147. In September 2021, Rivian's "management case" financial model projected that Rivian would achieve positive gross margin in ████. | DEx. 75 (RIVN-000164925) at Slide 24. |
| 148. Rivian considered various scenarios assessing ███████████████████ | DEx. 21 (Solomon Tr.) at 98:6-16, 190:22-24 ("██████████████ ████████"); DEx. 140 (RIVN-000163744) at -163744, Slides 7, 10-11 (assessing price increases of ████████); DEx. 138 (RIVN-000671115) at Slide 4, 8-10 (assessing ███████████ ██████████ DEx. 20 (Behl Tr.) at 117:20-25 ████████████████ ███████████████████ ███████████████████ ███████████████████ ████); DEx. 3 (Scaringe Tr.) at 32:20-33:2 (because Rivian's vehicles "were the first of their kind," pricing analyses were |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | "difficult"); *id.* at 142:9-16 ██████ ████████████████████ ████████████████ ██████ "); DEx. 142 (RIVN-001929835) at -1929835 ("reality is we always look at pricing relative to ████████ "); DEx. 16 (Schwartz Rep.) ¶ 25 (pricing based on "assumptions as to how the market [would] evolve[]" given it had not "sold one vehicle"); DEx. 102 (Boone Decl.) ¶ 25 ("Every company that I have ever worked for has considered revising prices at one time or another. Rivian is no different, and has considered updates to its R1 pricing at many points in time."). |
| 149. Rivian's pricing analyses factored in varying prices based on customers' selections ████████ ████████████████ ██████████ | DEx. 143 (RIVN-001555700) at "Summary" Tab ████████ ; DEx. 14 (Prosp.) at 89 (disclosing "the highly flexible, modular nature of our platforms, which we anticipate will provide us the ability to introduce new vehicle programs and configurations"); DEx. 20 (Behl Tr.) at 120:15-17 ("a lot of calories were spent not just on ████████ ████████████████ DEx. 144 (RIVN-000674335) at "Scenarios" Tab ████████ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | ██████████████████ ). |
| 150.  Because of the pricing complexities, Rivian assessed and forecasted ████ ████████████ | DEx. 3 (Scaringe Tr.) at 173:15-18 ████████████████████ ████████████████████ ); DEx. 76 (RIVN-000168096) at Slide 16 ████████████████ ); DEx. 144 (RIVN-000674335) at "Unit Economics" Tab (████████ █████████ . |
| 151.  ████████████████ ████████████████ ████████ | DEx. 3 (Scaringe Tr.) at 159:5-10 ████████████████████ . But to say we came to a conclusion implies a level of finality to it that didn't exist"); DEx. 4 (Dwyer Tr.) at 152:16-19 ████████████████████ ); DEx. 10 (McDonough Tr.) at 168:4-18 (As of September 29, 2021, "there was no decision made at [] that point in time around ████ DEx. 24 (Krawiec Tr.) at 92:20-93:2 (███████ ████████████████████ "); *id.* at 116:16-19 ("We didn't change the price of the vehicle nor contemplate with any level of seriousness changing the price of the vehicle till after the IPO"); DEx. 61 (Schwartz Tr.) at 128:22-129:5 ("Q: Prior to |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | Rivian's IPO, did the board of Rivian make or approve a decision to increase prices for the R1 line of vehicles? A: No."); DEx. 77 (Nye Rebuttal Rep.) ¶ 20 (citing text exchanges showing ongoing, changing pricing discussion); DEx. 142 (RIVN-001929835) at -1929835 (noting on November 8, 2021 that as to pricing "we don't have anything definitive to announce right now"); DEx. 102 (Boone Decl.) ¶ 24 ("Rivian did not make a specific decision to raise R1 prices prior to the IPO. Dr. Scaringe absolutely could not have made that decision without my, or the Board's, knowledge."); DEx. 108 (Flatley Decl.) ¶¶ 13, 15 (no pricing decision made pre-IPO); DEx. 111 (Marcario Decl.) ¶¶ 15, 17 (same). |
| 152. | DEx. 3 (Scaringe Tr.) at 235:2-16. |
| 153. | DEx. 7 (RIVN-000009875) at -9893; *see* DEx. 10 (McDonough Tr.) at 162:23-163:3 ("[T]here were forecast assumptions that went into a prospective financial model."). |
| 154. | DEx. 7 (RIVN-000009875) at -9893. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 155. ████████████████ ██████████████ ████████████ was mentioned in a "Board of Directors Update" on October 4, 2021. | DEx. 7 (RIVN-000009875) at -9893; DEx. 145 (RIVN-INDIV-000012246) at -12246-50 (Board update discussing Apollo status, product launch and production ramp, and customer engagement, but ████ ████████ |
| 156. ██████████████ ████████████ | DEx. 3 (Scaringe Tr.) at 286:2-12 |
| 157. ██████████████ ██████████████ | DEx. 146 (RIVN-000414367) at -414395 (██████ ████████; DEx. 24 (Krawiec Tr.) at 90:10-19 (████████ ████████████ ██████████"); DEx. 23 (RIVN-001893611) at -1893613 (████████ ████████. |
| 158. The Director Defendants engaged in "spirited discussions" and "challenged management" regarding a potential price increase. | DEx. 61 (Schwartz Tr.) at 101:17-102:14. |
| 159. ██████████████ | DEx. 25 (RIVN-001895080); *see also* DEx. 147 (RIVN-001895996) (████████ |

