BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
REBECCA E. LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Rivian Automotive, Inc.,
Robert J. Scaringe, Claire McDonough, Jeffrey R.
Baker, Karen Boone, Sanford Schwartz, Rose
Marcario, Peter Krawiec, Jay Flatley, and
Pamela Thomas-Graham*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH | Case No.: 2:22-cv-01524-JLS-E<br><br>**DECLARATION OF EUNICE LEONG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 12, 2025<br>Time:    10:30 a.m.<br>Judge:  Hon. Josephine L. Staton<br>Ctrm:   8A, 8th Floor |

SECURITIES INC., ACADEMY
SECURITIES INC., BLAYLOCK VAN,
LLC, CABRERA CAPITAL MARKETS
LLC, C.L. KING & ASSOCIATES, INC.,
LOOP CAPITAL MARKETS LLC,
SAMUEL A. RAMIREZ & CO., INC.,
SIEBERT WILLIAMS SHANK & CO.,
LLC, and TIGRESS FINANCIAL
PARTNERS LLC,

          Defendants.

# DECLARATION OF EUNICE LEONG

I, Eunice Leong, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP.  I am counsel for Defendants Rivian Automotive, Inc. ("Rivian") and Robert J. Scaringe, Claire McDonough, Jeffrey R. Baker, Karen Boone, Sanford Schwartz, Rose Marcario, Peter Krawiec, Jay Flatley, and Pamela Thomas-Graham (together, the "Individual Defendants," and collectively with Rivian, the "Rivian Defendants") in the above-captioned matter.  I have personal knowledge of and, if called as a witness, could and would competently testify to the matters stated herein.

2.      On June 26, 2025, the parties met and conferred regarding Defendants' motion for summary judgment.

3.      During this litigation, and at Freshfields' direction, Rivian collected and produced electronically stored information as it is kept in the ordinary course of business from internal databases, MS365 accounts, and Slack accounts. Documents produced by Rivian bear Bates numbers with the prefix "RIVN."

4.      During this litigation, and at Freshfields' direction, the Individual Defendants collected and produced electronically stored information from personal devices and email accounts used to conduct Rivian business. Documents produced by the Individual Defendants bear Bates numbers with the prefix "RIVN-INDIV."

5.      The Rivian Defendants have collectively produced 815,626 documents, totaling 2,714,195 pages, from 33 custodians.

6.      The Rivian Defendants have collectively objected and responded to 108 documents requests and 35 interrogatories propounded by Plaintiffs.

7.      The Rivian Defendants have received productions totaling 60,051 documents, or 859,537 pages, from 23 custodians from the Underwriter Defendants.

8.      The Underwriter Defendants have objected and responded to 108 document requests and 23 interrogatories propounded by Plaintiffs.

9.      The parties took 47 depositions, totaling approximately 224 hours.

10.    Plaintiffs' economic expert, Zachary Nye, opined that Rivian's stock was inflated by $9.18 per share for the period between November 11, 2021 and March 1, 2022. DEx. 84 ¶ 87. Without accepting Dr. Nye's opinion, if Plaintiffs' own methodology, *id.* ¶ 91, were applied to the losses incurred by Individual Defendants in connection with the March 1, 2022, stock drop, those losses would total $178,825,504:

a.    During the Class period, the Individual Defendants beneficially owned, whether directly or indirectly, 19,479,903 shares of common stock. DEx. 33–41.

b.    No Individual Defendants sold during the Class Period. *Id.*

c.    Except for an automatic, nondiscretionary sale in Baker's name on May 16, 2022 to cover tax obligations triggered by vesting of additional shares, DEx. 33 at 5, no Individual Defendant sold during the 90-day lookback period, DEx. 34–41.

d.    Taking the lower measure of damages offered by Plaintiffs' expert, Dr. Nye opines that, "[f]or each share purchased/acquired during the Class Period that was sold during the 90-Day Lookback Period" or "still held through the end of the 90-Day Lookback Period," per-share damages are the "price inflation on the date of purchase/acquisition," allegedly $9.18/share. DEx. 84 ¶¶ 87, 91.

