Jennifer L. Joost (SBN 296164)
jjoost@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PAUL A. RIGALI IN SUPPORT OF THE JOINT STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT DEADLINES**<br><br>Judge:  Hon. Josephine L. Staton |

## DECLARATION OF PAUL A. RIGALI

I, Paul A. Rigali, hereby declare as follows:

1. I am a partner at the law firm of Larson LLP in Los Angeles, California, liaison counsel for Plaintiffs in the above-captioned action. I submit this declaration in support of the Joint Stipulation To Amend The Scheduling Order To Continue Motion For Summary Judgment Deadlines.

2. On January 10, 2025, the Court entered an Order Granting Stipulation to Amend the Scheduling Order, which ordered, among other things, that (a) the last day to file Dispositive Motions was July 3, 2025, (b) the last day to file Oppositions to Dispositive Motions was August 1, 2025, and (c) the last day to file Replies to Dispositive Motions was August 29, 2025 (ECF No. 447).

3. On July 3, 2025, Defendants filed a Motion for Summary Judgment which is set to be heard on September 12, 2025 (ECF No. 591). Due to technological difficulties, it took Defendants until July 4, 2025 to file all of the documents that they relied upon in connection with their Motion for Summary Judgment (ECF Nos. 593-603).

4. On July 8, 2025, the Rivian Defendants filed a Notice of Errata revising the redactions on two of their exhibits and correcting a third exhibit and served copies of these documents on all Parties on the same day (ECF Nos. 606–07).

5. Also on July 8, 2025, Plaintiffs requested that the Rivian Defendants provide several provisionally sealed exhibits which the Rivian Defendants had inadvertently failed to serve on July 4, 2025, and which the Rivian Defendants provided on the same day.

6. The Parties have met and conferred over the delay in serving these documents and have agreed that good causes exists to continue the remaining deadlines for the Motion for Summary Judgment should be continued by 7 days such that Plaintiffs' Opposition will be due on August 8, 2025, Defendants' Reply will be due on September 5, 2025, and the hearing date for the Motion shall be September 19, 2025.

I declare, under penalty of perjury , that the foregoing is true and correct to the best of my knowledge.

Executed on July 22, 2025, in Washington, D.C.

>_/s/ Paul A. Rigali_
>Paul A. Rigali