# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT DEADLINES (Doc. 609)** |

On July 22, 2025, Plaintiffs and Defendants filed a Joint Stipulation To Amend The Scheduling Order To Continue Motion For Summary Judgment Deadlines. (Doc. 609.) After reviewing the Stipulation and the Declaration of Paul A. Rigali, the Court finds that good cause exists to amend the Scheduling Order to continue the remaining Motion for Summary Judgment deadlines by 7 days. The Court hereby ORDERS that the Scheduling Order be amended as follows:

| Event | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Last Day to File Opposition to Motions for Summary Judgment | August 1, 2025 | August 8, 2025 |
| Last Day to File Reply In Support Of Motions for Summary Judgment | August 29, 2025 | September 5, 2025 |
| Hearing on Motion for Summary Judgment | September 12, 2025 | September 19, 2025, at 10:30 a.m. |

IT IS SO ORDERED.

DATE: July 25, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE