UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., | Case No.: 2:22-cv-01524-JLS-E<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION FOR SUMMARY JUDGMENT (Doc. 611)** |

LLC, and TIGRESS FINANCIAL
PARTNERS LLC,

Defendants.

On July 29, 2025, the parties filed a Joint Stipulation to Continue the Hearing Date re Motion for Summary Judgment (Doc. 611).  After reviewing the Stipulation, the Court finds good cause to continue the hearing for Defendants' Motion for Summary Judgment from the previously stipulated date of September 19, 2025, at 10:30 a.m. to **September 26, 2025, at 10:30 a.m.**  The August 8, 2025 deadline to file opposition to Defendants' motion and the September 5, 2025 deadline to file reply in support of Defendants' motion will remain unchanged.

**IT IS SO ORDERED.**

Date: August 1, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE