UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL | Case No.: 2:22-cv-01524-JLS-E<br><br>**ORDER GRANTING RIVIAN DEFENDANTS' REQUEST FOR RELIEF FROM LOCAL RULE 83-2.1.3.4(2) (Doc. 613)** |

1 | PARTNERS LLC,
2 |             Defendants.

Having reviewed the Rivian Defendants' Request for Relief from L.R. 83-2.1.3.4(2)'s requirement that *pro hac vice* counsel designate local counsel with an office in this District (Doc. 613), and good cause appearing, the Request for Relief is hereby GRANTED, and Timothy Howard is permitted to designate Boris Feldman of Freshfields US LLP's Redwood City office as local counsel.

**IT IS SO ORDERED.**

Date: August 8, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE