**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

[Additional Counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF PETER HASKENKAMP**<br><br>Date: October 24, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Josephine L. Staton<br><br>Trial: TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 24, 2025, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Josephine L. Staton, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 8th Floor, Courtroom 18A, Los Angeles, California 90012, Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiff James Stephen Muhl will and hereby do move to testimony concerning certain of the opinions expressed by Defendants' expert Peter Haskenkamp pursuant to Rules 401, 403, and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589 (1993) (the "Motion").

This Motion is based on this Notice of Motion, the concurrently filed Memorandum, the Declaration of Jennifer L. Joost and exhibits attached thereto, as well as the papers and pleadings filed in this action, the arguments of counsel, and any other matters properly before the Court.

This Motion is made following conferences of counsel under Local Rule 7-3, which occurred on August 22, 2025.

Dated: August 29, 2025

Respectfully submitted,

**KESSLER TOPAZ  MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
DARREN J. CHECK (*pro hac vice*)
dcheck@ktmc.com

RICHARD A. RUSSO, JR. (*pro hac vice*)
rrusso@ktmc.com
DAVID A. BOCIAN (*pro hac vice*)
dbocian@ktmc.com
MARGARET E. MAZZEO (*pro hac vice*)
mmazzeo@ktmc.com
AUSTIN W. MANNING (*pro hac vice*)
amanning@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

**LARSON LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonllp.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*