**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

[Additional Counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE TO THE CLASSES**<br><br>Date: November 21, 2025<br>Time: 10:30 a.m.<br>Ctrm.: 8A, 8th Floor<br>Judge: Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2025, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Josephine L. Staton, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 8th Floor, Courtroom 8A, Los Angeles, California 90012, Court-appointed Class Representatives Sjunde AP-Fonden and James Stephen Muhl (together, "Plaintiffs") will and hereby do respectfully move the Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure that will: (i) preliminarily approve the proposed $250 million Settlement[1] of the Action; (ii) approve the form and manner of providing notice of the Settlement to the Court-certified Classes; (iii) approve Verita Global, LLC ("Verita") as the Claims Administrator for the Settlement; and (iv) set a date for the Settlement Hearing as well as the schedule for various deadlines in connection with the Settlement. This motion is based on the supporting Memorandum of Points and Authorities filed concurrently herewith ("Memorandum"), the Stipulation and the exhibits thereto, which embody the terms of the proposed Settlement between the Parties, the Proposed Schedule of Settlement-Related Events ("Appendix A" to the Memorandum), the Declaration of Lance Cavallo submitted on behalf of Verita, all previous filings and orders in this case, and any other matter that the Court may consider at the hearing on this motion.

Pursuant to Civil Local Rule 7-3, Plaintiffs conferred with Counsel for Defendants. Counsel for Defendants have stated that Defendants do not oppose this motion. This motion is noticed for a hearing on November 21, 2025, at 10:30 a.m. in accordance with this Court's Initial Standing Order and Local Rules. However, because this motion is unopposed, the Parties agree that it may be decided on the papers and without a hearing—should the Court so desire.

---

[1] Unless otherwise noted, capitalized terms herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated October 23, 2025 ("Stipulation"). The Stipulation is attached to the Declaration of Sharan Nirmul filed herewith.

| | |
|---|---|
| Dated: October 23, 2025 | Respectfully submitted, |//

Dated:  October 23, 2025

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
DARREN J. CHECK (*pro hac vice*)
dcheck@ktmc.com
RICHARD A. RUSSO, JR. (*pro hac vice*)
rrusso@ktmc.com
DAVID A. BOCIAN (*pro hac vice*)
dbocian@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

**LARSON LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonllp.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*