**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

[Additional Counsel on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-01524-JLS-E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE TO THE CLASSES**<br><br>Ctrm.: 8A, 8th Floor<br>Judge: Hon. Josephine L. Staton |

I, Jennifer L. Joost, hereby declare as follows:

1. I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP, counsel of record for Plaintiffs in the above-captioned action. I make this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice to the Class (Dkt. No. 750) ("Preliminary Approval Motion"). I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. On November 21, 2025, the Court held a hearing on Plaintiffs' Preliminary Approval Motion. At the hearing, the Court requested that Plaintiffs make certain revisions to the proposed notices regarding the submission of Class Member objections.

3. Attached hereto as **Exhibit 1** are redlined versions of: **(i)** the proposed Postcard Notice (Dkt. No. 750-3, Ex. A-1); **(ii)** the proposed Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. No. 750-3, Ex. A-2); and **(iii)** the proposed Summary Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. No. 750-3, Ex. A-3) which have been updated to reflect that Class Member objections are to be submitted to the Claims Administrator, Verita Global, LLC, and that Class Counsel will file all objections and supporting papers with the Court following the objection deadline. For completeness, Exhibit 1 also includes the proposed Proof of Claim and Release Form (Dkt. No. 750-3, Ex. A-4) which required no revisions. Clean versions of the proposed notices and claim form are attached hereto as **Exhibit 2**.

4. Attached hereto as **Exhibit 3** is a redlined version of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice of Settlement (Dkt. No. 750-3, Ex. A) which has also been updated to reflect the revised procedures for Class Member objections. A clean version of the proposed order is attached hereto as **Exhibit 4**.

1  I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 24, 2025, in San Francisco, California.

                    */s/ Jennifer L. Joost*
                    Jennifer L. Joost