UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-01524-JLS-(Ex) | Date | November 21, 2025 |
|---|---|---|---|
| Title | Charles Larry Crews, Jr. v. Rivian Automotive, Inc., et al. | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Derek Davis | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Paul Rigali     Boris Feldman
Jennifer Joost     Kevin M. Askew

**PROCEEDINGS:** Motion for Settlement Approval of (Preliminary) and Authorization to Disseminate Notice to the Classes [750]

    The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. For reasons stated on the record, the Court orders counsel to submit revised notice provisions by December 2, 2025. The Court notifies counsel the motion is taken under submission.

: 17

Initials of Clerk: DD