**KESSLER TOPAZ MELTZER & CHECK, LLP**
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

[Additional Counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

RIVIAN AUTOMOTIVE, INC., et al.,

Defendants.

Case No. 2:22-cv-01524-JLS-E

**<u>CLASS ACTION</u>**

**CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Date: May 15, 2026
Time: 10:30 a.m.
Ctrm.: 8A, 8th Floor
Judge: Hon. Josephine L. Staton

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 15, 2026, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Josephine L. Staton, United States District Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, 8th Floor, Courtroom 8A, Los Angeles, California 90012, Class Counsel Kessler Topaz Meltzer & Check, LLP, counsel for Court-appointed Class Representatives Sjunde AP-Fonden and James Stephen Muhl and the Court-certified Classes, will and hereby does respectfully move the Court, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for an order granting an award of attorneys' fees and litigation expenses in the above-captioned action. This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of Sharan Nirmul in Support of (I) Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (II) Class Counsel's Motion for Attorneys' Fees and Litigation Expenses and exhibits, the Declaration of Sharan Nirmul in Support of Motion for Attorneys' Fees and Litigation Expenses and exhibits, the Declaration of Stephen G. Larson in Support of Motion for Attorneys' Fees and Litigation Expenses and exhibits, all previous filings and orders in this case, the arguments of counsel, and any other matter that the Court may consider at the hearing on this Motion.

Class Counsel is not aware of any opposition to the motion. Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice to the Classes, dated December 18, 2025 (Dkt. No. 758), any objections to the requests for attorneys' fees, litigation expenses, and/or reimbursement of costs to Plaintiffs must be received by April 24, 2026. A proposed order granting the relief requested herein will be submitted with Class Counsel's reply submission on May 1, 2026, after the objection deadline has passed.

Pursuant to Civil Local Rule 7-3, Lead Counsel has conferred with counsel for Defendants. Defendants take no position on this Motion.

Dated: March 20, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
SHARAN NIRMUL (*pro hac vice*)
snirmul@ktmc.com
DARREN J. CHECK (*pro hac vice*)
dcheck@ktmc.com
RICHARD A. RUSSO, JR. (*pro hac vice*)
rrusso@ktmc.com
DAVID A. BOCIAN (*pro hac vice*)
dbocian@ktmc.com
280 King of Prussia Road
Radnor, PA 19807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Class Counsel for the Classes*

**LARSON LLP**
STEPHEN G. LARSON (Bar No. 145225)
slarson@larsonllp.com
PAUL A. RIGALI (Bar No. 262948)
prigali@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Liaison Counsel for Class Representatives Sjunde AP-Fonden and James Stephen Muhl and Liaison Counsel for the Classes*