DEFENDANTS' STATEMENT OF
UNCONTROVERTED FACTS
CASE NO. 2:22-cv-01524-JLS-E

-41-

| Undisputed Fact | Supporting Evidence |
|---|---|
| ███████████████████ | ███████████████ |
| 160. ████████████████ | *Compare* DEx. 25 (RIVN-001895080) *with* DEx. 148 (Fischel Rep.) ¶ 14. |
| 161. ████████████████ | *Compare* DEx. 7 (RIVN-000009875) at -9893 *with* DEx. 25 (RIVN-001895080) at -5080-83 ██████████████. |
| 162. ████████████████ | DEx. 146 (RIVN-000414367) at Slides 3-6. |
| 163. As late as November 3, 2021, the week before Rivian's IPO, the Federal Reserve was still describing inflation as "transitory." | DEx. 15 (Hasenkamp Rep.) ¶ 54. |
| 164. Less than a month later, the Chairman of the Federal Reserve announced it was "time to retire" the phrase "transitory," a signal "to the market that inflated costs were there to stay." | DEx. 15 (Hasenkamp Rep.) ¶ 55. |
| 165. In late 2021, the Omicron variant of COVID prolonged existing supply chain disruptions "by creating additional logistics challenges due to labor shortages in trucking and shipping, among others." | DEx. 15 (Hasenkamp Rep.) ¶ 46. |
| 166. COVID, and in particular the Omicron variant, shut down factories and stressed supply chains, leading to spikes in shipping and consumer vehicle costs. | DEx. 15 (Hasenkamp Rep.) ¶¶ 44-46. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 167.  Automakers like Rivian had to foot the bill for increased shipping and consumer vehicle costs and decide whether and when to pass them on to consumers. | DEx. 15 (Hasenkamp Rep.) ¶ 45. |
| 168.  Because of intensified supply chain disruptions post-IPO, "estimating BOM costs after the IPO became more difficult for all companies than it was prior to Rivian's IPO as it was unknown how long elevated costs would last." | DEx. 15 (Hasenkamp Rep.) ¶¶ 56, 58; *see also* DEx. 67 (C. Baker Tr.) at 235:14-18 (Plaintiffs' expert admitting that Rivian had to "contend with" "black swan events"). |
| 169.  Rivian warned in its Prospectus that it "incur[s] significant costs related to procuring raw materials required to manufacture and assemble [its] vehicles" and that "[t]he prices for these raw materials fluctuate depending on factors beyond [its] control . . . and could adversely affect [its] business, prospects, financial condition, results of operations, and cash flows." | DEx. 14 (Prosp.) at 24. |
| 170.  EV input costs increased substantially after Rivian's IPO, including from November 10, 2021 to March 1, 2022, as prices for LiOH, Nickel, and Cobalt increased 134%, 29%, and 25% respectively. | DEx. 15 (Hasenkamp Rep.) ¶ 102; *id.* ¶ 47 (noting price increases in nickel, cobalt, aluminum, and neodymium post-IPO); *see also* DEx. 16 (Schwartz Rep.) ¶ 25(c) (noting "unusual 2-5x increases during 2020-2022 alone" and "uncertain[ty]" about "future cost increases and whether these increases were transitory or not."); *id.* ¶¶ 42-43, 46 (graph of material price increases pre- and post-IPO); DEx. 148 (Fischel Rep.) ¶¶ 41-42 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | (EV cost indices rose significantly post-IPO). |
| 171. In its Prospectus, Rivian warned about risks to supply chains, disclosing that it had "in the past experienced, and may in the future experience, semiconductor chip shortages" and that it might "be required to incur additional costs and expenses in managing ongoing chip shortages." | DEx. 14 (Prosp.) at 25. |
| 172. The surging Omicron variant and Russian invasion of Ukraine both compounded existing chip shortages in late 2021 and early 2022. | DEx. 15 (Hasenkamp Rep.) ¶ 50. |
| 173. In late 2021 and early 2022, automakers "typically incurred the full impact of [] raw materials price increases" due to supplier contract structuring. | DEx. 15 (Hasenkamp Rep.) ¶ 48. |
| 174. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ." | DEx. 149 (RIVN-001331992) at -1331992; *see also* DEx. 150 (RIVN-001928727) at -1928727 ▮▮▮▮▮▮▮▮▮); DEx. 151 (RIVN-001661149) at -1661149-50 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; DEx. 80 (RIVN-001897299) (explaining to CFO that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that in theory should never have been breached, but we've seen such exceptional increases on certain materials we've been pushed into making adjustments"); DEx. 18 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | (RIVN-001869910) at -1869914-15 ▮▮▮ ); DEx. 15 (Hasenkamp Rep.) ¶ 103. |
| 175. Post-IPO, cobalt and lithium shortages drove increased battery cell prices. | DEx. 17 (RIVN-000642796) at -642797-98. |
| 176. ▮▮▮ | DEx. 17 (RIVN-000642796) at -642797. |
| 177. By mid-February 2022, Rivian was forced to buy microchips on the "spot buy market▮ ▮▮▮ | DEx. 17 (RIVN-000642796) at -642797; *see also* DEx. 15 (Hasenkamp Rep.) ¶¶ 50 (explaining impact of Omicron and Ukraine war on microchip supply), 104 (forced to buy on spot market). |
| 178. ▮▮▮ | DEx. 139 (RIVN-001885685) at -1885685 ( ▮▮▮ ). |
| 179. ▮▮▮ | DEx. 69 (RIVN-001082524) at -1082524 ( ▮▮▮ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 180. ████████████ | DEx. 19 (RIVN-001807059) at -1807062. |
| 181. Rivian's EV input costs, including logistics fees, BOM costs, and raw materials fees increased significantly leading up to February 2022. | DEx. 15 (Hasenkamp Rep.) ¶ 108. |
| 182. Rivian's competitors faced the same supply chain issues and elevated material costs, and these competitors raised retail prices multiple times over the course of 2022. | DEx. 15 (Hasenkamp Rep.) ¶ 52 (excerpts of competitors' disclosures); *id.* ¶ 107 (other automakers increased prices "due to 'significant inflationary pressure in raw materials and logistics.'"); DEx. 16 (Schwartz Rep.) ¶ 40 (describing competitors' price increases); DEx. 148 (Fischel) ¶ 44 (describing competitors' price increases). |
| 183. BOM "is the most significant part of cost of goods sold" for automotive manufacturers, "typically" representing "70 to 80 percent of cost of goods sold[.]" | DEx. 85 (Hasenkamp Tr.) at 161:11-13; DEx. 102 (Boone Decl.) ¶ 30 ("[I]t is common knowledge within the automotive industry that the BOM is a vehicle manufacturers' biggest cost and therefore the reason that Rivian took an LCNRV charge."). |
| 184. Rivian disclosed that: (1) its R1 inventory costs were greater than what it would recover at sale, (2) this discrepancy would continue for the near future, and, consequently, (3) it was taking an LCNRV charge of $31 million to its inventory, which was "[s]ubstantially all" raw material costs, or BOM costs. | DEx. 70 (Smith Rep.) ¶¶ 18, 31-34. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 185.  Rivian took a ~$31 million LCNRV write-down in Q3'21. | DEx. 97 (10-Q Q3'21) at 9, 25. |
| 186.  Rivian took a ~$64 million LCNRV write-down in Q4'21. | DEx. 119 (Q4'21 Shareholder Letter) at 15. |
| 187.  The market understood Rivian's LCNRV disclosures to mean Rivian's BOM costs exceeded what it would recover from R1 sales. | DEx. 70 (Smith Rep.) ¶¶ 30, 33; DEx. 102 (Boone Decl.) ¶ 30 ("[I]t is common knowledge within the automotive industry that the BOM is a vehicle manufacturers' biggest cost and therefore the reason that Rivian took an LCNRV charge."). |
| 188.  Deutsche Bank used Rivian's disclosures to estimate an R1 BOM cost of $82,050 in 2022, well in excess of Deutsche Bank's projected R1 ASP of $70,000 in 2021—i.e., a BOM in excess of sales price. | DEx. 70 (Smith Rep.) ¶¶ 44, 47-88 (analysts understood Rivian's BOM was 87-90% of its costs); DEx. 124 (NYE_0000000023) at -50-51. |
| 189.  Rivian disclosed that it would lose money for each R1 sold due to high material costs. | DEx. 70 (Smith Rep.) ¶¶ 30, 35. |
| 190.  In an efficient market, "disclosure of new value-relevant information is expected to be incorporated into the stock's price, regardless of who released the information." | DEx. 72 (Fischel Reb.) ¶ 23. |
| 191.  Rivian complied with all of its GAAP reporting obligations with respect to its inventory and costs of goods sold. | DEx. 70 (Smith Rep.) ¶ 12(d); DEx. 183 (Devor Tr.) at 138:7-9 (Plaintiffs' proffered accounting expert testifying that he is "not suggesting that [Rivian] violated GAAP"). |
| 192.  GAAP does not require disclosure of BOM estimates. | DEx. 70 (Smith Rep.) ¶ 28; DEx. 183 (Devor Tr.) at 139:5-9. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 193. Rivian's risk disclosures included warnings that "[w]e do not expect to be profitable for the foreseeable future as we invest in our business, build capacity, and ramp up operations. . . . [W]e cannot assure you that we will ever achieve or be able to maintain profitability." | DEx. 14 (Prosp.) at 20; DEx. 97 (10-Q Q3'22) at 33. |
| 194. Analyst questions at the Q3'21 earnings call focused on Rivian's production ramp, with six of nine analysts asking questions directly concerning Rivian's ability to scale production. | DEx. 79 (Q3'21 Earnings Call Tr.) at 6-16. |
| 195. Messages between Rivian's CFO and head of supply chain the day before the earnings call show Rivian assessing "inflationary impact[s] on auto supply chain." | DEx. 80 (RIVN-001897299) at -1897299. |
| 196. Rivian explicitly identified that its Q3'21 earnings call contained "forward-looking" statements. | DEx. 79 (UW_JPMC_RIVIAN_ 00091164) at -91166-67. |
| 197. McDonough's statement that Rivian's "dynamic of high fixed cost associated with operating and running our large scale, highly vertically integrated plan amortized over a small but growing number of vehicles produced across the R1 and RCV platform will continue to have a negative drag on gross profit" incorporated a risk disclosure that Rivian "do[es] not expect to be profitable for the foreseeable future as we invest in our business, build capacity, and ramp up operations[.]" | DEx. 79 (UW_JPMC_RIVIAN_ 00091164) at -91172; DEx. 97 (10-Q Q3'21) at 33. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 198. McDonough's statement that "given the inflationary market backdrop, we also continue to evaluat[e] the pricing for our vehicle[s]" incorporated risk disclosures that "[s]ubstantial increases in the prices for such components, materials, and equipment would increase our operating costs and could reduce our margins if we cannot recoup the increased costs" and "[a]ny attempts to increase the announced or expected prices of our vehicles in response to increased costs could be viewed negatively by our potential customers[.]" | DEx. 97 (10-Q Q3'21) at 38. |
| 199. Scaringe's statement that regarding "pricing, it's certainly the backdrop of inflation that we're seeing and the very strong demand for products not just looking [at] our product … broadly within the electrified space has caused us to look at our pricing and really I'd say recognizing the set of product features that we've been able to put together into the vehicles" incorporated risk disclosures that "[s]ubstantial increases in the prices for such components, materials, and equipment would increase our operating costs and could reduce our margins if we cannot recoup the increased costs" and "[a]ny attempts to increase the announced or expected prices of our vehicles in response to increased costs could be viewed negatively by our potential customers[.]" | DEx. 97 (10-Q Q3'21) at 38. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 200. As of Q3'21, Rivian had only produced and delivered R1Ts. | DEx. 97 (10-Q Q3'21) at 20; DEx. 183 (Devor Tr.) at 127:25-128:4; DEx. 70 (Smith Rep.) ¶ 36. |
| 201. Rivian did not account for EDV inventory before January 2022. | DEx. 70 (Smith Rep.) ¶¶ 13, 36. |
| 202. Analysts understood that BOM costs would be over 87-90% of Rivian's total R1 costs. | DEx. 70 (Smith Rep.) ¶¶ 37-39 (analysts understood BOM to be 87-90% of COGS); DEx. 82 (Nye Tr.) at 111:15-24 (analysts understood that Rivian's "BOM costs are the most significant component to their cost of goods sold"). |
| 203. The market's March 1, 2022 reaction was to the "timing," "size," and application of the price increase to preorders, not the mere fact that Rivian increased R1 prices. | DEx. 82 (Nye Tr.) at 131:23-132:5 ("what is the surprise is the size of the price increase"); *id.* at 132:22-24 ("So what matters is the size of the price increase relative to expectations and the timing, too[.]"); *id.* at 136:12-17 (analysts "are also surprised by the scale, as well as the application to preorders"); DEx. 84 (Nye Rep.) ¶¶ 48, 58 (quoting analyst reports discussing "'bait-and-switch' decision to apply R1 price increase to existing pre-orders"); DEx. 83 (NYE_0000000941) (noting that "[w]hile price increases were expected and previously communicated by the company, we were under the impression that pre-orders before a certain date would be grandfathered in."); DEx. 148 (Fischel Rep.) ¶ 46 ("price decline explained, at least in part, by the negative reaction to Rivian's |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | announced price increase on existing preorders."). |
| 204. Analysts expected Rivian to increase R1 pricing prior to its March 1, 2022 announcement. | DEx. 84 (Nye Rep.) ¶ 35; DEx. 82 (Nye Tr.) at 134:10-20 (admitting that analysts "expected price increases"); *id.* at 139:2-3 ("Some [analysts] did say that they had heard a price increase discussion by management . . . in December of 2021."); DEx. 83 (NYE_0000000941) at -941 ("price increases were expected and previously communicated by the company"). |