e.    Multiplying the number of shares beneficially held by the Individual Defendants results in economic damages of $178,825,505 under Dr. Nye's methodology.

| Individual Defendant | Number of Shares Beneficially Owned (1) | Purported Economic Harm, Per Dr. Nye (1) x $9.18 |
|---|---|---|
| Baker | 86,812 | $796,934.16 |
| Boone | 170,209 | $1,563,840.54 |
| Flatley | 20,000 | $183,600 |
| Krawiec | 38,186 | $350,547.48 |
| Marcario | 64,701 | $593,955.18 |
| McDonough | 152,450 | $1,399,491 |

| Scaringe | 18,820,430 | $172,771,541.81 |
|---|---:|---:|
| Schwartz | 106,258 | $975,448.44 |
| Thomas-Graham | 20,713 | $190,145.34 |
| **Total** | | **$178,825,504.95** |

11.     **Defendants' Exhibit 1** contains a true and correct copy of a document produced by Rivian as RIVN-001885748.

12.     **Defendants' Exhibit 2** contains a true and correct copy of a document produced by Rivian as RIVN-000890475.

13.     **Defendants' Exhibit 3** contains a true and correct copy of excerpts from the deposition transcript of Robert J. Scaringe, who was deposed by Plaintiffs on March 10, 2025.

14.     **Defendants' Exhibit 4** contains a true and correct copy of excerpts from the deposition transcript of Gerard Dwyer, who was deposed by Plaintiffs on February 24, 2025.

15.     **Defendants' Exhibit 5** contains a true and correct copy of a document produced by Rivian as RIVN-000478592.

16.     **Defendants' Exhibit 6** contains a true and correct copy of a document produced by Rivian as RIVN-000878181.

17.     **Defendants' Exhibit 7** contains a true and correct copy of a document produced by Rivian as RIVN-000009875.

18.     **Defendants' Exhibit 8** contains a true and correct copy of excerpts from the deposition transcript of Derek Mulvey, who was deposed by Plaintiffs on February 7, 2025.

19.     **Defendants' Exhibit 9** contains a true and correct copy of excerpts from the deposition transcript of Simon Phillips, who was deposed by Plaintiffs on March 6, 2025.

20.     **Defendants' Exhibit 10** contains a true and correct copy of excerpts from

the deposition transcript of Claire McDonough, who was deposed by Plaintiffs on February 27, 2025.

21.     **Defendants' Exhibit 11** contains a true and correct copy of a document produced by Rivian as RIVN-000572524.

22.     **Defendants' Exhibit 12** contains a true and correct copy of excerpts from the deposition transcript of Imran Aijazuddin, who was deposed by Plaintiffs on December 17, 2024.

23.     **Defendants' Exhibit 13** contains a true and correct copy of excerpts from the deposition transcript of Regina Savage, who was deposed by Plaintiffs on February 5, 2025.

24.     **Defendants' Exhibit 14** contains a true and correct copy of Rivian's Prospectus filed with the SEC, dated November 9, 2021.

25.     **Defendants' Exhibit 15** contains a true and correct copy of the Expert Report of Peter Hasenkamp, dated April 25, 2025.

26.     **Defendants' Exhibit 16** contains a true and correct copy of the Expert Report of Stephen Schwartz, dated April 25, 2025.

27.     **Defendants' Exhibit 17** contains a true and correct copy of a document produced by Rivian as RIVN-000642796.

28.     **Defendants' Exhibit 18** contains a true and correct copy of a document produced by Rivian as RIVN-001869910.

29.     **Defendants' Exhibit 19** contains a true and correct copy of a document produced by Rivian as RIVN-001807059.

30.     **Defendants' Exhibit 20** contains a true and correct copy of excerpts from the deposition transcript of Jiten Behl, who was deposed by Plaintiffs on February 25, 2025.