| 205. The market understood that well beyond the flagship R1, Rivian was targeting a ███████ ███████████████ █████████ would help unlock. | DEx. 7 (RIVN-000009875) at -9883; *see also id.* at -9880 (noting "[n]ext generation consumer and commercial vehicles" to "unlock TAM"); *id.* at -9881 (listing "RT" and "R2" as "[n]ext generation vehicles"); *see also* DEx. 86 (NYE_0000000154) at -154 (value came from potential to "capture the massive influx of current and future EV demand, capitalizing on a unique global TAM"); *id.* at -156 (Rivian "capitalizing on a unique global TAM"); *id. at* -161 ("Rivian is looking to tap into what the company sees as a ███████ ████████"); DEx. 24 (Krawiec Tr.) at 71:9-72:8 (explaining Rivian's potential to "disrupt [the] industry [which] will be worth a lot of money"); *id.* at 41:23-42:5 ("disrupt[ive]" companies "can have |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | massive impacts on existing large markets."). |
| 206.  Even after the March 1 price increase announcement, the market believed that Rivian would be profitable in the "longer-term" and that Rivian's value to investors "doesn't depend on the near-term but rather the mid-to-run term." | DEx. 87 (RIVN-000010562) at -10562 (despite price increases "due to input and manufacturing cost inflation, . . . [o]ur longer-term thesis on Rivian remains intact."); DEx. 84 (Nye Rep.) ¶ 57 ("the Rivian story doesn't depend on the near-term but rather the mid-to-long term."); *id.* at App'x B at 38 ("[o]ur longer-term assumptions re: market share and margin remains unchanged"). |
| 207.  Rivian has never disclosed exact R1 BOM costs, which are "closely guard[ed.]" | DEx. 67 (Baker Tr.) at 122:22-123:1 (unaware of any automotive companies disclosing BOM); *id.* at 123:21-24 ("any company is going to closely guard individual BOM cost elements."); DEx. 8 (Mulvey Tr.) at 151:9-152:2 (testifying that "BOM" is one "of the most sensitive pieces of information in the industry. No auto manufacturer releases [that] information" because "[t]hey are very completely sensitive"); *id.* at 276:19-277:4 (same); DEx. 15 (Hasenkamp Rep.) ¶¶ 62-63 (Rivian acting consistent with industry standard, as Hasenkamp witnessed no examples "of [automotive] companies providing their BOM cost amounts."); DEx. 54 (Duell Tr.) at 157:22-23 (███████████████████████████████) |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 208. Plaintiffs' economic expert does not claim that any analyst viewed any prior disclosure as fraudulent. | DEx. 84 (Nye Rep.) ¶¶ 48, 50, 57-58, 69 (quoting from analysts, none of whom viewed any prior disclosure as fraudulent); *see generally id.*, App'x B (same). |
| 209. Rivian's March 1, 2022 price increase was due to "industry wide" drivers, including a second variant of COVID, massive inflation, increase in commodity prices such as lithium, supply chain challenges, and Russian-Ukraine war, rather than understated costs. | DEx. 87 (RIVN-000010562) at -10562 ("We strongly suspect the drivers for Rivian's price hike are industry wide i.e., not entirely specific to Rivian."); DEx. 24 (Krawiec Tr.) at 90:22-91:5 (describing "perfect storm" faced by Rivian); DEx. 61 (Schwartz Tr.) at 104:10-21 (discussing "havoc in the marketplace"); DEx. 15 (Hasenkamp Rep.) ¶¶ 42-57 (describing industry-wide macroeconomic factors). |
| 210. The mere fact that Rivian's stock price declined does not establish artificial inflation at an earlier point. | DEx. 72 (Fischel Reb.) ¶¶ 5, 7. |
| 211. Plaintiffs' economic expert has not provided economic evidence of a link between any specific challenged statement and any alleged corrective disclosure. | DEx. 148 (Fischel Rep.) ¶¶ 7, 9-10 (noting lack of statistically significant price decline); *id.* ¶¶ 12-13 (same); DEx. 82 (Nye Tr.) at 111:1-8 (cannot "recall analysts specifically talking about BOM costs" after price announcement); *id.* at 119:1-5 (expert did not "recall any analyst or commentator or financial news media commentary explicitly concluding that the price increase on March 1st 2022 implied with certainty that Rivian had determined to increase prices as of the time of the IPO."); *id.* at 119:24-120:25 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | (relying on "materialization of [the] risk" for connection). |
| 212.  Plaintiffs' economic expert does not disaggregate from his loss causation analysis his various explanations for the market's March 2, 2022 reaction that are unrelated to any challenged statement, attributing stock price decline to "cash flows," "customer backlash," and harm to Rivian's "brand equity" and "prospects for growth." | DEx. 84 (Nye Rep.) ¶¶ 53-54 61-62, 75-76 (failing to disaggregate); DEx. 82 (Nye Tr.) at 123:3-124:8, 131:6-132:5, 132:15-24 (same); *id.* at 145:22-146:10 ("It would be unnecessary" to disaggregate impact of magnitude of price increase); DEx. 72 (Fischel Rebuttal Rep.) ¶ 10 & n.20. |
| 213.  Plaintiffs' economic expert declined to opine that the March 1 disclosure explicitly communicated to the market that R1 BOM exceeded sale prices at the time of the IPO, or that any market commentary following the price increase addressed BOM at all. | DEx. 82 (Nye Tr.) at 113:6-12 (it "seems to be that many [analysts] understood" the "implication" that at the IPO, BOM exceeded retail prices); *id.* at 111:1-8 ("I can't recall analysts specifically talking about BOM costs[.]"); *id.* at 113:6-15 (same). |
| 214.  Market analysts did not view Rivian as, and "to this day" Rivian has not announced that it is, "structurally unprofitable." | DEx. 82 (Nye Tr.) at 120:11-16 ("to this day, it is not like Rivian has ever announced that we were structurally unprofitable and never could be"); *id.* at 164:13-22 (Nye "d[idn't] recall" any "analysts or other commentators contemporaneous with the March 1st 2022 alleged corrective disclosure discussing that no amount of scaling would make Rivian profitable"). |
| 215.  Plaintiffs' economic expert also conceded the "alleged corrective disclosure on March 1[]," did not reveal to the market that Rivian | DEx. 82 (Nye Tr.) at 117:8-118:14 (relying solely on purported "foreseeable consequence of the alleged fraud" for loss causation). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| decided pre-IPO to increase R1 prices. | |
| 216. Plaintiffs' economic expert does not factor the March 3, 2022 stock drop into his calculation of any alleged loss for Plaintiffs' 10b-5 claims. | DEx. 84 (Nye Rep.) ¶¶ 89-90. |
| 217. Plaintiffs' economic expert offers no economic evidence to support his theory that the price increase reversal was a "foreseeable consequence" of an alleged risk. | DEx. 72 (Fischel Reb.) ¶ 10; DEx. 84 (Nye Rep.) ¶ 61. |
| 218. Plaintiffs' economic expert acknowledges but does not attempt to disaggregate any alternative explanations in his economic analysis of the March 10 stock drop. | DEx. 84 (Nye Rep.) ¶ 69. |
| 219. Rivian did not decide on the quantum of the March 1, 2022 price increase until Q1'22. | *See* DEx. 3 (Scaringe Tr.) at 269:5-12 ("final decision" to raise the prices was made "[v]ery late February into early March, like the night of."); *id.* at 269:16-19 (Scaringe did not make "a decision as to when or by how much to increase prices on the R1 line" "[a]t any point in 2021"); DEx. 24 (Krawiec Tr.) at 91:6-15 (once decision was made, "like March . . . time period, [there was] a whole plan of how we would do it and how we would put it in motion. And that's really when kind of we decided to do it"). |
| 220. Rivian did not decide on the timing of the March 1, 2022 price increase until Q1'22. | DEx. 3 (Scaringe Tr.) at 269:5-12 ("final decision" to raise the prices was made "[v]ery late February into |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | early March, like the night of."); DEx. 102 (Boone Decl.) ¶ 24 ("When Rivian actually did make a decision to raise prices, in February 2022"). |
| 221. On March 1, 2022, Rivian announced that it would be implementing $12,000-$14,500 price increases on all R1T and R1S purchases, including almost all preorders. | DEx. 148 (Fischel Rep.) ¶ 14. |
| 222. Customers expressed disbelief, saying that they had "expected a price increase, but not this much" and described the change as a "bait & switch" for pre-order customers. | DEx. 26 (RIVN-001807954) at -1807963-65; DEx. 28 (RIVN-001276439) at -1276439 ("The right thing to do is to take back the price increase for ALL pre-order holders, and then apply the new pricing to NEW orders going forward."); DEx. 153 (RIVN-001276457) at -1276457 ("I can see raising prices on future orders but those of us that have been hanging in here have given you enough and you will see us cancel our orders by the tens of thousands[.]"). |
| 223. Rivian management recognized that "it [was] brutal online" and reactions were "[p]ainful to read." | DEx. 27 (RIVN-001807951) at -1807951. |
| 224. After the March 1, 2022 price increase and subsequent customer backlash, Scaringe emailed Rivian employees, explaining the logic behind the price increase and that "[w]e failed to appreciate how preholder customers viewed their configuration as price locked, and we wrongly assumed the announced | DEx. 154 (RIVN-000601613) at -601613. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| Dual-Motor and Standard battery pack would provide configurations that would deliver price points similar to customer's original configurations. While this was the logic, it was wrong and we broke trust with our customers." | |
| 225. On March 2, 2022, Scaringe solicited advice from the Director Defendants and McDonough, among others, on how best to rebuild customer trust. | *See* DEx. 31 (RIVN-001284877) (sending draft letter to Boone); DEx. 155 (RIVN-001284881) (draft of Scaringe's letter to preorder customers sent to McDonough); DEx. 156 (RIVN-001284879) (sending draft letter to Marcario); DEx. 157 (RIVN-001284883) (sending draft letter to Flatley). |
| 226. On March 3, 2022, Rivian announced that it would apply the March 1, 2022 price increases only to new R1 preorders. | DEx. 32 (RIVN-001284895) at -1284896-97 (Rivian price increase retraction for pre-orders announcement). |
| 227. Scaringe recognized that Rivian had "made a mistake in how we approached our pricing changes" and sent an email to preorder holders on March 3, 2022, stating that "[t]he most important aspect of what we are building is our relationship with all of you. As we demonstrated earlier this week, trust is hard to build and easy to break. . . . [W]hat is important now is that we fix it." | DEx. 48 (RIVN-INDIV-000006426) at -6427. |
| 228. Rivian's directors internally acknowledged the backlash to applying the March 1, 2022 price increase to preorders holders. | *See, e.g.*, DEx. 152 (RIVN-INDIV-000004675) at -4675-76. |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| 229. Each Individual Defendant acted in good faith with respect to Rivian's challenged disclosures in the IPO. | DEx. 10 (McDonough Tr.) at 105:1-12 (Rivian considered "pricing assumptions" based on "a variety of different metrics that" contemplated "[n]ot just price increases, but also [] some of the cost opportunities available" prior to February 2022); DEx. 7 (RIVN-000009875) at -9899; DEx. 140 (RIVN-000163744) at -163745, 48 ("3 major variables driving "Investment Case Financials" ▮▮▮▮▮ ; DEx. 24 (Krawiec Tr.) at 67:5-8, 101:15-16 ("[t]here was a belief that the BOM costs would go down," and the Board "understood reducing BOM was one of "the levers that were available to us"); *id.* at 90:20 (price increase was a chance to "pull in profitability")); DEx. 102 (Boone Decl.) ¶¶ 6, 12-23 ("I never believed that raising R1 prices was necessary for Rivian to ever become profitable"); DEx. 108 (Flatley Decl.) ¶¶ 15, 16 ("I never believed that raising R1 prices was necessary for Rivian to ever become profitable."; DEx. 111 (Marcario Decl.) ¶¶ 17, 18 (Marcario "fully expected that, in line with Rivian's forecasts [], Rivian eventually would achieve profitability as it introduced different product mixes and scaled production"); DEx. 125 (RIVN-000163104) at Slide 11 (reflecting "BOM savings" over time); DEx. 127 (RIVN-000070202) at "BofA" Tab ("Lower margins early on as we |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| | ramp. This is due to lack of efficiency for depreciation, conversion costs and BOM."); DEx. 61 (Schwartz Tr.) at 78:1-3 ("[S]uppliers [] said, When you've made 100,000 cars, we'll give you a better price compared to 50,000 cars."). |
| 230.  Each Individual Defendant acted in good faith with respect to Rivian's challenged disclosures in its Q3'21 Form 10-Q. | DEx. 10 (McDonough Tr.) at 105:1-12 (Rivian considered "pricing assumptions" based on "a variety of different metrics that" contemplated "[n]ot just price increases, but also [] some of the cost opportunities available" prior to February 2022); DEx. 7 (RIVN-000009875) at -000009899; DEx. 140 (RIVN-000163744) at 5, 8 ("3 major variables driving "Investment Case Financials" ████████ ██████"); DEx. 24 (Krawiec Tr.) at 67:5-8, 101:15-16 ("[t]here was a belief that the BOM costs would go down," and the Board "understood reducing BOM was one of "the levers that were available to us"); *id.* at 90:20 (price increase was a chance to "pull in profitability"); DEx. 102 (Boone Decl.) ¶¶ 6, 12-23 ("I never believed that raising R1 prices was necessary for Rivian to ever become profitable"); DEx. 108 (Flatley Decl.) ¶¶ 15, 16 ("I never believed that raising R1 prices was necessary for Rivian to ever become profitable."; DEx. 111 (Marcario Decl.) ¶¶ 17, 18 (Marcario "fully |