31.     **Defendants' Exhibit 21** contains a true and correct copy of excerpts from the deposition transcript of Thomas Solomon, who was deposed by Plaintiffs on December 20, 2024.

32.    **Defendants' Exhibit 22** contains a true and correct copy of a document produced by Rivian as RIVN-000750267.

33.    **Defendants' Exhibit 23** contains a true and correct copy of a document produced by Rivian as RIVN-001893611.

34.    **Defendants' Exhibit 24** contains a true and correct copy of excerpts from the deposition transcript of Peter Krawiec, who was deposed by Plaintiffs on January 27, 2025.

35.    **Defendants' Exhibit 25** contains a true and correct copy of a document produced by Rivian as RIVN-001895080.

36.    **Defendants' Exhibit 26** contains a true and correct copy of a document produced by Rivian as RIVN-001807954.

37.    **Defendants' Exhibit 27** contains a true and correct copy of a document produced by Rivian as RIVN-001807951.

38.    **Defendants' Exhibit 28** contains a true and correct copy of a document produced by Rivian as RIVN-001276439.

39.    **Defendants' Exhibit 29** contains a true and correct copy of a document produced by Rivian as RIVN-001811540.

40.    **Defendants' Exhibit 30** contains a true and correct copy of the Rebuttal Expert Report of Peter Hasenkamp, dated May 9, 2025.

41.    **Defendants' Exhibit 31** contains a true and correct copy of a document produced by Rivian as RIVN-001284877.

42.    **Defendants' Exhibit 32** contains a true and correct copy of a document produced by Rivian as RIVN-001284895.

43.    **Defendants' Exhibit 33** contains a true and correct copy of all Form 3 and Form 4 documents filed with the Securities and Exchange Commission ("SEC") by Robert J. Scaringe between November 9, 2021 and May 19, 2025.

44.    **Defendants' Exhibit 34** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Jeff Baker between November 9, 2021 and July

30, 2024.

45.    **Defendants' Exhibit 35** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Karen Boone between November 9, 2021 and June 20, 2025.

46.    **Defendants' Exhibit 36** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Jay Flatley between November 9, 2021 and June 20, 2025.

47.    **Defendants' Exhibit 37** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Pamela Thomas-Graham between November 9, 2021 and June 21, 2024.

48.    **Defendants' Exhibit 38** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Rose M. Marcario between November 9, 2021 and June 20, 2025.

49.    **Defendants' Exhibit 39** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Sanford H. Schwartz between November 9, 2021 and June 20, 2025.

50.    **Defendants' Exhibit 40** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Peter Krawiec between November 9, 2021 and June 20, 2025.

51.    **Defendants' Exhibit 41** contains a true and correct copy of all Form 3 and Form 4 documents filed with the SEC by Claire McDonough between November 9, 2021 and May 19, 2025.

52.    **Defendants' Exhibit 42** contains a true and correct copy of a Form 4 document filed with the SEC by Amazon.com Inc. on November 12, 2021.

53.    **Defendants' Exhibit 43** contains a true and correct copy of a document produced by Rivian as RIVN-000416347.

54.    **Defendants' Exhibit 44** contains a true and correct copy of a document produced by Rivian as RIVN-000109838.

55. **Defendants' Exhibit 45** contains a true and correct copy of a document produced by Rivian as RIVN-001564269.

56. **Defendants' Exhibit 46** contains a true and correct copy of a document produced by Rivian as RIVN-001805242.

57. **Defendants' Exhibit 47** contains a true and correct copy of a document produced by Rivian as RIVN-000601227.

58. **Defendants' Exhibit 48** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006426.

59. **Defendants' Exhibit 49** contains a true and correct copy of a document produced by Rivian as RIVN-002528948.

60. **Defendants' Exhibit 50** contains a true and correct copy of a document produced by Rivian as RIVN-001308030.

61. **Defendants' Exhibit 51** contains a true and correct copy of a document produced by Rivian as RIVN-001306951.