| Undisputed Fact | Supporting Evidence |
|---|---|
|  | expected that, in line with Rivian's forecasts [], Rivian eventually would achieve profitability as it introduced different product mixes and scaled production"); DEx. 125 (RIVN-000163104) at Slide 11 (reflecting "BOM savings" over time); DEx. 127 (RIVN-000070202) at "BofA" Tab ("Lower margins early on as we ramp. This is due to lack of efficiency for depreciation, conversion costs and BOM."); DEx. 61 (Schwartz Tr.) at 78:1-3 ("[S]uppliers [] said, When you've made 100,000 cars, we'll give you a better price compared to 50,000 cars."). |
| 231. Rivian is committed to providing accurate and truthful information about its business to investors. | DEx. 43 (RIVN-000416347) at -416348 (advising employees to "[p]rovide accurate information about the business"); DEx. 44 (RIVN-000109838) at -109838 ("[I]t is vital that the information presented in these conversations is accurate, consistent with the S-1, ready to be publicly shared, and does not create unrealistic expectations."); DEx. 3 (Scaringe Tr.) at 30:9-31:6 (affirming importance of management presenting accurate and truthful information to the board); DEx. 47 (RIVN-000601227) at -601242 (code of conduct includes instruction to: "Speak the Truth. Everything we tell our customers, suppliers and other business partners must be truthful, including our advertising |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | and other communications. Do not engage in any unfair, deceptive or misleading practices."). |
| 232. Rivian was committed to transparency in its interactions with investors as it prepared for its IPO. | DEx. 45 (RIVN-001564269) at -1564275 (agreeing that Rivian "need[ed] to be transparent on supply chain"); DEx. 46 (RIVN-001805242) at -1805264-66 (acknowledging that investors "appreciate the transparency" and emphasizing that "[w]e really strive and practice intellectual honesty. In this space there's a lot of hype, either self-deception or other deception. This is not useful for building trust or relationships. We will be direct/straight with capital requirements, difficulty with tech or ramp challenges"); *see also* DEx. 47 (RIVN-000601227) at -601245 (code of conduct includes instruction to: "Speak the Truth. Everything we tell our customers, suppliers and other business partners must be truthful, including our advertising and other communications. Do not engage in any unfair, deceptive or misleading practices."). |
| 233. Subject-matter experts from Rivian's finance, commercial, and executive teams helped draft the Prospectus. | *See, e.g.*, DEx. 3 (Scaringe Tr.) at 21:19-22:3 (describing "cross-functional" team); DEx. 10 (McDonough Tr.) at 51:24-52:4 (discussing "business-focused drafting effort" followed by review by internal and outside counsel); *id.* at 53:9-55:10 (describing editing and review process); DEx. 52 (Sitron |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | Tr.) at 14:22-15:12 (noting input came from "subject matter experts from finance, from commercial, executive team, board of directors, as well as outside counsel, the auditors, the subject matter experts"); DEx. 3 (Scaringe Tr.) at 21:19-22:3 ("cross-functional" team); DEx. 10 (McDonough Tr.) at 51:24-52:4 ("business-focused drafting effort" with attorney review); *id.* at 53:9-55:10 (review process); DEx. 52 (Sitron Tr.) at 14:22-15:12 (input from different teams) |
| 234. Each Individual Defendant personally reviewed drafts of the Prospectus. | *See, e.g.*, DEx. 90 (Bartlett Rpt.) ¶¶ 93-95, 97-135 (discussing Independent Directors' review); DEx. 24 (Krawiec Tr.) at 74:24-25 ("We reviewed the registration statement and the management discussion analysis as a team, as a board."); *id.* at 77:24-78:6 (spent "significant time" reviewing drafts of the Prospectus "[o]n an ongoing basis"); *id.* at 101:19-102:3 (describing "open dialogue" when "drafting the MD&A section"); *id.* at 104:1-5 ("[the board] reviewed several drafts of MD&A); *id.* at 117:10-11 (Krawiec "went through the disclosures and made sure that I felt they reflected the risks as I saw them"); DEx. 3 (Scaringe Tr.) at 44:19-45:16 (describing review of Prospectus "multiple times" and that he "review[ed] drafts of the S-1 as it was being prepared"); DEx. 10 |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | (McDonough Tr.) at 51:1-3 (McDonough "recall[s]" reviewing "[m]any drafts of the S-1"); DEx. 60 (Baker Tr.) at 188:8-189:15 ("My primarily responsibility was ensuring accurate financials in the S-1 filing, which primarily focuses on the F pages in the document" but "I would read the document" beyond the F Pages and provide "questions or things to consider.").); DEx. 160 (RIVN-INDIV-000006797) (board reviewing final draft of S-1); DEx. 102 (Boone Decl) ¶ 17 ("I carefully reviewed and provided feedback to management on multiple drafts of the confidential and public registration statements"); DEx. 108 (Flatley Decl.) ¶ 9 ("carefully reviewed" and "suggested edits to" the confidential and public registration statements); DEx. 111 (Marcario Decl.) ¶ 12 ("I carefully reviewed, suggested edits to, and gave feedback on Rivian's confidential and public registration statements"); DEx. 161 (RIVN-000414325) at -414326 (Board received updates on "drafting" of the Prospectus and IPO status); DEx. 61 (Schwartz Tr.) at 92:9-11 (Board "chipped in" to make accurate disclosures); *id.* at 98:5-10 (Prospectus was a "living, breathing document"); DEx. 162 (RIVN-INDIV-000005392) at -5392 (Boone was a "hands-on reviewer"); DEx. 163 (RIVN-001088689) at -1088689 (Boone providing |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | comments to "F-pages, MD&A and Business" sections; DEx. 158 (RIVN-INDIV-000008183) at -8183 (Flatley providing comments to business section); DEx. 158 (RIVN-001881997) at -1881997 (Krawiec providing comments to MD&A section); DEx. 112 (RIVN-INDIV-000006815) (Boone asking Marcario for comments to "climate cost of governance disclosures"). |
| 235. The Individual Defendants provided comments on and discussed drafts of the Prospectus with each other. | DEx. 3 (Scaringe Tr.) at 48:23-49:6 (Scaringe testifying about reviewing Prospectus drafts "collectively together as a team"); DEx. 10 (McDonough Tr.) at 53:17-54:25 (Rivian team would have "live reviews" to "assess the comments" to the draft Prospectus and noting that "[w]e typically would talk through [substantive] comments"); DEx. 60 (Baker Tr.) at 57:13-16 ("if I see something [in the Prospectus], I would ask a question [] to clarify my understanding . . . in regards to what is this supposed to reflect"); DEx. 61 (Schwartz Tr.) at 92:9-12 ("we all chipped in to make [the Prospectus] as 100 percent accurate as we could make it. Everyone took this very seriously as part of our fiduciary responsibility"); DEx. 24 (Krawiec Tr.) at 77:20-78:3 (Krawiec "provided email feedback" and "had conversations with both [Scaringe] and [McDonough]" about "various [S-1] drafts"); *id.* at 101:19-102:3 (In drafting the MD&A section of |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | the S-1, the Board "would provide feedback both, in some cases written and in other cases, you know, we'd have calls to discuss it and we would talk about it and we would say, you know, is this right, is that right? We'd have open dialogue around it as we're preparing for the IPO"); DEx. 162 (RIVN-INDIV-000005392) at -5392 (Boone describing herself as "hands-on reviewer" who provided feedback on multiple drafts); DEx. 163 (RIVN-001088689) at -1088689 (Boone sent comments "on the F-pages, MD&A, and Business section" of S-1); DEx. 158 (RIVN-INDIV-000008183) (Flatley sending comments to business section); DEx. 108 (Flatley Decl.) ¶ 9; DEx. 165 (RIVN-INDIV-000010472) at -10473-74 (lengthy email from Marcario with "thoughts on Apollo" to Scaringe); DEx. 111 (Marcario Decl.) ¶ 12. |
| 236.  Each Director Defendant approved the Prospectus for filing. | DEx. 14 (Prosp.) at II-7-8 (director signatures); DEx. 160 (RIVN-INDIV-000006797) (collecting directors' sign-off prior to Prospectus filing); DEx. 166 (RIVN-INDIV-000002698) (Flatley providing sign-off to Prospectus); DEx. 3 (Scaringe Tr.) at 49:24-50:2 (Scaringe "authorize[d]" Prospectus filing); *id.* at 53:9-15 (Board and Scaringe "vote[d]" to authorize Prospectus filing). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 237. Boone and Krawiec were involved in underwriter selection and economics for the IPO. | DEx. 164 (RIVN-001282397); DEx. 102 (Boone Decl.) ¶ 15 ("I participated in the underwriter 'bakeoff.'") |
| 238. Boone and Schwartz were consulted regarding Rivian's selection of outside counsel for the IPO. | DEx. 53 (RIVN-001904472). |
| 239. Marcario, Flatley, and Boone endorsed the selection of Latham & Watkins as Rivian's outside counsel, JP Morgan, Goldman Sachs, and Morgan Stanley as lead underwriters, and KPMG as independent auditor. | DEx. 111 (Marcario Decl.) ¶ 11; DEx. 108 (Flatley Decl.) ¶ 8; DEx. 102 (Boone Decl.) ¶¶ 15-16. |
| 240. The Board approved the selection of KPMG as the Company's independent accountant supporting the IPO. | DEx. 167 (RIVN-002263384) at -2263385 ("the Board members unanimously selected KPMG to perform such audit and to serve as Rivian's independent auditor"; DEx. 168 (RIVN-INDIV-000005375) at -5375; DEx. 102 (Boone Decl.) ¶ 16 ("As Audit Committee Chair, I also was intimately involved with selecting KPMG"); DEx. 108 (Flatley Decl.) ¶ 8 ("As a member of the Audit Committee, I also approved and was deeply involved in onboarding KPMG as Rivian's independent auditor."). |
| 241. In 2021, the year of Rivian's IPO, there were 11 Board meetings preceding the November IPO, each with attendance by all or nearly all directors. | DEx. 169 (RIVN-001202385) (Jan. 15, 2021); DEx. 170 (RIVN-001202387) (Jan. 26, 2021); DEx. 171 (RIVN-001202421) (Mar. 22, 2021); DEx. 167 (RIVN-002263384) (May 3, 2021); DEx. 172 (RIVN-002264389) (May 14, 2021); DEx. 173 (RIVN- |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | 001202577) (May 28, 2021); DEx. 174 (RIVN-001202609) (July 27, 2021; DEx. 103 (RIVN-000414314) (Sept. 9, 2021); DEx. 161 (RIVN-000414325) (Sept. 30, 2021) (Note that though Thomas-Graham is not listed as an attendee, she was present because she seconded a motion); DEx. 175 (RIVN-002263389) (Oct. 26, 2021); DEx. 176 (RIVN-002263726) (Oct. 31, 2021). |
| 242.  Beginning with the January 26, 2021 meeting, nine of ten Board meetings in 2021 touched on the IPO or included a dedicated IPO update. | DEx. 170 (RIVN-001202387) (Jan. 26, 2021 meeting agenda); DEx. 177 (RIVN-001976849) ("IPO roadmap" included in Jan. 26, 2021 Board meeting materials); DEx. 171 (RIVN-001202421) (Mar. 22, 2021); DEx. 178 (RIVN-002256122) at Slide 4 (Mar. 22, 2021 Board meeting materials discuss "kick[ing] off the IPO process"); DEx. 167 (RIVN-002263384) (May 3, 2021 minutes include "IPO and Financing update"); DEx. 172 (RIVN-002264389) at -4391 (May 14, 2021 "Project Apollo Update"); DEx. 174 (RIVN-001202609) (July 27, 2021 meeting agenda); DEx. 179 (RIVN-INDIV-000013487) at -3490 (July 2021 Q3 2021 Board of Directors Pre-Read reflecting Project Apollo update); DEx. 103 (RIVN-000414314) at -4315 (Sept. 9, 2021 minutes reflecting "Discussion of Dual Class Share Structure" in conjunction with IPO); DEx. 161 (RIVN-000414325) at -4326 (Sept. 30, 2021 meeting minutes; Board |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | approves IPO resolutions); Note that though Thomas-Graham is not listed as an attendee, she was present because she seconded a motion); DEx. 175 (RIVN-002263389) at -3390 (Oct. 26, 2021 meeting minutes reflecting Apollo update); DEx. 176 (RIVN-002263726) at -3727 (Oct. 31, 2021 meeting minutes reflecting Apollo update). |
| 243. In 2021, Rivian held three Audit Committee meetings prior to the IPO, attended by all Committee members. | DEx. 180 (RIVN-INDIV-000006503) (July 27, 2021); DEx. 181 (RIVN-INDIV-000006511) (Sept. 30, 2021); DEx. 182 (RIVN-INDIV-000006506) (Oct. 27, 2021). |
| 244. Every pre-IPO Audit Committee meeting in 2021 included an update on Project Apollo and included an exchange of questions and answers between management (typically McDonough or Baker) and the committee members (composed of Boone, Flatley, and eventually Thomas-Graham, when she joined the Board). | DEx. 90 (Bartlett Rep.) ¶ 94; DEx. 180 (RIVN-INDIV-000006503) (July 27, 2021 meeting); DEx. 181 (RIVN-INDIV-000006511) (Sept. 30, 2021 meeting); DEx. 182 (RIVN-INDIV-000006506) (Oct. 27, 2021 meeting). |
| 245. In advance of the July 27, 2021 Audit Committee meeting, Baker sent the draft MD&A section to the Committee members. | DEx. 184 (RIVN-000113535) at -113572-87. |
| 246. The agenda and minutes for the July 27, 2021 Audit Committee meeting reflect that the Committee reviewed and discussed the MD&A section and the F pages. | DEx. 187 (RIVN-000071509) (agenda); DEx. 180 (RIVN-INDIV-000006503) at -6504 (minutes). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 247. On August 22, 2021, in advance of filing the confidential draft Prospectus with the SEC, Rivian's then-general counsel emailed the entire Board regarding the "status of the finalization of our confidential S-1 filing with the SEC" and noting that the "team and Latham are working to finalize the next turn of the document this evening, which version should be in near-final form, *reflecting [the Board's] comments* as well as the comments from the banks." | DEx. 188 (RIVN-INDIV-000013485). |
| 248. Boone, Schwartz, Marcario, Krawiec, Flatley, and Thomas-Graham reviewed the SEC's comments on Rivian's confidential filing of its Prospectus. | DEx. 189 (RIVN-000612148) (Boone reviews comment letter); and DEx. 190 (RIVN-INDIV-000007606) (Boone sends comment letter to Flatley, Thomas-Graham, and Schwartz); DEx. 111 (Marcario Decl.) ¶ 12; DEx. 108 (Flatley Decl.) ¶ 9; DEx. 102 (Boone Decl.) ¶ 22; DEx. 24 (Krawiec Tr.) at 101:19-102:3 |
| 249. On September 29, 2021, as Rivian prepared to finalize the Prospectus for public filing, Rivian's then-general counsel informed the Independent Directors that he would be sending the current draft of the Prospectus, a blacklined version against the initial confidential submission, and "Apollo Timeline and Board Resolutions." | DEx. 191 (RIVN-001821602). |
| 250. At the September 30, 2021 Board meeting, the Director Defendants reviewed and discussed the draft | DEx. 161 (RIVN-000414325) at -414326, -414329. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| Prospectus and unanimously approved its filing. | |
| 251.  Sitron followed up the morning of the public filing with a "marked version of the Form S-1 draft" that "denote[d] all changes to the as-filed confidential S-1 for ease of review." | DEx. 192 (RIVN-001821605). |
| 252.  Sitron explained that "we believe that . . . we will not have any material changes between this draft and the draft we intend to file publicly with the SEC[,]" requesting that the Independent Directors send any final comments they might have, and seeking confirmation of their approval to "affix[] [their] signature." | DEx. 192 (RIVN-001821605). |
| 253.  Boone, Marcario, Krawiec, Flatley, and Schwartz responded, affirming their review and approval of the Prospectus. | DEx. 193 (RIVN-001879285) at -9285-86 (Marcario: "I've reviewed the blackline changes, no objections here"; Boone: "Looks good to me too";  Krawiec: "+1 good on my end and congrats"; Schwartz: "Ditto here"); DEx. 194 (RIVN-001879282) (Flatley: "Neil, I have reviewed and am supportive of the filing and affixing my signature. Great work! Jay."). |
| 254.  The "industry standard" of a reasonable investigation for outside directors includes "(a) reasonably delegat[ing] to the company, its outside counsel, the managing underwriters, and its independent accountant the detailed work required to ensure that the registration statement is materially accurate and | DEx. 90 (Bartlett Rep.) ¶ 137. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| complete and (b) conduct[ing] a careful review of the registration statement." | |
| 255.  Rivian's Independent Directors were "active and informed about Rivian's business and operations." | DEx. 24 (Krawiec Tr.) at 105:16-106:10 (the Board "stress tested" management's IPO forecasts); DEx. 102 (Boone Decl.) ¶¶ 7, 9, 11 (discussing extensive self-study, preparation for board meetings, and review of forecasts); DEx. 111 (Marcario Decl.) ¶¶ 6-9 (explaining preparation for Board meetings and review of industry news and publications); DEx. 108 (Flatley Decl.) ¶¶ 5, 6 (discussing preparation for Board meetings and effort to get up to speed on Rivian upon joining the Board); DEx. 90 (Bartlett Rep.) ¶ 80 (describing topics discussed at Board meetings, including valuation, business and operations matters, long range plan, and investment and acquisitions); DEx. 61 (Schwartz Tr.) at 102:6-14 (noting that the Board "challenged management" and engaged in "spirited discussions" with management). |
| 256.  In addition to updates on the IPO, Rivian's Board meetings in 2021 covered a wide range of other topics, including general "Business Overview[s]," manufacturing updates, plant and vehicle programs, customer engagement, financial forecasting, and engagement of an independent auditor. | *See, e.g.*, DEx. 170 (RIVN-001202387) (minutes of Jan. 26, 2021 Board meeting); DEx. 167 (RIVN-002263384) (minutes of May 3, 2021 Board meeting); DEx. 174 (RIVN-001202609) (minutes of the July 27, 2021 Board meeting); DEx. 161 (RIVN-000414325) (minutes of Sept. 30, 2021 Board meeting); |