62. **Defendants' Exhibit 52** contains a true and correct copy of excerpts from the deposition transcript of Neil Sitron, who was deposed by Plaintiffs on March 14, 2025.

63. **Defendants' Exhibit 53** contains a true and correct copy of a document produced by Rivian as RIVN-001904472.

64. **Defendants' Exhibit 54** contains a true and correct copy of excerpts from the deposition transcript of Benjamin Duell, who was deposed by Plaintiffs on February 19, 2025.

65. **Defendants' Exhibit 55** contains a true and correct copy of excerpts from the deposition transcript of Neil Dalal, who was deposed by Plaintiffs on February 28, 2025.

66. **Defendants' Exhibit 56** contains a true and correct copy of the Expert Report of Gary M. Lawrence, dated April 25, 2025.

67. **Defendants' Exhibit 57** contains a true and correct copy of the Expert

Report of James F. Miller, dated April 25, 2025.

68.    **Defendants' Exhibit 58** contains a true and correct copy of a document produced by Rivian as RIVN-001803803.

69.    **Defendants' Exhibit 59** contains a true and correct copy of a document produced by Rivian as RIVN-001239332.

70.    **Defendants' Exhibit 60** contains a true and correct copy of excerpts from the deposition transcript of Jeffrey R. Baker, who was deposed by Plaintiffs on March 21, 2025.

71.    **Defendants' Exhibit 61** contains a true and correct copy of excerpts from the deposition transcript of Sanford Schwartz, who was deposed by Plaintiffs on February 19, 2025.

72.    **Defendants' Exhibit 62** contains a true and correct copy of a document produced by Rivian as RIVN-000095504.

73.    **Defendants' Exhibit 63** contains a true and correct copy of a document produced by Rivian as RIVN-001318025.

74.    **Defendants' Exhibit 64** contains a true and correct copy of a document produced by Rivian as RIVN-000879552.

75.    **Defendants' Exhibit 65** contains a true and correct copy of a J.P. Morgan analyst report titled "Initiate at Neutral with $104 Price Target, Given Strong Products & Growth Prospects But Also Demanding Valuation," dated December 6, 2021 produced by Plaintiffs as RIVN-000428085.

76.    **Defendants' Exhibit 66** contains a true and correct copy of excerpts from the deposition transcript of Steve Gawronski, who was deposed by Plaintiffs on March 31, 2025.

77.    **Defendants' Exhibit 67** contains a true and correct copy of excerpts from the deposition transcript of Charles Baker, who was deposed by Rivian Defendants on June 10, 2025.

78.    **Defendants' Exhibit 68** contains a true and correct copy of a document

produced by Rivian as RIVN-001819086.

79.    **Defendants' Exhibit 69** contains a true and correct copy of a document produced by Rivian as RIVN-001082524.

80.    **Defendants' Exhibit 70** contains a true and correct copy of the Expert Report of Lawrence W. Smith, dated April 25, 2025.

81.    **Defendants' Exhibit 71** contains a true and correct copy of the Expert Rebuttal Report of Harris L. Devor, dated May 9, 2025.

82.    **Defendants' Exhibit 72** contains a true and correct copy of the Rebuttal Expert Report of Daniel R. Fischel, dated May 9, 2025.

83.    **Defendants' Exhibit 73** contains a true and correct copy of the Expert Report of Harris L. Devor, dated April 25, 2025.

84.    **Defendants' Exhibit 74** contains a true and correct copy of a document produced by Rivian as RIVN-000764270.

85.    **Defendants' Exhibit 75** contains a true and correct copy of a document produced by Rivian as RIVN-000164925.

86.    **Defendants' Exhibit 76** contains a true and correct copy of a document produced by Rivian as RIVN-000168096.

87.    **Defendants' Exhibit 77** contains a true and correct copy of the Rebuttal Expert Report of Zachary Nye, PhD, dated May 9, 2025.

88.    **Defendants' Exhibit 78** contains a true and correct copy of a document produced by Rivian as RIVN-001816839.