| Undisputed Fact | Supporting Evidence |
| --- | --- |
| | DEx. 174 (RIVN-001202609) (minutes of the July 27, 2021 Board meeting); DEx. 171 (RIVN-001202421) (minutes of the Mar. 22, 2021 Board meeting, at which the "Long Range Plan Review" was presented); DEx. 102 (Boone Decl.) ¶ 13 (noting wide range of topics discussed at Board meetings). |
| 257. The Board reviewed and regularly stress-tested the Company's business plan and profitability forecasts. | DEx. 24 (Krawiec Tr.) at 25:6-9, 33:3-13 (discussing "stress test[ing]" management's plans); DEx. 102 (Boone Decl.) ¶¶ 8-9, 27 (explaining "scrupulous[] review" of Rivian forecasts); DEx. 111 (Marcario Decl.) ¶ 18 ("I closely reviewed Rivian's forecasts" projecting profitability); DEx. 108 (Flatley Decl.) ¶ 16 (discussing review of profitability forecasts). |
| 258. Audit Committee members Boone and Flatley worked closely with McDonough and Baker to review early drafts of the F-pages and MD&A sections of the Prospectus. | DEx. 102 (Boone Decl.) ¶ 18; DEx 184 (RIVN-000113535); DEx 186 (RIVN-000113572); DEx 180 (RIVN-INDIV-000006503). |
| 259. Throughout their review of the draft Prospectus, the Independent Directors paid special attention to the risk factors and MD&A sections from which the challenged Prospectus statements derive. | DEx. 24 (Krawiec Tr.) at 78:11-16 ("[t]he board was very focused on making sure that we were comprehensive in assessing the risks involved with the company"); *id.* at 104:1-5 (Board "reviewed several drafts of MD&A . . . [so] it's a[n] iterative process; it's a journey. And you will see lots of board members providing lots of feedback on those sections"); DEx. 195 (RIVN- |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | 001881997) at -1881997 (comments from Krawiec on MD&A); DEx. 61 (Sandy Schwartz Tr.) at 98:5-10 (Prospectus was a "living, breathing document" that the Independent Directors "kept up to date the best [they] could as it was being put together and making sure that -- as [they] always did, that [they] followed [their] fiduciary responsibilities and made it as accurate as possible"); *id.* At 99:17-21 (Board "did a really good job of explaining to anyone who might want to be an investor in this new company that there was risk attached to it"); DEx. 162 (RIVN-INDIV-000005392) (Boone provided feedback on risk factors); DEx. 158 (RIVN-INDIV-000008183) (Flatley provided feedback on business section); DEx. 108 (Flatley Decl.) ¶ 9; DEx. 102 (Boone Decl.) ¶ 18. |
| 260.   The Company's outside auditor, KPMG, presented at both the September 2021 and October 2021 Audit Committee meetings, reviewed the draft Prospectus, and discussed the Audit Committee's questions. | DEx. 181 (RIVN-INDIV-000006511) at -6512; DEx. 182 (RIVN-INDIV-000006506) at -6507. |
| 261.   Management also presented on the Company's "process for providing supporting back-up to data in the S-1 filing." | DEx. 182 (RIVN-INDIV-000006506) at -6507. |
| 262.   In January 2021, the Audit Committee also began working on risk management issues in | DEx. 59 (RIVN-001239332) at -1239340. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| anticipation of being a public company. | |
| 263. Vehicle pricing "was among discussions [the Board] had all of the time," with discussions focused on what the market would bear, what people could afford, what costs would be, as well as "conversion costs, [] BOM forecast, and the cell localization efforts." | DEx. 24 (Krawiec Tr.) at 65:3-6; DEx. 61 (Schwartz Tr.) at 64:1-22, 65:15-17 ("Were we having distinct discussions about pricing? It was part of what we always talked about."). |
| 264. Estimated R1 BOM costs were regular topics of discussion between management and the Board. | DEx. 61 (Schwartz Tr.) at 45:22-46:5, 59:3-61:7 ("[the Independent Directors] were vigilant about the BOM cost . . . [and] understood [their] fiduciary responsibilities and took them very seriously."); DEx. 108 (Flatley Decl.) ¶ 21; DEx. 111 (Marcario Decl.) ¶ 22; DEx. 102 (Boone Decl.) ¶ 31. |
| 265. In the March 22, 2021 Board meeting, the Board reviewed the Company's Long Range Plan. | DEx. 171 (RIVN-001202421) at -1202422. |
| 266. In addition to inquiring with Rivian management to inform themselves about the business and confirm the accuracy of the Prospectus, Independent Directors engaged various third parties to understand their duties with respect to, and confirm the accuracy of, the Prospectus. | DEx. 24 (Krawiec Tr.) at 75:8-9 ("we had a bunch of conversations with . . . Latham around our fiduciary duties"); id. at 115:24-116:1 ("[the Board] got counseling regarding accurately disclosing the risks in the S-1"); see also DEx. 196 (RIVN-000616203) (board training on fiduciary duties presented by Latham); DEx. 102 (Boone Decl.) ¶¶ 13, 15-16, 23. |
| 267. The Board understood that "we had a job as a [B]oard to make sure that | DEx. 24 (Krawiec Tr.) at 116:5-9; see also DEx. 102 (Boone Decl.) ¶ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| management was accurately verbalizing, communicating what the risks to the business were and that we should have a fulsome discussion and the management discussion and analysis" section as well. | 18. |
| 268. In her capacity as the Audit Committee Chair, Boone requested that KPMG attend the October 27, 2021 Audit Committee meeting to "cover 'reasons why we should feel comfortable signing the S-1'" and "invited the full board to participate." | DEx. 197 (RIVN-INDIV-000006696) at -6696; *see also* DEx. 198 (RIVN-INDIV-000007546) at -7548 (requesting additional Audit Committee meeting); DEx. 90 (Bartlett Rep.) at 36 n.91 (engaging KPMG in advance of the IPO to ensure accuracy in the Prospectus); DEx. 102 (Boone Decl.) ¶ 23. |
| 269. At the October 27, 2021 Audit Committee meeting, the Board "want[ed] [Rivian] management to cover their disclosure committee processes, how they have made sure everything (including non-financial information) is complete and accurate and such" and for KPMG to "share the information covered under audit, reminder on what was performed as part of your quarterly procedures, including significant transactions audited to date, and lastly, the comfort letter process." | DEx. 197 (RIVN-INDIV-000006696) at -6696; DEx. 102 (Boone Decl.) ¶ 23. |
| 270. Underwriters in an IPO often perform more in-depth due diligence of the Prospectus than a company's independent directors. | DEx. 90 (Bartlett Rep.) ¶ 24 ("A company's independent directors play a much more limited role in [the IPO] process."). |
| 271. The Board had "several sessions" for the Underwriter Defendants to "try to [assist the Board in] understand[ing] | DEx. 61 (Schwartz Tr.) at 126:12-16. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| the value proposition in the marketplace, how investors would view this." | |
| 272. The Independent Directors were aware of, and took comfort in, the qualifications of the Underwriter Defendants to diligence an IPO. | DEx. 24 (Krawiec Tr.) at 74:15-19 ("Rivian was able to get the two best underwriters out there to take the company public . . . Morgan Stanley and Goldman Sachs, which have the disproportionate share of technology IPOs."); *id.* at 108:12-21 ("I relied on . . . a whole host of experts, . . . includ[ing] Morgan Stanley, including Goldman, including Allen & Company who have a ridiculous amount of experience in analyzing whether something is appropriate or not."); DEx. 102 (Boone Decl.) ¶ 15 ("It is no surprise that we ultimately selected Morgan Stanley, JP Morgan, and Goldman Sachs to serve as Rivian's lead underwriters—they are the top underwriting firms in the business."); DEx 111 (Marcario Decl.) ¶ 11 ("I understood from my years of executive experience that Rivian's external advisors were the highest quality players and best placed to take Rivian public. Latham & Watkins is perhaps the most trusted law firm for taking companies public, as are Morgan Stanley, JP Morgan, and Goldman Sachs from the underwriter side."); DEx. 108 (Flatley Decl.) ¶ 8 ("I understood from my years of experience leading companies through the IPO process that |