89.    **Defendants' Exhibit 79** contains a true and correct copy of a transcript of Rivian's December 17, 2021 Earnings Call.

90.    **Defendants' Exhibit 80** contains a true and correct copy of a document produced by Rivian as RIVN-001897299.

91.    **Defendants' Exhibit 81** contains a true and correct copy of a document produced by Rivian as RIVN-001816310.

92.    **Defendants' Exhibit 82** contains a true and correct copy of excerpts from

the deposition transcript of Zachary Nye, PhD, who was deposed by Rivian Defendants

on June 4, 2025.

93.    **Defendants' Exhibit 83** contains a true and correct copy of a document

produced by Plaintiffs as NYE_0000000941.

94.    **Defendants' Exhibit 84** contains a true and correct copy of the Expert

Report of Zachary Nye, PhD, dated April 25, 2025.

95.    **Defendants' Exhibit 85** contains a true and correct copy of excerpts from

the deposition transcript of Peter Hasenkamp, who was deposed by Plaintiffs on May 28,

2025.

96.    **Defendants' Exhibit 86** contains a true and correct copy of a document

produced by Plaintiffs as NYE_0000000154.

97.    **Defendants' Exhibit 87** contains a true and correct copy of a document

produced by Rivian as RIVN-000010562.

98.    **Defendants' Exhibit 88** contains a true and correct copy of excerpts from

the deposition transcript of Lawrence W. Smith, who was deposed by Rivian Defendants

on May 20, 2025.

99.    **Defendants' Exhibit 89** contains a true and correct copy of excerpts from

the deposition transcript of Daniel R. Fischel, who was deposed by Plaintiffs on May 30,

2025.

100.    **Defendants' Exhibit 90** contains a true and correct copy of the Expert

Report of Professor Robert Bartlett, dated April 25, 2025.

101.    **Defendants' Exhibit 91** contains a true and correct copy of a document

produced by Rivian as RIVN-00120421.

102.    **Defendants' Exhibit 92** contains a true and correct copy of a document

produced by Rivian as RIVN-001406849, which includes a native attachment lodged

provisionally under seal with the Court.

103.    **Defendants' Exhibit 93** contains a true and correct copy of a document

produced by Rivian as RIVN-001894250, lodged provisionally under seal with the Court.

104.    **Defendants' Exhibit 94** contains a true and correct copy of a document produced by Rivian as RIVN-000878224.

105.    **Defendants' Exhibit 95** contains a true and correct copy of Rivian's Form S-1/A filed publicly with the SEC on November 5, 2021.

106.    **Defendants' Exhibit 96** contains a true and correct copy of the Notice of Effectiveness for Rivian's Form S-1, dated November 9, 2021.

107.    **Defendants' Exhibit 97** contains a true and correct copy of Rivian's Form 10-Q filed publicly with the SEC on December 17, 2021.

108.    **Defendants' Exhibit 98** contains a true and correct copy of a document produced by Rivian as RIVN-001819086.

109.    **Defendants' Exhibit 99** contains a true and correct copy of a document produced by Rivian as RIVN-000878218.

110.    **Defendants' Exhibit 100** contains a true and correct copy of a document produced by Rivian as RIVN-001576299.

111.    **Defendants' Exhibit 101** contains a true and correct copy of Karen Boone's director profile on Rivian's current Investors/Leadership & Governance page at https://rivian.com/en-GB/investors/governance?bio=karen-boone.

112.    **Defendants' Exhibit 102** contains a true and correct copy of the declaration of Karen Boone, dated July 2, 2025.

113.    **Defendants' Exhibit 103** contains a true and correct copy of a document produced by Rivian as RIVN-000414314.

114.    **Defendants' Exhibit 104** contains a true and correct copy of a document produced by Rivian as RIVN-000155288.

115.    **Defendants' Exhibit 105** contains a true and correct copy of Rivian's 8-K filed publicly with the SEC on February 20, 2025.

116.    **Defendants' Exhibit 106** contains a true and correct copy of Peloton's Proxy Statement filed on form 14A on October 22, 2024.