| Undisputed Fact | Supporting Evidence |
|---|---|
| | Rivian's external advisors were top-tier and best placed to take Rivian public. . . . Morgan Stanley, JP Morgan, and Goldman Sachs are likewise considered titans in the industry."); *see also* DEx. 10 (McDonough Tr.) at 51:12-14 ("Rivian's underwriters, . . . reviewed the S-1 document [] as a whole, provided input and feedback to the management team as part of that process."); DEx. 8 (Mulvey Tr.) at 276:13-17 ("[O]ur S-1 and IPO documentation went through extensive reviews through, obviously, some of the top underwriters [] in the country, in the world, law firms, accountants, auditors, internal folks, and importantly as well, the SEC."). |
| 273.  Boone closely followed the SEC review process and shared the comments received with her fellow Board members. | DEx. 189 (RIVN-000612148) at -612148 (requesting and reviewing SEC comment letter); DEx. 190 (RIVN-INDIV-000007606) at -7606 (sending an SEC comment letter to other directors alongside her assessments); DEx. 102 (Boone Decl.) ¶ 22 ("I promptly reviewed SEC Comments that Rivian received on the confidential registration statement, sharing my assessments from a financial and accounting perspective to Ms. McDonough and directors."). |
| 274.  Boone has frequent one-on-one meetings with McDonough to discuss Rivian's financial forecasts. | DEx. 102 (Boone Decl.) ¶ 8. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 275. Boone reviews Rivian's financial forecasts line-by-line. | DEx. 102 (Boone Decl.) ¶ 9. |
| 276. Management curated a recommended reading list for the Board and circulates industry news and information every two weeks. | DEx. 102 (Boone Decl.) ¶ 11. |
| 277. Boone personally reviewed a number of Tesla's and other electric vehicle companies' SEC filings. | DEx. 102 (Boone Decl.) ¶ 11. |
| 278. Boone attended every Board and committee meeting on which she was a member leading up to Rivian's IPO (12 official Board meetings, four Audit Committee meetings, and 10 Compensation Committee meetings). | DEx. 102 (Boone Decl.) ¶ 12. |
| 279. Boone, Marcario, and Flatley spent over 100 hours discussing Rivian's IPO process and the content of its registration statement with management and the Company's external advisors. | DEx. 102 (Boone Decl.) ¶ 13; DEx. 111 (Marcario Decl.) ¶ 10; DEx. 108 (Flatley Decl.) ¶ 7. |
| 280. In the months leading up to the IPO, Boone was having one-on-one conversations with management and other directors at least every day. | DEx. 102 (Boone Decl.) ¶ 14. |
| 281. Boone participated in the "bakeoff" to select Rivian's lead underwriters. | DEx. 102 (Boone Decl.) ¶ 15. |
| 282. Boone was involved with selecting KPMG to serve as Rivian's independent auditor. | DEx. 102 (Boone Decl.) ¶ 16. |
| 283. Boone shared her perspective on the registration statement's CEO letter with Scaringe and recommended that | DEx. 102 (Boone Decl.) ¶ 20. |