117.    **Defendants' Exhibit 107** contains a true and correct copy of Jay Flatley's

director profile on Rivian's current Investors/Leadership & Governance page at https://rivian.com/en-GB/investors/governance?bio=jay-flatley.

118.   **Defendants' Exhibit 108** contains a true and correct copy of the declaration of Jay Flatley, dated July 2, 2025.

119.   **Defendants' Exhibit 109** contains a true and correct copy of Peter Krawiec's director profile on Rivian's current Investors/Leadership & Governance page at https://rivian.com/investors/governance?bio=peter-krawiec.

120.   **Defendants' Exhibit 110** contains a true and correct copy of Rose Marcario's director profile on Rivian's current Investors/Leadership & Governance page at https://rivian.com/en-GB/investors/governance?bio=rose-marcario.

121.   **Defendants' Exhibit 111** contains a true and correct copy of the declaration of Rose Marcario, dated July 1, 2025.

122.   **Defendants' Exhibit 112** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006815.

123.   **Defendants' Exhibit 113** contains a true and correct copy of a document produced by Rivian as RIVN-001686165.

124.   **Defendants' Exhibit 114** contains a true and correct copy of Sanford Schwartz's director profile on Rivian's current Investors/Leadership & Governance page at https://rivian.com/en-GB/investors/governance?bio=sanford-schwartz.

125.   **Defendants' Exhibit 115** contains a true and correct copy of Rivian's Proxy Statement filed on form 14A on April 29, 2025.

126.   **Defendants' Exhibit 116** contains a true and correct copy of Bumble's Proxy Statement filed on form 14A on April 17, 2025.

127.   **Defendants' Exhibit 117** contains a true and correct copy of a document produced by Rivian as RIVN-000423195, lodged provisionally under seal with the Court.

128.   **Defendants' Exhibit 118** contains a true and correct copy of a document produced by Rivian as RIVN-001813861.

129.   **Defendants' Exhibit 119** contains a true and correct copy of Rivian's Q4

2021 Shareholder Letter.

130.    **Defendants' Exhibit 120** contains a true and correct copy of Dnistran, Iulian, *Rivian Slashed R1S, R1T Production Costs By A Massive Amount*, Inside EVs (March 5, 2025), https://insideevs.com/news/752559/rivian-r1s-r1t-production -cost-slashed/.

131.    **Defendants' Exhibit 121** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000004680.

132.    **Defendants' Exhibit 122** contains a true and correct copy of a document produced by Rivian as RIVN-001816839.

133.    **Defendants' Exhibit 123** contains a true and correct copy of a Rivian's 10-K filed publicly with the SEC on February 24, 2024.

134.    **Defendants' Exhibit 124** contains a true and correct copy of a document produced by Plaintiffs as NYE_0000000023.

135.    **Defendants' Exhibit 125** contains a true and correct copy of a document produced by Rivian as RIVN-000163104.

136.    **Defendants' Exhibit 126** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000000469.

137.    **Defendants' Exhibit 127** contains a true and correct copy of a document produced by Rivian as RIVN-000070202, lodged provisionally under seal with the Court.

138.    **Defendants' Exhibit 128** contains a true and correct copy of excerpts from the deposition transcript of FE-4, who was deposed by Rivian Defendants and Plaintiffs on October 31, 2023.

139.    **Defendants' Exhibit 129** contains a true and correct copy of excerpts from the deposition transcript of FE-5, who was deposed by Rivian Defendants and Plaintiffs on December 18, 2023.

140.    **Defendants' Exhibit 130** contains a true and correct copy of a document produced by Rivian as RIVN-000095787.

141.    **Defendants' Exhibit 131** contains a true and correct copy of a document

produced by Rivian as RIVN-000878030.

142.    **Defendants' Exhibit 132** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000000798.

143.    **Defendants' Exhibit 133** contains a true and correct copy of a document produced by Rivian as RIVN-000094595.

144.    **Defendants' Exhibit 134** contains a true and correct copy of a document produced by Rivian as RIVN-000097178.