| **Undisputed Fact** | **Supporting Evidence** |
|---|---|
| Rivian include ESG initiatives to the registration statement, among providing additional comments and proposed revisions. | |
| 284. Upon Flatley's appointment to the Board in spring 2021, he emailed Sitron inquiring "what is the best way for me to receive materials to start getting up to speed (S1 draft, 2 years of financials, strategic plan if there is one, any board presentations that are worth me reviewing, competitive analysis, etc)." | DEx. 199 (RIVN-INDIV-000002671) at -2671; DEx. 108 (Flatley Decl.) ¶ 6. |
| 285. In preparation for Board and committee meetings, Flatley closely reviewed and marked up all pre-read materials at least 2-4 days in advance, flagging any questions he had for management. | DEx. 108 (Flatley Decl.) ¶ 5; DEx. 200 (RIVN-INDIV- 000002694) at -2694 (requesting regularly scheduled Audit Committee meetings and sufficient time to review materials). |
| 286. From the time he joined Rivian's Board in May 2021 through Rivian's IPO in November 2021, Flatley attended all seven official meetings of the Board and three of four meetings of the Audit Committee. | DEx. 108 (Flatley Decl.) ¶ 7. |
| 287. Flatley provided comments on various Board committee charters in connection with the IPO. | DEx. 201 (RIVN-INDIV-000002675) at -2676-77 (providing suggestions to the Audit Committee Charter); DEx. 202 (RIVN-INDIV-000016294) at -16294 (raising comments and questions about Audit Committee documents); DEx. 203 (RIVN-INDIV-000003243) at -3245 (providing suggestions to the draft Nominating and Governance Committee Charter). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 288. Flatley used his experience having led companies through IPOs, and having reviewed hundreds of risk factors (in registration statements, Forms 10-K and 10-Q, etc.), to inform his careful review of Rivian's Prospectus. | DEx. 108 (Flatley Decl.) ¶ 9. |
| 289. Flatley assessed whether the Prospectus appeared logical, complete, and accurately represented Rivian's business and risks based on both his collective knowledge of other companies' risk factors and what he knew about Rivian from serving as a director. | DEx. 108 (Flatley Decl.) ¶ 9. |
| 290. Flatley encouraged Rivian's management to add an opening paragraph to the Prospectus's business section describing the versatility of the R1 vehicles, including by highlighting that the R1 offers an adventure, offroad experience with luxury, high acceleration capabilities. | DEx. 108 (Flatley Decl.) ¶ 10. |
| 291. In the six months leading up to the IPO, Flatley was in frequent communication with the Board and Rivian management. | DEx. 108 (Flatley Decl.) ¶ 11. |
| 292. Leading up to the IPO, Flatley personally spoke to Scaringe and McDonough every one to two weeks to get updates on the IPO. | DEx. 108 (Flatley Decl.) ¶ 11. |
| 293. The Board was not so much focused on the costs of specific R1 parts as on the status of Rivian's production ramp, the market's reaction to | DEx. 108 (Flatley Decl.) ¶ 21. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| economic downturns, and how both impacted overhead absorption. | |
| 294. During the pre-IPO meetings of Rivian's Board, the Director Defendants discussed Rivian's IPO process and the content of its registration statement, including topics ranging from valuation (equity awards, 409 valuation), business and operations matters (programs and technology updates, long range plan), board membership, investment and acquisitions, and routine housekeeping matters, such as reviewing insurance policies. | DEx. 111 (Marcario Decl.) ¶ 10; DEx. 102 (Boone Decl.) ¶ 13; DEx. 108 (Flatley Decl.) ¶ 7; DEx. 90 (Bartlett Rep.) ¶ 80; DEx. 169 (RIVN-001202385) at -1202385-86 (discussing 409A valuation, equity awards, and other matters); DEx. 170 (RIVN-001202387) at -1202387-89 (discussing business and governance matters); DEx. 173 (RIVN-001202577) at -1202578 (discussing investments and acquisitions); DEx. 176 (RIVN-002263726) at -2263727 (discussing insurance policies). |
| 295. Marcario regularly attended, actively participated in, and led Board and committee meetings, including by closely reviewing Board and committee materials in advance, noting any questions for management, and in certain cases reaching out to McDonough or the committee chairs to suggest additional agenda items. | DEx. 111 (Marcario Decl.) ¶ 6. |
| 296. In preparation to lead committee meetings of the Board, Marcario puts together an agenda with senior executives and then runs that agenda by the other committee members and Scaringe. | DEx. 111 (Marcario Decl.) ¶ 7. |
| 297. Marcario reads meeting notes for meetings for Board committee meetings that she does not attend in | DEx. 111 (Marcario Decl.) ¶ 8. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| order to remain informed about Rivian's business. | |
| 298. Management encourages the Board to stay apprised of Rivian's business beyond those areas over which their respective committees provide oversight. | DEx. 111 (Marcario Decl.) ¶ 8. |
| 299. Each Director Defendant has access to every Board committee's notes. | DEx. 111 (Marcario Decl.) ¶ 8. |
| 300. Marcario engaged in discussion with Scaringe and McDonough in March of 2021, encouraging the Company to make "a bold statement around Apollo" concerning corporate purpose, and detailing how this information might be reflected in the Prospectus. | DEx. 185 (RIVN-INDIV-000007169) at -7171-72; DEx. 111 (Marcario Decl.) ¶ 12 ("I personally encouraged Dr. Scaringe and Ms. McDonough to think of the registration statement as an opportunity for Rivian to lead from the front and make a bold statement committing to sustainability."). |
| 301. Marcario focused her comments and feedback for the draft Prospectus on sustainability-related items and The Rivian Foundation. | DEx. 111 (Marcario Decl.) ¶ 12. |
| 302. Marcario reviews automotive publications and has news alerts set up for Rivian and other electric vehicle companies. | DEx. 111 (Marcario Decl.) ¶ 9. |
| 303. Leading up to the IPO, Marcario spoke with her fellow Rivian directors every few days. | DEx. 111 (Marcario Decl.) ¶ 14. |
| 304. Boone asked Marcario to revise language on Rivian's climate cost of governance in the draft Prospectus. | DEx. 111 (Marcario Decl.) ¶ 13. |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 305. Leading up to the IPO in November 2021, Marcario attended 10 of 11 official meetings of the Board of Directors that occurred during her tenure. | DEx. 111 (Marcario Decl.) ¶ 10. |
| 306. Schwartz took his fiduciary duties as a Board member so seriously that he consulted independent counsel to educate himself about his responsibilities. | DEx. 61 (Schwartz Tr.) at 120:9-25. |
| 307. Schwartz brought nearly 20 years of experience in the automotive industry to the Board, which explain why, "[t]here were just a number of areas, especially with my expertise in automotive, I know that I suggested a number of things that I either had questions about or that I thought should be worded differently." | DEx. 61 (Schwartz Tr.) at 92:5-9. |
| 308. Schwartz's curious nature led to his independent due diligence, which included a focus on details such as "reading, understanding, asking questions about what it would cost for batteries; what it would cost to produce them." | DEx. 61 (Schwartz Tr.) at 62:8-14. |
| 309. In the limited time she was on the Board prior to the IPO, Thomas-Graham applied her significant corporate governance experience to assist in finalizing the Nominating and Governance Committee and Audit Committee charters. | DEx. 204 (RIVN-INDIV-000016603) at -16603 (reviewing draft Nominating and Governance Committee Charter); DEx. 203 (RIVN-INDIV-000003243) at -3243-44 (providing feedback on draft Nominating and Governance Committee Charter). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 310. Financial projections shared with the Board in September 2021 projected 2022 GAAP Gross Profit of ███ per R1 due to a ████████ ████████████████ ██████████████ | DEx. 75 (RIVN-000164925) at Slide 19. |
| 311. Rivian's bylaws did not require the Independent Directors' involvement in Rivian's day-to-day business. | DEx. 159 (Rivian Bylaws) § 5.7 ("All officers of the Corporation shall respectively have such authority and perform such duties in the management of the business of the Corporation as may be provided herein or designated from time to time by the Board Board and, to the extent not so provided, as generally pertain to their respective offices, subject to the control of the Board."). |
| 312. The Independent Directors did not have ultimate control over the contents of the Registration Statement. | DEx. 24 (Krawiec Tr.) at 78:1-6 (providing "email feedback . . . as was requested by management"); DEx. 61 (Schwartz Tr.) at 92:5-7, 95:9-13 (amidst the many "people working on [the Registration Statement]," he "suggested a number of things."). |
| 313. FE-4 is ███████████. | DEx. 128 (FE-4 Tr.) at 15:10-12. |
| 314. Contrary to Plaintiffs' allegations attributing to FE-4 that "by September 2021, when Rivian began manufacturing and delivering R1 vehicles, the entire bill of materials had been sourced and their costs were | DEx. 128 (FE-4 Tr.) at 8:13. *Compare* ¶ 118 *with* DEx. 128 (FE-4 Tr.) at 79:5-17; *see also* DEx. 128 (FE-4 Tr.) at 143:11-16 (testifying that he felt he was being "coerced into providing information"). |