145.    **Defendants' Exhibit 135** contains a true and correct copy of a document produced by Rivian as RIVN-000099987.

146.    **Defendants' Exhibit 136** contains a true and correct copy of a document produced by Rivian as RIVN-000877968.

147.    **Defendants' Exhibit 137** contains a true and correct copy of a document produced by Rivian as RIVN-001695459.

148.    **Defendants' Exhibit 138** contains a true and correct copy of a document produced by Rivian as RIVN-000671115.

149.    **Defendants' Exhibit 139** contains a true and correct copy of a document produced by Rivian as RIVN-001885685.

150.    **Defendants' Exhibit 140** contains a true and correct copy of a document produced by Rivian as RIVN-000163744.

151.    **Defendants' Exhibit 141** contains a true and correct copy of  a document produced by Rivian as RIVN-001892574.

152.    **Defendants' Exhibit 142** contains a true and correct copy of a document produced by Rivian as RIVN-001929835.

153.    **Defendants' Exhibit 143** contains a true and correct copy of a document produced by Rivian as RIVN-001555700, lodged provisionally under seal with the Court.

154.    **Defendants' Exhibit 144** contains a true and correct copy of a document produced by Rivian as RIVN-000674335, lodged provisionally under seal with the Court.

155.    **Defendants' Exhibit 145** contains a true and correct copy of a document

produced by Rivian as RIVN-INDIV-000012246.

156.    **Defendants' Exhibit 146** contains a true and correct copy of a document produced by Rivian as RIVN-000414367.

157.    **Defendants' Exhibit 147** contains a true and correct copy of a document produced by Rivian as RIVN-001895996.

158.    **Defendants' Exhibit 148** contains a true and correct copy of the Expert Report of Daniel R. Fischel, dated April 25, 2025.

159.    **Defendants' Exhibit 149** contains a true and correct copy of a document produced by Rivian as RIVN-001331992.

160.    **Defendants' Exhibit 150** contains a true and correct copy of a document produced by Rivian as RIVN-001928727.

161.    **Defendants' Exhibit 151** contains a true and correct copy of a document produced by Rivian as RIVN-001661149.

162.    **Defendants' Exhibit 152** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000004675.

163.    **Defendants' Exhibit 153** contains a true and correct copy of a document produced by Rivian as RIVN-001276457.

164.    **Defendants' Exhibit 154** contains a true and correct copy of a document produced by Rivian as RIVN-000601613.

165.    **Defendants' Exhibit 155** contains a true and correct copy of a document produced by Rivian as RIVN-001284881.

166.    **Defendants' Exhibit 156** contains a true and correct copy of a document produced by Rivian as RIVN-001284879.

167.    **Defendants' Exhibit 157** contains a true and correct copy of a document produced by Rivian as RIVN-001284883.

168.    **Defendants' Exhibit 158** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000008183.

169.    **Defendants' Exhibit 159** contains a true and correct copy of Rivian's

Amended and Restated Bylaws of Rivian Automotive, Inc. filed with the SEC on November 16, 2021.

170.  **Defendants' Exhibit 160** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006797.

171.  **Defendants' Exhibit 161** contains a true and correct copy of a document produced by Rivian as RIVN-000414325.

172.  **Defendants' Exhibit 162** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000005392.

173.  **Defendants' Exhibit 163** contains a true and correct copy of a document produced by Rivian as RIVN-001088689.

174.  **Defendants' Exhibit 164** contains a true and correct copy of a document produced by Rivian as RIVN-001282397.

175.  **Defendants' Exhibit 165** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000010472.