| Undisputed Fact | Supporting Evidence |
|---|---|
| locked in with suppliers," FE-4 testified at his deposition on October 31, 2023 that "companies always change suppliers," "even after production begins." | |
| 315.   FE-5 is ███████. | DEx. 129 (FE-5 Tr.) at 26:10-17. |
| 316.   Although Plaintiffs attributed to FE-5 their allegation that "Rivian set [] original retail prices based on cost estimates obtained from a third-party consultant retained by Rivian to estimate the cost of each component or part of the bill of materials," FE-5 testified he "had no knowledge how [Rivian] set the price." | ¶ 113; DEx. 129 (FE-5 Tr.) at 81:22. |
| 317.   Rivian Defendants have collectively produced 815,626 documents or 2,714,195 pages from 33 individual custodians. | Leong Decl. ¶ 5. |
| 318.   The parties took 47 depositions, totaling approximately 224 hours. | Leong Decl. ¶ 9. |
| 319.   The Rivian Defendants have collectively objected and responded to 108 document requests propounded by Plaintiffs. | Leong Decl. ¶ 6. |
| 320.   The Rivian Defendants have collectively objected and responded to 35 interrogatories propounded by Plaintiffs. | Leong Decl. ¶ 6. |
| 321.   The Underwriter Defendants have collectively produced 60,051 documents or 859,537 pages from 23 individual custodians. | Leong Decl. ¶ 7. |

| **Undisputed Fact** | **Supporting Evidence** |
| --- | --- |
| 322. The Underwriter Defendants have objected and responded to 23 interrogatories propounded by Plaintiffs. | Leong Decl. ¶ 8. |
| 323. The Underwriter Defendants have objected and responded to 108 document requests propounded by Plaintiffs. | Leong Decl. ¶ 8. |

Dated: July 3, 2025                    FRESHFIELDS US LLP

By: */s/ Doru Gavril*
    Doru Gavril**

*Attorneys for Defendants Rivian Automotive, Inc., Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham*

Dated: July 3, 2025                    ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Darrell S. Cafasso*

    JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
    ORRICK, HERRINGTON
    & SUTCLIFFE LLP
    405 Howard Street
    San Francisco, California 94105
    Telephone: (415) 773-5700
    Facsimile: (415) 773-5759

    DARRELL S. CAFASSO
    (*Admitted Pro Hac Vice*)
    dcafasso@orrick.com
    JENNIFER KEIGHLEY
    (*Admitted Pro Hac Vice*)
    jkeighley@orrick.com
    ORRICK, HERRINGTON
    & SUTCLIFFE LLP

1

51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

2

3

4

*Attorneys for Defendants Morgan Stanley & Co., LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., Allen & Company LLC, BofA Securities Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, NomuraSecurities International, Inc., Piper Sandler & Co., RBC Capital Markets, LLC, Robert W. Baird & Co. Inc., Wedbush Securities Inc., Academy Securities Inc., Blaylock Van, LLC, Cabrera Capital Markets LLC, C.L. King & Associates, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Co., Inc., Siebert Williams Shank & Co., and Tigress Financial Partners LLC*

5

6

7

8

9

10

11

12

\*\*Pursuant to Local Rule 5-4.3.4(2)(i), the electronic filer hereby attests that all signatories concur in the filing's content and have authorized this filing.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATEMENT OF
UNCONTROVERTED FACTS
CASE NO. 2:22-cv-01524-JLS-E

-87-