176.  Defendants' **Exhibit 166** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000002698.

177.  Defendants' **Exhibit 167** contains a true and correct copy of a document produced by Rivian as RIVN-002263384.

178.  Defendants' **Exhibit 168** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000005375.

179.  Defendants' **Exhibit 169** contains a true and correct copy of a document produced by Rivian as RIVN-001202385.

180.  Defendants' **Exhibit 170** contains a true and correct copy of a document produced by Rivian as RIVN-001202387.

181.  Defendants' **Exhibit 171** contains a true and correct copy of a document produced by Rivian as RIVN-001202421.

182.  Defendants' **Exhibit 172** contains a true and correct copy of a document produced by Rivian as RIVN-002264389.

183.   Defendants' **Exhibit 173** contains a true and correct copy of a document produced by Rivian as RIVN-001202577.

184.   Defendants' **Exhibit 174** contains a true and correct copy of a document produced by Rivian as RIVN-001202609.

185.   Defendants' **Exhibit 175** contains a true and correct copy of a document produced by Rivian as RIVN-002263389.

186.   Defendants' **Exhibit 176** contains a true and correct copy of a document produced by Rivian as RIVN-002263726.

187.   Defendants' **Exhibit 177** contains a true and correct copy of a document produced by Rivian as RIVN-001976849.

188.   Defendants' **Exhibit 178** contains a true and correct copy of a document produced by Rivian as RIVN-002256122.

189.   Defendants' **Exhibit 179** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000013487.

190.   Defendants' **Exhibit 180** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006503.

191.   Defendants' **Exhibit 181** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006511.

192.   Defendants' **Exhibit 182** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006506.

193.   Defendants' **Exhibit 183** contains a true and correct copy of  excerpts from the deposition transcript of Harris Devor, who was deposed by Rivian Defendants on June 5, 2025.

194.   Defendants' **Exhibit 184** contains a true and correct copy of a document produced by Rivian as RIVN-000113535.

195.   Defendants' **Exhibit 185** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000007169.

196.   Defendants' **Exhibit 186** contains a true and correct copy of a document

produced by Rivian as RIVN-001359615.

197.    Defendants' **Exhibit 187** contains a true and correct copy of a document produced by Rivian as RIVN-000071509.

198.    Defendants' **Exhibit 188** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000013485.

199.    Defendants' **Exhibit 189** contains a true and correct copy of a document produced by Rivian as RIVN-000612148.

200.    Defendants' **Exhibit 190** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000007606.

201.    Defendants' **Exhibit 191** contains a true and correct copy of a document produced by Rivian as RIVN-001821602.

202.    Defendants' **Exhibit 192** contains a true and correct copy of a document produced by Rivian as RIVN-001821605.

203.    Defendants' **Exhibit 193** contains a true and correct copy of a document produced by Rivian as RIVN-001879285.

204.    Defendants' **Exhibit 194** contains a true and correct copy of a document produced by Rivian as RIVN-001879282.

205.    Defendants' **Exhibit 195** contains a true and correct copy of a document produced by Rivian as RIVN-001881997.

206.    Defendants' **Exhibit 196** contains a true and correct copy of a document produced by Rivian as RIVN-000616203.

207.    Defendants' **Exhibit 197** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000006696.

208.    Defendants' **Exhibit 198** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000007546.

209.    Defendants' **Exhibit 199** contains a true and correct copy of a document produced by Rivian as RIVN-INDIV-000002671.

210.    Defendants' **Exhibit 200** contains a true and correct copy of a document

produced by Rivian as RIVN-INDIV- 000002694.

211.   Defendants' **Exhibit 201** contains a true and correct copy of a document
produced by Rivian as RIVN-INDIV-000002675.

212.   Defendants' **Exhibit 202** contains a true and correct copy of a document
produced by Rivian as RIVN-INDIV-000016294.

213.   Defendants' **Exhibit 203** contains a true and correct copy of a document
produced by Rivian as RIVN-INDIV-000003243.

214.   Defendants' **Exhibit 204** contains a true and correct copy of a document
produced by Rivian as RIVN-INDIV-000016603.

215.   Defendants' **Exhibit 205** contains a true and correct copy of a document
produced by Rivian as RIVN-INDIV-000008183.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Redwood City, California, on July 3, 2025.


_____
        */s/ Eunice Leong*
        Eunice Leong